UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| **LUCILLE BUTLER, individually and as Special Administrator of the Estate of Kevin Lucas, deceased,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) | **Case No. 04-2048** |
| **KENNETH O'BRIEN, Vermilion County Sheriff; FRANK SPORICH, Sergeant; MARK REYNOLDS, Vermilion County Correctional Officer; MICHAEL SCHULL, Vermilion County Correctional Officer; RICHARD LONG, Vermilion County Correctional Officer; and RAY LLEWWLLYN, Vermilion County Correctional Officer Lt.,** ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

_____

**ORDER**
_____

On July 23, 2004, the Magistrate Judge filed a Report and Recommendation (#11) in the above cause. The Magistrate Judge recommended that the Defendants' Motion to Dismiss (#7) be GRANTED in part and DENIED in part. The Magistrate Judge recommended striking all references to negligence in Counts VI, VII, and VIII and denying the motion to dismiss with regard to Counts I, II, and V.

On August 3, 2004, Defendants' filed their Objections to the Report and Recommendation (#12). This court has reviewed the Magistrate Judge's reasoning and the Defendants' Objection. After a thorough and careful *de novo* review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge. IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Dismiss (#7) is GRANTED in part and DENIED in part. All references to negligence in Counts VI, VII, and VIII of Plaintiff's complaint are stricken. The motion to dismiss is denied with regard to Counts I, II, and V.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 13th day of August, 2004

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE