E-FILED
Tuesday, 24 August, 2004  12:34:51 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| LUCILLE BUTLER, individually and as Special Administrator of the Estate of Kevin Lucas, deceased,<br>　　　　　　　　　Plaintiff,<br>　v.<br>KENNETH O'BRIEN, Vermilion County Sheriff; FRANK SPORICH, Sergeant; MARK REYNOLDS, Vermilion County Correctional Officer; MICHAEL SCHULL, Vermilion County Correctional Officer; RICHARD LONG, Vermilion County Correctional Officer; and RAY LLEWWLLYN, Vermilion County Correctional Officer Lt.,<br>　　　　　　　　　Defendants. | Case No. 04-2048 |

## DISCOVERY ORDER

A discovery conference was held **August 19, 2004**, pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by Dennis J. DeCaro. Defendants were represented by Jason Rose and Michael Condon. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **May 10, 2005.**

2. The deadline for joining additional parties is **May 10, 2005.**

3. Plaintiff shall disclose experts and provide expert reports by **June 10, 2005.** Plaintiff shall make any such experts available for deposition by **July 25, 2005.**

4. Defendants shall disclose experts and provide expert reports by **September 2, 2005.** Defendants shall make any such experts available for deposition by **October 14, 2005.**

5. Plaintiff shall disclose rebuttal experts and provide rebuttal expert reports by **November 18, 2005.** Plaintiff shall make any such experts available for deposition by **December 30, 2005.**

7. All discovery, including deposition of experts, is to be completed by **December 30,**

**2005.**

    8.  The deadline for filing case dispositive motions shall be **January 31, 2006.**

    9.  The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on **June 9, 2006, at 1:15 p.m.**

    10.  The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **June 26, 2006, at 9:00 a.m. (Case No. 1).**

    ENTER this 23rd day of August, 2004.



                                                          s/ DAVID G. BERNTHAL
                                                          U.S. MAGISTRATE JUDGE

H:\ORDER\Discovery Orders\butler v obrien.dis.wpd