**E-FILED**
Tuesday, 05 October, 2004  05:44:02 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | )   No. 04-2048 |
| | ) |
| VERMILION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWELLYN, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

TO:   Michael W. Condon
      Hervas, Sotos, Condon & Bersani, P.C.
      333 Pierce Road, Suite 195
      Itasca, IL 60143-3156

     I, the undersigned, hereby certify that on the 28th day of September, 2004, I served a copy of Plaintiff's Interrogatories and Request for Production to all six defendants by depositing same in the U.S. Mail, postage prepaid, at 30 N. La Salle St., Chicago, Illinois, on or before 5:00 p.m.

_____

Law Offices of Kupets & DeCaro, P.C.
30 N. La Salle Street, Suite 4020
Chicago, IL 60602
(312) 372-4444
(312) 726-7347 (FAX)