IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | )  No. 04-2048 |
| VERMILION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWELLYN, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

TO:   Michael W. Condon
      Hervas, Sotos, Condon & Bersani, P.C.
      333 Pierce Road, Suite 195
      Itasca, IL 60143-3156

    I, the undersigned, hereby certify that on October 5, 2004, I served a copy of Plaintiff's Rule 26 Disclosures to all six defendants by depositing same in the U.S. Mail, postage prepaid, at 30 N. La Salle St., Chicago, Illinois, on or before 5:00 p.m.

_____

Law Offices of Kupets & DeCaro, P.C.
30 N. La Salle Street, Suite 4020
Chicago, IL 60602
(312) 372-4444
(312) 726-7347 (FAX)