**E-FILED**
Friday, 29 October, 2004  04:11:12 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES  DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| **LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased.** | ) ) ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **No.  04-2048** |
| | ) | |
| **VERMILION COUNTY SHERIFF KENNETH O'BRIEN, ET AL.,** | ) ) | |
| **Defendants.** | ) | |

### AGREED O R D E R

This matter comes before the Court by agreement of the parties requesting this Order directing the agencies below to produce the requested samples, the parties with notice and the Court advised of the premises,

**IT IS HEREBY ORDERED THAT:**

a.    That the Illinois State Police shall forward to any individual or laboratory designated by the plaintiffs, one-third (1/3) of all blood, urine, bile, vitreous humor and any other samples, as well as any documents, belonging to Mr. Kevin Lucas, date of death May 10, 2003, Laboratory Case Number S03-003701, Agency Case Number N03-148;

b.    That the Illinois State Police shall forward to any individual or laboratory designated by the defendants, one-third (1/3) of all blood, urine, bile, vitreous humor and any other samples, as well as any documents, belonging to Mr. Kevin Lucas, date of death May 10, 2003, Laboratory Case Number S03-003701, Agency Case Number N03-148;

c.    That the McLean County Morgue shall forward to any individual or laboratory designated by the plaintiffs and defendants a complete set of all tissue samples and any other samples belonging to Mr. Kevin Lucas, date of death May 10, 2003, Autopsy/ Agency Case Number N03-148, as well as any photographs and documents in any way related to the case.  The morgue shall divide the sample sizes equally into thirds so that each party receives a complete set and the morgue can retain a complete set.

d.    The State Police and the McLean County Morgue are to retain the remainder of the samples and objects regarding Kevin Lucas until otherwise directed by this Court.

ENTER this 29th day of October, 2004.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE