**E-FILED**
Friday, 29 October, 2004  04:13:07 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES  DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| **LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased.** | ) ) ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **No.  04-2048** |
| | ) | |
| **VERMILION COUNTY SHERIFF KENNETH O'BRIEN, ET AL.,** | ) ) | |
| **Defendants.** | ) | |

### AGREED PROTECTIVE O R D E R

This matter comes before the Court by agreement of the parties requesting this Protective Order, the parties with notice and the Court advised of the premises,

### IT IS HEREBY ORDERED THAT:

a.      The Agreed Protective Order is granted with respect to the following restrictions and admonitions to the parties and all others addressed in this Order;

b.      That the Illinois State Police shall, until further Order of this Court , protect from destruction or alteration, any and all documents, blood, urine, bile, vitreous humor and any other samples belonging to Mr. Kevin Lucas, date of death May 10, 2003, Laboratory Case Number S03-003701, Agency Case Number N03-148;

c.      That the McLean County Morgue shall, until further Order of this Court,  protect from destruction or alteration, any and all documents, photographs, tissue samples, and any other samples belonging to Mr. Kevin Lucas, date of death May 10, 2003, Autopsy/ Agency Case Number N03-148;

d.      That the Vermillion County Coroner, shall, until further Order of this Court, protect from destruction or alteration, any and all documents, blood samples/cards, DNA, photographs, bile samples, urine samples, vitreous humor samples, tissue samples, and any other samples or tangible objects belonging to Mr. Kevin Lucas, date of death May 10, 2003, Autopsy/ Agency Case Number N03-148;

e.       That Dr. J. Scott Denton shall, until further Order of this Court, protect from destruction or alteration, any and all documents, blood samples, bile samples, urine samples, vitreous humor samples, tissue samples, and any other samples or tangible objects belonging to Mr. Kevin Lucas, date of death May 10, 2003, Autopsy/ Agency Case Number N03-148;

f.      Plaintiffs' counsel to forward a copy of the executed order to the above agencies

and individuals by facsimile or certified mail.

ENTER this 29th day of October, 2004.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

H:\ORDER\2004\butler v vermilion.04-2048.agreed protective order

2