E-FILED
Wednesday, 02 February, 2005 10:15:01 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased.<br><br>Plaintiffs,<br><br>vs.<br><br>VERMILION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWELLYN,<br><br>Defendants. | No. 04-2048 |

## CERTIFICATE OF SERVICE

TO:   Jason Rose
       Michael W. Condon
       Hervas, Sotos, Condon & Bersani, P.C.
       333 Pierce Road, Suite 195
       Itasca, IL 60143-3156

I, the undersigned, hereby certify that on February 1, 2005, I served a copy of Plaintiff's Amended Answers to Defendants' Interrogatories and Response to Defendants' Request for Production by depositing same in the U.S. Mail, postage prepaid, at 30 N. La Salle St., Chicago, Illinois, on or before 5:00 p.m.

_____

Law Offices of Kupets & DeCaro, P.C.
30 N. La Salle Street, Suite 4020
Chicago, IL 60602
(312) 372-4444
(312) 726-7347 (FAX)