**E-FILED**
Tuesday, 22 March, 2005 02:12:41 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | | |
|---|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | ) ) ) | No. 04-2048 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILLION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWWLLYN, | ) ) ) ) ) ) ) ) | Jury Demand |
| Defendants. | ) | |

**PLAINTIFF'S AGREED MOTION FOR LEAVE TO AMEND
THEIR COMPLAINT ADDING ADDITIONAL DEFENDANTS**

Plaintiffs' move through counsel for leave to amend their complaint to add additional defendants to the case, and in support state the following:

1. Plaintiffs' counsel has discussed this Motion with defense counsel and defense counsel does not object to Plaintiffs amending their Complaint at this time.

2. This case involves the death of Kevin Lucas while in the custody of the Vermillion County Sheriff's Department on May 10, 2003. Plaintiffs' statute of limitations do not run on their federal causes of action until May 10, 2005. The deadline for amending pleadings in this case was also set for May 10, 2005, pursuant to the Court's Order entered on August 24, 2004.

3. Plaintiffs' seek to amend their Complaint to add the Vermillion County Sheriff's

Department, and Sheriff Pat Hartshorn in his individual, and official capacity, as defendants in this case.

    4.    Plaintiff's seek 28 days to amend their Complaint from the date of entry of an Order granting Plaintiffs leave to amend their Complaint.  Defense counsel seeks 28 days from Plaintiffs' filing of the Amended Complaint to answer or otherwise plead to the Amended Complaint.  The Agreed Order is attached.

Wherefore, Plaintiffs' respectfully request an Order from this Honorable Court granting them leave to amend their Complaint, and giving Plaintiffs twenty-eight (28) days from the date the Order is entered to amend the Complaint.

_____
**s/ Dennis J. DeCaro**
DeCaro Bar Number: 6230675
Attorney for the Plaintiffs
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444
Fax: 312-726-7347
E-mail: djd0089@aol.com

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased.** ) ) ) ) **Plaintiffs,** ) **vs.** ) **VERMILION COUNTY SHERIFF KENNETH O'BRIEN, ET AL.,** ) ) ) **Defendants.** ) | No. 04-2048 |

**AGREED O R D E R**

This matter comes before the Court by agreement of the parties requesting this Order, the parties with notice and the Court advised of the premises,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs are given leave to amend their Complaint to add additional defendants, Vermillion County Sheriff's Department, and Sheriff Pat Hartshorn in his individual, and official capacity;

2. Plaintiffs will have 28 days from the entry of this Order to amend their Complaint; and,

3. The current Defendants shall have 28 days after the date the Plaintiffs file their Amended Complaint to answer or otherwise plead.

Date:_____

Honorable U.S. Magistrate Judge

Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444
Fax: 312-726-7347
E-mail: djd0089@aol.com