E-FILED
Tuesday, 22 March, 2005  04:46:07 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased.<br>　　　　　　　Plaintiffs,<br>　vs.<br>VERMILION COUNTY SHERIFF KENNETH O'BRIEN, ET AL.,<br>　　　　　　　Defendants. | No. 04-2048 |

## AGREED ORDER

This matter comes before the Court by agreement of the parties requesting this Order, the parties with notice and the Court advised of the premises,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion to amend the complaint **(#24)** is **ALLOWED;**

2. Plaintiffs are given leave to amend their Complaint to add additional defendants, Vermillion County Sheriff's Department, and Sheriff Pat Hartshorn in his individual, and official capacity;

3. Plaintiffs will have 28 days from the entry of this Order to amend their Complaint; and,

4. The current Defendants shall have 28 days after the date the Plaintiffs file their Amended Complaint to answer or otherwise plead.

ENTER this 22nd day of March, 2005

　　　　　　　　　　　　　　　　　　　　　　s/ DAVID G. BERNTHAL
　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

F:\CMECF\CV\8\butler v obrien.04-2048.mta#24.order.wpd