**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased, | ) ) ) ) |
| Plaintiffs, | ) No. 04 CV 2048 ) |
| v. | ) The Honorable Michael P. McCuskey ) Magistrate Judge David G. Bernthal ) |
| VERMILLION COUNTY SHERIFF W. PATRICK HARTSHORN, et al., | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF INTEREST

      The undersigned, counsel of record for VERMILION COUNTY SHERIFF W. PATRICK HARTSHORN, furnishes the following in compliance with Rule 11.3 of this Court:

      1.    I am the attorney of record for Vermilion County Sheriff W. Patrick Hartshorn in the above-captioned case.

      2.    The above-named Defendant is not a corporation.

      3.    The firm of HERVAS, SOTOS, CONDON & BERSANI, P.C., is expected to appear on behalf of the above-named Defendant.

| | |
|---|---|
| Date:  05/24/05 | **s/ Michael W. Condon** <br> Michael W. Condon, Atty Bar No. 06192071 <br> mcondon@hscblaw.com |
| 05/24/05 | **s/ Michael D. Bersani** <br> Michael D. Bersani, Atty Bar No. 06200897 <br> mbersani@hscblaw.com |
| 05/24/05 | **s/ Jason W. Rose** <br> Jason W. Rose, Atty Bar No. 06208130 <br> jrose@hscblaw.com |

Attorneys for Defendant W. Patrick Hartshorn
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax: 630-773-4851

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased, | )<br>)<br>) |
| Plaintiffs, | ) No. 04 CV 2048<br>) |
| v. | ) The Honorable Michael P. McCuskey<br>) Magistrate Judge David G. Bernthal<br>) |
| VERMILLION COUNTY SHERIFF W. PATRICK HARTSHORN, et al., | )<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2005, I filed the foregoing *Certificate of Interest* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Dennis J. DeCaro
    Kupets & DeCaro, P.C.
    30 N. LaSalle Street, Suite 4020
    Chicago, IL 60602
    djd0089@aol.com

    s/MICHAEL W. CONDON
    Michael W. Condon, Bar Number 06192071
    One of the Attorneys for the Defendants
    HERVAS, SOTOS, CONDON & BERSANI, P.C.
    333 Pierce Road, Suite 195
    Itasca, IL 60143-3156
    Ph: 630-773-4774
    Fax: 630-773-4851
    mcondon@hscblaw.com