# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased, ) ) ) ) | |
| Plaintiffs, ) | No. 04 CV 2048 |
| ) | The Honorable Michael P. McCuskey |
| v. ) | Magistrate Judge David G. Bernthal |
| ) | |
| VERMILLION COUNTY SHERIFF W. PATRICK HARTSHORN, et al., ) ) ) | |
| Defendants. ) | |

## APPEARANCE

THE FOLLOWING ATTORNEYS CERTIFY THAT THEY ARE ADMITTED TO THE BAR OF THIS COURT AND ARE MEMBERS IN GOOD STANDING

TO:  The Clerk of this Court and all parties of record:

> Enter my appearance as counsel in this case for

> **VERMILION COUNTY SHERIFF W. PATRICK HARTSHORN, in his official capacity**

Date:    05/24/05          **s/ Michael W. Condon**  
Michael W. Condon, Atty Bar No. 06192071  
mcondon@hscblaw.com

   05/24/05          **s/ Michael D. Bersani**  
Michael D. Bersani, Atty Bar No. 06200897  
mbersani@hscblaw.com

   05/24/05          **s/ Jason W. Rose**  
Jason W. Rose, Atty Bar No. 06208130  
jrose@hscblaw.com

Attorneys for Defendant W. Patrick Hartshorn  
HERVAS, SOTOS, CONDON & BERSANI, P.C.  
333 Pierce Road, Suite 195  
Itasca, IL 60143-3156  
Phone:  630-773-4774  
Fax: 630-773-4851

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased, | ) ) ) ) ) No. 04 CV 2048 |
| Plaintiffs, | ) ) The Honorable Michael P. McCuskey |
| v. | ) Magistrate Judge David G. Bernthal ) |
| VERMILLION COUNTY SHERIFF W. PATRICK HARTSHORN, et al., | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2005, I filed the foregoing *Appearance* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>    Dennis J. DeCaro
>    Kupets & DeCaro, P.C.
>    30 N. LaSalle Street, Suite 4020
>    Chicago, IL  60602
>    djd0089@aol.com

>    s/MICHAEL W. CONDON
>    Michael W. Condon, Bar Number 06192071
>    One of the Attorneys for the Defendants
>    HERVAS, SOTOS, CONDON & BERSANI, P.C.
>    333 Pierce Road, Suite 195
>    Itasca, IL 60143-3156
>    Ph: 630-773-4774
>    Fax: 630-773-4851
>    mcondon@hscblaw.com