E-FILED
Tuesday, 14 June, 2005  11:44:02 AM
Clerk, U.S. District Court, ILCD



**PRAIRIE CENTER
HEALTH SYSTEMS, INC.**
A Comprehensive Drug and Alcohol Treatment Network

3545 N. Vermilion
Danville, IL 61832
(217) 477-4500
fax: (217) 443-6613

June 9, 2005

**FILED**

JUN 13 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

US District Court Clerk
201 S. Vine St.
Urbana, IL 61801

US District Court Clerk:

Enclosed is correspondence between Prairie Center Health Systems, Inc. and Record Copy Services. This information is being mailed to inform your office of what has taken place regarding the records request sent to Prairie Center Health Systems, Inc. from Hervas, Sotos, Condon, & Bersani, 333 Pierce Rd. S-195, Itasca, IL 60143 (request submitted via Record Copy Services) in regards to U.S. District Court Civil Case 04 CV 2048. As stated in the enclosed correspondence, Prairie Center Health Systems, Inc. is unable to honor the request for records at this time due to insufficient documentation for release of said records.

Please contact me at 217-477-4500 ext. 104, or contact Gail Raney, Administrative Assistant, at ext. 103 if you have any questions regarding this matter.

Sincerely,

Susan Perkins, M.S. Ed., LCPC
Clinical Supervisor

SEP:ggr
enclosures

3545 N. Vermilion, Danville, IL 61832
Phone: 217-477-4500
Fax: 217-443-6613

**Prairie Center Health Systems**



# Fax

| | | | |
|---|---|---|---|
| **To:** | Liz Kolerich | **From:** | Gail Raney |
| **Fax:** | 312-726-1202 | **Pages:** | 3 pages including cover |
| **Phone:** | | **Date:** | 6/9/05 |
| **Re:** | Subpeona for Records RCS #: 05095014 | **CC:** | US District Court Clerk |

☐ **Urgent**     ☐ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

Pages 2 and 3 of this fax contain the letter and blank release of information originally faxed to Record Copy Services on May 19, 2005 from our facility. On June 8, 2005, we received a second subpoena for the same records (RCS # 05095014) that still did not contain the proper documentation to release records. Until we receive proper documentation to release said records (in accordance with federal confidentiality, 42 CFR, requirements), our office is unable to process this request.

If you have further questions, please contact Clinical Supervisor, Susan Perkins, at 217-477-4500 ext. 104, or contact me at ext. 103.

Thank you for your attention to this matter.

Confidentiality Notice: The documents accompanying this fax transmission contains confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on the contents of this fax information is strictly prohibited. If you received this fax in error, please notify us immediately by telephone to arrange for the return of the original document.



**PRAIRIE CENTER
HEALTH SYSTEMS, INC.**

P.O. Box 321, 3545 N. Vermilion
Danville, Illinois 61834
217-477-4500, Fax 217-443-6613

May 19, 2005

Hervas, Sotos, Condon & Bersani
333 Pierce Rd S-195
Itasca, IL 60143

      RE:  05095014-259371
           Records Request for Kevin Lucas (DOB:9/6/77)
           U.S. District Court Civil Case 04 CV 2048

Dear Sir or Madam:

This letter is in response to a subpoena issued in the mail to our agency for records on the above individual in regard to Butler, ET AL versus Vermilion County Sheriff, ET AL.

I am unable to honor your request for records at this time. I received an unserved subpoena and a notice of deposition. According to federal confidentiality (42 CFR), we are unable to release information unless Mr. Lucas has signed an authorization to release information, which I have forwarded with this fax, or there is a court order signed by a Judge.

Our office would process any request for records upon receiving a complete release form or a signed court order. Please call me at 217.477.4500 ext. 104 or Gail Raney, Administrative Assistance at extension 103 if you have any questions.

Sincerely,

Susan Perkins, M.S. Ed., LCPC
Clinical Supervisor

SEP:sep
enclosure

# PRAIRIE CENTER HEALTH SYSTEMS, INC.

## AUTHORIZATION TO EXCHANGE INFORMATION

Patient Name _____ DOB ____/____/____

Address _____ Phone _____

I hereby authorize **Prairie Center Health Systems, Inc.** to exchange the following information:

| | | |
|---|---|---|
| Treatment assessment | Treatment recommendations | Diagnosis |
| Treatment progress | Treatment participation | Prognosis |
| Treatment attendance | Family history / home life | Discharge summary |
| Emergency information | Notification of appointment | |

Other _____

with the person(s) listed below:

_____

_____

PURPOSE FOR DISCLOSURE: In case of an emergency and/or coordinate services

Other (specify) _____

_____

Photocopy and facsimile of this authorization will be considered as valid as the original.

This authorization expires on the following calendar date ____/____/____.

This authorization may be revoked by me at any time, except to the extent actions have been taken based on my signed release prior to the revocation request.

Patient signature (age 12 or older) _____ Date ____/____/____

Parent/Guardian Signature _____ Date ____/____/____

Witness Signature _____ Date ____/____/____

Revocation Signature _____ Date ____/____/____

This information has been disclosed to you from records protected by the Federal Confidentiality Rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

Section 2