

**PRAIRIE CENTER
HEALTH SYSTEMS, INC.**
A Comprehensive Drug and Alcohol Treatment Network

3545 N. Vermilion
Danville, IL 61832
(217) 477-4500
fax: (217) 443-6613

June 28, 2005

**FILED**

US District Court Clerk
201 S. Vine St.
Urbana, IL 61801

JUN 3 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

US District Court Clerk:

Enclosed is further correspondence between Prairie Center Health Systems, Inc. and Michael W. Condon of Hervas, Sotos, Condon and Bersani, P.C. This information is being mailed to your office to inform you of what has taken place regarding the updated records request sent to Prairie Center Health Systems, Inc. in regards to U.S. District Court Civil Case 04 CV 2048. As stated in the enclosed correspondence, Prairie Center Health Systems, Inc. is unable to honor the request for records at this time due to insufficient documentation for release of said records.

Please contact me at 217-477-4500 ext. 104, or contact Gail Raney, Administrative Assistant, at ext. 103 if you have any questions regarding this matter.

Sincerely,

*Susan Perkins*

Susan Perkins, M.S. Ed., LCPC
Clinical Supervisor

SEP:ggr
Enclosures



**PRAIRIE CENTER HEALTH SYSTEMS, INC.**
A Comprehensive Drug and Alcohol Treatment Network

3545 N. Vermilion
Danville, IL 61832
(217) 477-4500
fax: (217) 443-6613

June 28, 2005

Michael W. Condon
Hervas, Sotos, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156

RE: 05095014-259371
Records Request for Kevin Lucas (DOB: 9/6/77)
US District Court Civil Case 04 CV 2048

Dear Mr. Condon:

In response to your fax sent 6/21/05, enclosed please find a copy of the requested authorization to release information. Unfortunately, our office cannot process this request without a witness signature (with date) on the release, as well. Please complete the witness signature portion of the release and return to my attention (fax: 217-443-6613 or address listed above). This office will then process the request upon receiving a valid release of information.

If you have any questions concerning this matter, please contact me at 217-477-4500 ext. 104.

Sincerely,

Susan Perkins, M.S. Ed., LCPC
Clinical Supervisor

Cc: U.S. District Court Clerk
Enc: Authorization to Release Information

## PRAIRIE CENTER HEALTH SYSTEMS, INC.
## AUTHORIZATION TO EXCHANGE INFORMATION

Patient Name: Kevin Lucas     DOB: 9 / 6 / 77
Address: D/N/A     Phone: N/A

I hereby authorize Prairie Center Health Systems, Inc. to exchange the following information:

- Treatment assessment
- Treatment progress
- Treatment attendance
- Emergency information
- Treatment recommendations
- Treatment participation
- Family history / home life
- Notification of appointment
- Diagnosis
- Prognosis
- Discharge summary

Other: All of the above

with the person(s) listed below:

Michael W. Condon and/or Jason W. Rose of Hervas, Sotos, Condon & Bersani, P.C. 333 Pierce Road, Suite 195, Itasca, IL 60143; Record Copy Services

PURPOSE FOR DISCLOSURE: In case of an emergency and/or coordinate services
Other (specify): Pending Litigation

Photocopy and facsimile of this authorization will be considered as valid as the original.

This authorization expires on the following calendar date 9 / 15 / 05.

This authorization may be revoked by me at any time, except to the extent actions have been taken based on my signed release prior to the revocation request.

Patient Signature (age 12 or older) _____ Date / /
Parent/Guardian Signature: Lucille Butler, Administrator of the Estate of Kevin Lucas  Date 6/17/05
Witness Signature _____ Date / /
Revocation Signature _____ Date / /

This information has been disclosed to you from records protected by the Federal Confidentiality Rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

Section 2