IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 04-2048 |
| VERMILION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWELLYN, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

TO:   Michael W. Condon
      Hervas, Sotos, Condon & Bersani, P.C.
      333 Pierce Road, Suite 195
      Itasca, IL 60143-3156

   I, the undersigned, hereby certify that on the 5th day of October, 2005, by agreement, I served a copy of Plaintiff's Experts', Katsaris and Koenigsberg, Opinion Reports and attachment by depositing same in the U.S. Mail, postage prepaid, at 30 N. La Salle St., Chicago, Illinois, on or before 5:00 p.m.

**s/ Dennis J. DeCaro**
DeCaro Illinois Bar Number: 6230675
Attorney for the Plaintiffs
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444
Fax: 312-726-7347
E-mail: djd0089@aol.com