IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 04 CV 2048 |
| v. | ) ) ) | The Honorable Michael P. McCuskey Magistrate Judge David G. Bernthal |
| VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, et al., | ) ) ) | |
| Defendants. | ) | |

**AGREED MOTION TO REVISE THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, VERMILION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORCICH, VERMILION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG and LIEUTENANT RAY LEWELLYN, by and through their attorneys, MICHAEL W. CONDON and JASON W. ROSE of HERVAS, CONDON & BERSANI, P.C., who move to revise the briefing schedule on dispositive motions. In support of said motion, Defendants state as follows:

1. This case arises out of the death of Kevin Lucas at the Vermilion County Public Safety Building on April 10, 2003.

2. On August 24, 2004, Judge Bernthal provided a schedule for the parties to disclose experts and ordered that all dispositive motions be filed on or before January 31, 2006. The case is also set for a final pretrial conference on June 9, 2006 and the case is set for jury trial on June 26, 2006 before Judge McCuskey.

3.  The parties have worked diligently to proceed with all aspects of discovery and have deposed numerous witnesses regarding the events relevant to this case. The parties have also worked together to complete expert discovery. However, the parties have experienced some difficulty in locating certain fact witnesses and the parties are also in the process of making arrangements to travel to Florida to proceed with the deposition of one of Plaintiff's experts.

4.  Because of certain delays in proceeding with discovery, including the depositions of Plaintiff's experts, the parties have jointly agreed upon a partially revamped schedule whereby the Defendants would provide their expert reports on or before December 30, 2005 and make all of their experts available for depositions by January 30, 2006.

5.  Because of the partially revamped schedule agreed upon by the parties with respect to expert discovery, Defendants ask that they be given an additional 45 days in which to file any case dispositive motion. Accordingly, under the agreed upon schedule, all case dispositive motions would be due on March 15, 2006. Plaintiff would file her response to Defendants' motion by April 17, 2006 and Defendants would file their reply brief in support of their Motion for Summary Judgment on or before May 1, 2006.

6.  This schedule would not require this Court to reset the final pretrial conference (now set for June 9, 2006) nor would it require this Court to reset the current jury trial setting of June 26, 2006.

WHEREFORE, the parties respectfully request that this Honorable Court enter and adopt a revised briefing schedule on Defendants' Motion for Summary Judgment.

    s/Jason W. Rose
Jason W. Rose, Attorney No. 06208130
Michael W. Condon, Attorney No. 06192071
Attorneys for Defendants
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143
(630) 773-4774
(630) 773-4851 (fax)
jrose@hcbattorneys.com

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )SS. |
| COUNTY OF DUPAGE | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on Friday, October 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant: Dennis J. DeCaro

    s/Jason W. Rose
    Jason W. Rose, Attorney No. 06208130
    Michael W. Condon, Attorney No. 06192071
    Attorneys for Defendants
    Hervas, Condon & Bersani, P.C.
    333 Pierce Road, Suite 195
    Itasca, Illinois 60143
    (630) 773-4774
    (630) 773-4851 (fax)
    jrose@hcbattorneys.com