IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased, | ) ) ) ) ) No. 04 CV 2048 |
| Plaintiffs, | ) ) ) The Honorable Michael P. McCuskey |
| v. | ) Magistrate Judge David G. Bernthal ) |
| VERMILLION COUNTY SHERIFF W. PATRICK HARTSHORN, et al., | ) ) ) |
| Defendants. | ) |

### NOTICE OF FIRM NAME CHANGE

Effective October 1, 2005, the law firm of Hervas, Sotos, Condon & Bersani, P.C. will be known as the law firm of Hervas, Condon & Bersani, P.C., and hereby advises the Court, counsel for all parties and all others concerned of the new firm name for all communication directed to MICHAEL W. CONDON, MICHAEL D. BERSANI and JASON W. ROSE. The firm address, telephone number and fax number have not been changed.

s/MICHAEL W. CONDON
Michael W. Condon, Bar Number 06192071
One of the Attorneys for the Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Ph: 630-773-4774
Fax: 630-773-4851
mcondon@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased, | )<br>)<br>) |
| | ) No. 04 CV 2048 |
| Plaintiffs, | ) |
| | ) The Honorable Michael P. McCuskey |
| v. | ) Magistrate Judge David G. Bernthal |
| | ) |
| VERMILLION COUNTY SHERIFF W. PATRICK HARTSHORN, et al., | )<br>) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2005, I filed the foregoing *Notice of Firm Name Change* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis J. DeCaro
Kupets & DeCaro
30 N. LaSalle Street, Suite 4020
Chicago, IL 60602
312-372-4444
djd0089@aol.com

        s/MICHAEL W. CONDON
        Michael W. Condon, Bar Number 06192071
        One of the Attorneys for the Defendants
        HERVAS, CONDON & BERSANI, P.C.
        333 Pierce Road, Suite 195
        Itasca, IL 60143-3156
        Ph: 630-773-4774
        Fax: 630-773-4851
        mcondon@hcbattorneys.com