E-FILED
Wednesday, 01 March, 2006 09:44:03 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 04 CV 2048 |
| v. | ) ) ) | The Honorable Michael P. McCuskey Magistrate Judge David G. Bernthal |
| VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, et al., | ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE DEFENDANTS' THIRD AFFIRMATIVE DEFENSE**

NOW COME the Defendants, VERMILION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORCICH, VERMILION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG and LIEUTENANT RAY LEWELLYN, by and through one of their attorneys, JASON W. ROSE of HERVAS, CONDON & BERSANI, P.C., who move for leave to file a Third Affirmative Defense. In support of said motion, Defendants state as follows:

1. The evidence in this case indicates that the decedent, Kevin Lucas, died on May 10, 2003 inside the Vermilion County Jail. Toxicologic testing conducted after Lucas' death indicates that Lucas had significant amounts of cocaine and alcohol in his system at the time of his death and the medical examiner who conducted the autopsy on Lucas concluded that he died as a result of cocaine and alcohol intoxication.

2. In Hobart v. Shin, 185 Ill.2d 283, 705 N.E.2d 907 (1999), the Illinois Supreme Court considered a wrongful death action filed against a physician after the patient committed suicide by taking an overdose of prescribed anti-depressant medication. The Supreme Court held that the physician was entitled to raise the patient's contributory negligence as an affirmative

defense. In so holding, the Supreme Court noted that § 2-1116 of the Illinois Code of Civil Procedure provides that a Plaintiff whose contributory negligence is more than 50% of the proximate cause of the injury shall be barred from recovering any damages and that the statute makes clear that people have a duty to exercise ordinary care for their own safety. 705 N.E.2d at 910-11. The Court held that there was no good reason not to apply § 2-1116 in cases when a patient commits suicide.

3. Similarly, Defendants in this case contend that the primary proximate cause of Lucas' death was his ingestion of alcohol and cocaine before being picked up by Kankakee County officers in the morning of May 10, 2003. Additionally, Plaintiff has also presented an expert who opined that Lucas stashed cocaine on his person and then snorted cocaine inside the padded cell (where Lucas' body was ultimately found at approximately 11:00 a.m. on the day in question). Given Lucas ingestion of drugs and alcohol, Plaintiffs' state law causes of action are all barred by § 2-1116 of the Illinois Code of Civil Procedure.

WHEREFORE Defendants respectfully request that they be given leave to file a Third Affirmative Defense based on the contributory negligence of the decedent, Kevin Lucas.

> s/Jason W. Rose
> Jason W. Rose, Attorney No. 06208130
> Michael W. Condon, Attorney No. 06192071
> Attorneys for Defendants
> Hervas, Condon & Bersani, P.C.
> 333 Pierce Road, Suite 195
> Itasca, Illinois 60143
> (630) 773-4774
> (630) 773-4851 (fax)
> jrose@hcbattorneys.com

STATE OF ILLINOIS )
)SS.
COUNTY OF DUPAGE )

## CERTIFICATE OF SERVICE

    I hereby certify that on Wednesday, March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant: Dennis J. DeCaro.

                                            s/Jason W. Rose
                                            Jason W. Rose, Attorney No. 06208130
                                            Michael W. Condon, Attorney No. 06192071
                                            Attorneys for Defendants
                                            Hervas, Condon & Bersani, P.C.
                                            333 Pierce Road, Suite 195
                                            Itasca, Illinois 60143
                                            (630) 773-4774
                                            (630) 773-4851 (fax)
                                            jrose@hcbattorneys.com