**STATE OF ILLINOIS**

**COUNTY OF VERMILION** } SS



A REPORT OF THE
PROCEEDINGS OF A

# CORONER'S INQUEST

IN THE MATTER OF _____ KEVIN DAMAR LUCAS _____ DECEASED

CONDUCTED BY
**PEGGY JOHNSON, CORONER**
VERMILION COUNTY, ILLINOIS

CONDUCTED AT
Vermilion County Courthouse Annex

DATE CONDUCTED
JUNE 25, 2003



PLAINTIFF'S EXHIBIT 1

**STATE OF ILLINOIS**
**COUNTY OF VERMILION } SS**



CORONER'S INQUEST
BEFORE THE CORONER OF
VERMILION COUNTY, ILLINOIS

AN INQUISITION TAKEN BEFORE PEGGY JOHNSON CORONER OF VERMILION COUNTY, FOR THE PEOPLE OF THE STATE OF ILLINOIS, UPON THE VIEW OF THE BODY OF:

KEVIN DAMAR LUCAS

THEN AND THERE LYING DEAD, UPON THE OATHS OF SIX GOOD AND LAWFUL CITIZENS OF THE SAID COUNTY OF VERMILION, WHO BEING DULY SWORN TO INQUIRE ON THE PART OF THE PEOPLE OF THE STATE OF ILLINOIS INTO CIRCUMSTANCES ATTENDING THE DEATH OF THE ABOVE-NAMED DECEDENT AND BY WHOM AND WHERE THE SAID DECEDENT CAME TO HIS DEATH, HEARD THE TESTIMONY OF SEVERAL WITNESSES PRODUCED AND SWORN TO TESTIFY THE TRUTH IN REGARD TO THE SAID INQUISITION IS, AS FOLLOWS:

APPEARANCES

PEGGY JOHNSON, CORONER

WITNESSES

_____    _____

_____    _____

_____    _____

```
 1    STATE OF ILLINOIS )
                        ) SS                ORIGINAL
 2    COUNTY OF VERMILION)

 3

 4

 5
              BEFORE THE CORONER OF VERMILION COUNTY
 6
                        ---------------
 7

 8

 9

10
      INQUEST ON THE BODY
11    OF KEVIN D. LUCAS,
      DECEASED.
12

13

14

15

16                      ---------------

17              TRANSCRIPT OF THE EVIDENCE
                    CSR# 084-003275
18
                        ---------------
19

20

21

22

23

24
```

1      CORONER JOHNSON:  Ladies and gentleman of
2 the jury, this is an inquest into the manner and the
3 cause of death of Kevin Demar Lucas, 25 years old,
4 who was pronounced dead at 11:33 AM on May 10th,
5 2003, at 2 East South Street Danville, Vermilion
6 county, Illinois.
7      This is neither a civil nor a criminal
8 trial procedure but merely an inquest by and for the
9 People into the manner and the cause of Kevin's
10 death.  Our sole purpose here in this hearing is to
11 seek out the truth about the circumstances
12 surrounding his death.  It is not our purpose to
13 legally establish liability but merely to ascertain
14 the true facts and, most importantly, the intent, if
15 any, so that those intent and facts may be entered
16 forever upon the public record.
17      (Whereupon the jurors were sworn.)
18      CORONER JOHNSON:  What I have here is a
19 death that occurred at the Public Safety Building
20 here in Danville, Vermilion county.  Kevin was
21 arrested at 6:30 AM for I believe disorderly conduct,
22 resisting arrest.  He was placed in a padded cell.
23 At 1100 hours staff went to check on him and found
24 him unresponsive.  CPR was initiated, Medix was

1    called. He was pronounced dead at 11:30 AM.

2         The autopsy report reveals that it was done
3    by Dr. Jay Scott Denton, a forensic pathologist. The
4    place of examination was in Bloomington, Illinois, at
5    the McLane County Morgue.

6         It is a four page report documenting what
7    he did and he -- the date of the autopsy was May
8    11th, 2003, time of autopsy was 10:30 AM. And the
9    results of his autopsy and the toxicology results,
10    Dr. Denton says after consideration of the
11    circumstances surrounding his incarceration and
12    death, review of available medical history and after
13    post mortem examination, the death of this 25 year
14    old black male, Kevin Lucas, is due to cocaine and
15    alcohol intoxication.

16         He documents also in a summary diagnosis
17    that he had a mild bronchial asthma. The toxicology
18    results, ethanol was .13; the cocaine was 285
19    micrograms per liter, which 1 to 20 is lethal. He
20    also had cocaine metabolites in his system which was
21    890 micrograms per liter. That is what your body
22    does to the cocaine after it's been ingested into
23    your system, it metabolizes into your system and then
24    it becomes the cocaine metabolite.

4

1
2          Does anyone present know of any information
3   that should be brought forward to this jury at this
4   time?
5          Ladies and gentlemen of the jury, this
6   constitutes the evidence available in this inquest.
7   It will now be your duty as jurors to deliberate what
8   you've heard here and, if possible, arrive at a just
9   and true verdict as to the day, the date, the time,
10  the place and the cause of Kevin's death and, most
11  importantly, whether you deem the death to be
12  accidental, suicidal, homicidal, natural or from
13  undetermined causes.  And when you've made that
14  determination, please return it to me, the Coroner of
15  this county, so that it may be entered forever upon
16  the public record.
17          This concludes this part of the inquest.
18  The jury will now deliberate in privacy and will summon
19  me back when they're done.
20          (Whereupon the jury deliberated on its
21  verdict.)
22          CORONER JOHNSON:  The jury has reached a
23  verdict in this case, the death of Kevin Demar Lucas.
24  They say he came to his death the 10th of the May,

5

1  2003, his place of death to be 2 East South Street in
2  Danville, Illinois, his cause of death to be cocaine
3  and alcohol intoxication.  They deem his death to be
4  accidental.
5          Thank you, jurors, for your civic duty here
6  today.  Appreciate it.
7          Ms. Butler, the whole family, you have our
8  deepest sympathies and condolences.
9  WHICH WERE ALL THE PROCEEDINGS MADE.
10 OF RECORD IN THIS CAUSE ON SAID DAY.
11
12
13
14
15
16
17
18
19
20
21
22
23
24

```
 1    STATE OF ILLINOIS.)
                         )    SS
 2    COUNTY OF VERMILION)

 3

 4

 5
         The undersigned, AMY L. PRILLAMAN, hereby
 6    certifies that she is now and has been a Certified
      Shorthand Reporter for the State of Illinois; that at
 7    the request of the Coroner of the said County of
      Vermilion and State of Illinois, she was present at
 8    he inquest upon the body of the said KEVIN D. LUCAS,
      Deceased, as hereinbefore set forth; that she made
 9    shorthand notes of all the testimony of the witnesses
      produced at said inquest; thereafter she transcribed
10    all of said shorthand notes of all of the testimony
      adduced as aforesaid, that the foregoing transcript
11    is a true and correct copy of the original minutes
      taken at said inquest and is a true and correct
12    statement of the testimony of the witnesses who
      testified at said inquest.
13       Done at the City of Danville, in the said County
      of Vermilion and State of Illinois, the 25th day of
14    June, 2003.

15                              [signature]

16                              Amy L. Prillaman, CSR

17

18

19
```

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased, | )<br>)<br>) |
| Plaintiffs, | ) No. 04 CV 2048 <br>) |
| v. | ) The Honorable Michael P. McCuskey <br>) Magistrate Judge David G. Bernthal |
| VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, et al., | )<br>)<br>) |
| Defendants. | ) |

### PROOF OF SERVICE

TO:   Dennis J. DeCaro
      Kupets & DeCaro, P.C.
      30 N. LaSalle Street, Suite 4020
      Chicago, IL 60602

I, Jason W. Rose, an attorney, on oath, state: I served this Proof of Service and Defendants' Rule 26(a)(1) Disclosures on the attorney of record, as shown, by hand delivering same on August 6, 2004.

_____
JASON W. ROSE,
One of the Attorneys for the Defendants

MICHAEL W. CONDON
JASON W. ROSE
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774


PLAINTIFF'S EXHIBIT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILLION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWWLLYN, <br><br> Defendants. | 04 CV 2048 <br><br> The Honorable Michael P. McCuskey <br> Magistrate Judge David G. Bernthal |

### DEFENDANTS' RULE 26(a)(1) DISCLOSURES

(A)   The individuals who may have discoverable information regarding this case that the Defendants may use to support their defenses include Plaintiff Lucille Butler and the six individual Defendants.

Other individuals include:

1) Correctional Officer Karla Young
2) Deputy Rod Kaag (interviewed Defendants and Young after the events giving rise to the litigation)
3) Inv. Todd Damilano (assigned to photograph and process the padded cell where Lucas was found)
4) David Decker (observed Kevin Lucas on the morning in question), 701 S. Griffin, Lot 1
5) Justin Arlington (son of Decker's girlfriend, found watch), 701 S. Griffin, Lot 1
6) Kim Bradfield (observed Lucas on the morning in question), 117 Arlington Dr., Danville, 217-446-5573
7) Angelene Blagg (observed Lucas on the morning in question), 701 S. Griffin, Lot 2, Danville, 443-3087
8) Cole Elder (paramedic)-- 11 W. Wilson, Henning, 286-3280

9) Ryan Allson (paramedic)–207 E. 5th Street, Tilton, 443-3394
10) Larry Shelton (forensic scientist-ISP)– Springfield Forensic Science Lab, 2040 Hill Meadows Drive, Springfield, Illinois 62702, 782-4975
11) Peggy Johnson (Vermillion County Coroner)
12) Dr. J Scott Denton (forensic pathologist)

(B) Defendants are currently in possession of the following documents which are available for inspection and copying upon reasonable notice to defense counsel:

(i) Numerous Vermillion County Sheriff's Department (VCSD) police reports written in connection with the events giving rise to the litigation;
(ii) Transcripts of tape recorded statements of Sgt. Frank Sporcich, Deputy Ken O'Brien, Sgt. Mark Reynolds, C.O. Richard Long, and C.O. Karla Young;
(iii) ISP Report, dated May 30, 2003, regarding the testing of Lucas' blodd, urine, vitreous humor and bile'
(iv) Transcript of Coroner's Inquest conducted on June 25, 2003;
(v) Post-mortem pictures of Kevin Lucas taken in the padded cell where he died;
(vi) Lucas' jail file including jail notes regarding numerous incarcerations of Lucas at the Vermilion County jail between 1997-2002;
(vii) Letter from IDOC Specialist Michael Talkington to Sheriff Hartshorn, dated October 10, 2003, indicating that IDOC found "no violations of standards" with respect to the events surrounding Lucas' death
(viii) Lucas' medical file (regarding complaints, ailments and treatment during other incarcerations)

(C) Not applicable to Defendants

(D) Defendants are covered through a policy obtained by Vermillion County with the Governmental Interinsurance Exchange (policy GIE00420ML-5-1). GIE's coverage comes with a $5 million limit per occurrence/aggregate.

_____
JASON W. ROSE, One of the
Attorneys for the Defendants

MICHAEL W. CONDON
JASON W. ROSE
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL  60143
(630) 773-4774