E-FILED
Monday, 13 March, 2006  10:12:52 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILLION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LEWELLYN,<br><br>Defendants. | No. 04 CV 2048<br><br>The Honorable Michael P. McCuskey<br>Magistrate Judge David G. Bernthal |

### DEFENDANTS' THIRD AFFIRMATIVE DEFENSE
(All State Law Claims)

For their Third Affirmative Defense, Defendants, VERMILION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORCICH, VERMILION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG and LIEUTENANT RAY LEWELLYN, by and through one of their attorneys, JASON W. ROSE of HERVAS, CONDON & BERSANI, P.C., state that Plaintiffs' Decedent, Kevin Lucas, was guilty of contributory negligence in causing his own death, through his ingestion of alcohol and cocaine on May 10, 2003 shortly before being taken into custody by Defendants, and that as a consequence, any judgment entered in favor of any of the Plaintiffs should be reduced by an amount commensurate with the degree to which Lucas' contributory negligence proximately contributed to cause his death, or, in the event that

EXHIBIT 1

the jury should determine that Lucas' contributory negligence was greater than a fifty percent (50%) cause of his death when compared to the conduct of all other parties, then the Plaintiffs be barred completely from any recovery.

WHEREFORE, Defendants, VERMILION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORCICH, VERMILION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG and LIEUTENANT RAY LEWELLYN, pray that judgment be entered in their favor and against the Plaintiffs, or in the alternative, that any judgment entered in favor of the Plaintiffs against any or all of the Defendants be reduced by an amount commensurate with the degree to which the contributory fault of Plaintiffs' Decedent, KEVIN LUCAS, proximately contributed to cause his injuries and death.

s/Jason W. Rose
Jason W. Rose, Atty. No. 06208130
Michael W. Condon, Atty. No. 06192071
Attorneys for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Ph: 630-773-4774
Fax: 630-773-4851
jrose@hcbattorneys.com