E-FILED
Wednesday, 15 March, 2006 03:20:22 PM
Clerk, U.S. District Court, ILCD
COPY

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

LUCILLE BUTLER, Individually, )
and as Special Administrator )
of the Estate of KEVIN LUCAS, )
deceased, )
            )
        Plaintiff, )
            )
    -vs- ) No. 04-CV-2048
            )
VERMILION COUNTY SHERIFF )
KENNETH O'BRIEN, SERGEANT )
FRANK SPORICH, VERMILION COUNTY )
CORRECTIONAL OFFICERS SERGEANT )
MARK REYNOLDS, OFFICER MICHAEL )
SCHULL, OFFICER RICHARD LONG, )
and LT. RAY LLEWWLLYN, )
            )
        Defendants. )

    THE DISCOVERY DEPOSITION of LUCILLE BUTLER, the deponent herein, called by the Defendant for examination pursuant to notice and pursuant to the provisions of the Code of Civil Procedure and the Rules of the Supreme Court thereof pertaining to the taking of depositions, taken before me, Jill A. Bleskey, CSR-RPR, License No. 084-004430, a Notary Public in and for the State of Illinois, at Vermilion County Courthouse, Third Floor Jury Room, 7 North Vermilion Street, in the City of Danville, County of Vermilion, and State of Illinois on the 26th day of April, A.D., 2005, commencing at 10:00 a.m.

-------------------------------------------------
            Jill A. Bleskey, RPR
            CSR #084-004430

---

APPEARANCES:

For the Plaintiff:
    KUPETS & DE CARO, P.C.
    Attorneys at Law
    30 North LaSalle Street, Suite 4020
    Chicago, Illinois  60602
    (312)372-4444
    BY: Mr. Dennis J. DeCaro

For the Defendant:
    HERVAS, SOTOS, CONDON & BERSANI, P.C.
    Attorneys at Law
    333 Pierce Road, Suite 195
    Itasca, Illinois  60143
    (630)773-4774
    BY: Mr. Michael W. Condon

                INDEX

EXAMINATION CONDUCTED BY:        PAGE:
    Mr. Condon                    3, 235, 241
    Mr. De Caro                   224, 239

            INDEX OF EXHIBITS

EXHIBIT NO.                               PAGE
1 - Amended Answers to the Defendant's
    Interrogatories                       123
2 - Funeral Booklet                       195
3 - Photo of India and Grayson            196
4 - Photo of Kentavious at nine months    196
5 - Photo of Kevin holding Grayson        197
6 - Photo of Grayson                      197
7 - 9 - Photos of Kentavious              197
10- Photo of Kevin and Kentavious         199
11- Photo of Kevin                        200
12- Postmortem examination report         213

NOTE:   Exhibit 1 attached to transcripts
        Exhibits 2-11 retained by Attorney DeCaro
        Exhibit 12 retained by Attorney Condon

---

ADVANTAGE REPORTING SERVICES

---

                                    3

            LUCILLE BUTLER,
    The witness, having been first duly sworn upon her oath, testified as follows:
            EXAMINATION CONDUCTED
            BY: MR. CONDON
    Q.  Can you state your full name for the record?
    A.  My name is Lucille Butler.
    Q.  Okay. And Ms. Butler, have you ever given a deposition before?
    A.  No.
    Q.  Okay. Never sat at a proceeding like this where people ask you questions and you have to give answers under oath?
    A.  My mother.
    Q.  Okay. Well, let me -- in the event that you haven't, let me give you some reminders in terms of some general rules for the deposition.
    A.  Okay.
    Q.  The Court Reporter's going to take down everything that I ask you and then the answer that you give. It's hard for her to do

                                    4

that if we're both talking at the same time. You're probably going to anticipate some of the things I'm asking you, and it's a very natural thing to answer before I'm done, so I'd ask you to try to keep that in mind and I'll try to do the same.
    A.  Okay.
    Q.  You also need to answer all the questions out loud --
    A.  Yes.
    Q.  -- because she can't take down gestures and nods and things like that, okay?
    A.  Yes.
    Q.  If I ask you anything here today that you don't understand please just tell me that and I'll try to rephrase or clarify the question, okay?
    A.  Okay.
    Q.  Where do you currently reside?
    A.  I live at 1014 Cleveland in Danville, Illinois.
    Q.  And how long have you lived there?
    A.  Since '97.

EXHIBIT 1

**Page 5**

Q. And who do you reside there with?
A. My two sons.
Q. And their names?
A. Gregory and Darius.
Q. Okay. How old is Gregory?
A. Gregory's 17.
Q. And Darius?
A. Darius is 20.
Q. And do you have any other children?
A. Yes, I do.
Q. Can you tell me their names and ages?
A. His name is Romell and he's 30.
Q. Can you spell his name for the Court Reporter?
A. Yes, sir. R-O-M-E-L-L.
Q. Okay. And where does Romell reside?
A. Well, he's living with his girlfriend and she doesn't live here. She lives in Chicago.
Q. Do you know the address in Chicago?
A. No.

**Page 6**

Q. Okay. Know his girlfriend's name?
A. Her name is Sandra.
MR. DeCARO: We'll get the address.
MR. CONDON: Okay.
BY: MR. CONDON
Q. How long has Sandra been Romell's girlfriend?
A. Well, I couldn't really answer how long because he's in between marriage.
Q. Okay. Was Kevin still alive when Romell started seeing Sandra?
A. Was Kevin -- Kevin was alive, yeah.
Q. Okay. Do you know Sandra's last name?
A. Harris, I think.
Q. Harris, okay.
A. No, Lofton. Lofton.
Q. Is that L-O-F-T-O-N?
A. Yes.
Q. Okay. And who was Romell married to?
A. Anaya Sommers.
Q. Can you spell her name?

**Page 7**

A. I'll do my very best.
Q. Okay.
A. A-N-A-Y-A, and then Sommers, Butler.
Q. And when was Romell married to Anaya?
A. During that time.
Q. Do you know how long they were married?
A. No.
Q. Are they divorced now or in the process?
A. Separated.
Q. Okay. And has Romell been married to anyone else?
A. No.
Q. Okay. And does Romell have any children?
A. No.
Q. Okay. Have Gregory or Darius ever been married?
A. No.
Q. Do they have any children?

**Page 8**

A. No.
Q. Okay. What is your date of birth?
A. 4-4-57.
Q. And your Social Security Number?
A. 334-523-1347.
Q. And your son, Kevin, what was his date of birth?
A. 9-6-77.
Q. And was Kevin ever married?
A. No. He was in the process of.
Q. Okay. And when you say he was in process, was he engaged to somebody?
A. He was going to marry Camebra, the mother of his children.
Q. Can you spell her first name?
A. C-A-M-B-R-E-E-A (sic).
Q. And her last name?
A. Reed.
Q. Is that R-E-E-D?
A. Yes. They talked about it.
Q. Okay. And how many children did Kevin have?
A. He has three.