2:04-cv-02048-MPM-DGB   # 42-3   Page 1 of 12

Multi-Page™

ELISHA STANFORD

E-FILED
Wednesday, 15 March, 2006 03:20:51 PM
Clerk, U.S. District Court, ILCD

1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
STATE OF ILLINOIS

LUCILLE BUTLER, individually, and )
as Special Administrator of the )
Estate of KEVIN LUCAS, deceased, )
                                        )
    Plaintiff,          )
                                        )
-vs-                                )No. 04 CV 2048
                                        )
VERMILION COUNTY SHERIFF W. PATRICK)
HARTSHORN, et al.,           )
                                        )
    Defendants.          )

DEPOSITION

The deposition of ELISHA STANFORD, a citizen of the State of Illinois, a witness of lawful age; produced, sworn, and examined upon his corporeal oath, at the Vermilion County Courthouse, 7 North Vermilion, Danville, Illinois, on the 24th day of October, 2005, before Amy L. Prillaman, CSR, License No. 084-003275, in and for the County of Vermilion and State of Illinois; as a witness in a certain suit and matter now pending and undetermined in the United States District Court for the Central District of Illinois.

APPEARANCES:

    Mr. Jason Kleinman
    KUPETS & DE CARO, P.C.
    30 North LaSalle, Suite 4020
    Chicago, Illinois  60602
    Appearing for the Plaintiff

    Mr. Michael Condon
    HERVAS, SOTOS, CONDON & BERSANI
    333 Pierce Road, #195
    Itasca, Illinois  60143
    Appearing for the Defendants

ORIGINAL


EXHIBIT 2

## Page 2

INDEX

Examinations                                          Page

EXAMINATION,                                             3
BY: MR. MICHAEL CONDON:
EXAMINATION CONDUCTED:                                  39
BY: JASON KLEINMAN:

EXHIBITS

No.                        Page

(No exhibits marked)

## Page 3

1  ELISHA STANFORD,
2  the deponent herein, called as a witness after having
3  been first duly sworn, was examined and testified as
4  follows:
5  EXAMINATION,
6  BY: MR. MICHAEL CONDON:
7      Q. Can you state your name for the record,
8  please.
9      A. Frederick Elisha Stanford.
10     Q. And by which name do you go by?
11     A. Elisha.
12     Q. Okay. This is the subpoenaed deposition of
13 Frederick Elisha Stanford being taken in the Lucille
14 Butler case, which is pending in the federal court
15 for the Central District of Illinois. First off,
16 Elisha, I am going to tender you a check in the
17 amount of $42, which is a subpoena witness fee that
18 you are entitled to under the federal rules for
19 coming here today to give your deposition. As a
20 witness you are entitled to be paid for your mileage,
21 et cetera, for coming here. So I'm going to tender
22 that to you.
23     A. Thank you.
24     Q. You've been identified by certain witnesses

## Page 4

1  in this case as possibly having some knowledge
2  regarding Kevin Lucas and the night of May 9th of
3  2003. So that's why we've asked you to come in here
4  today.
5      Just some general rules to follow in the
6  deposition is that you need to let me finish my
7  question before you give your answer because the
8  court reporter can't take it down if we are both
9  talking at the same time.
10     A. I understand.
11     Q. Then please also try to answer all of
12 your -- all of the questions out loud because she
13 can't take down gestures and nods.
14     A. Understood.
15     Q. Okay. Where do you currently reside?
16     A. I currently reside at 503 West Woodlawn in
17 Danville, Illinois.
18     Q. And who do you live there with?
19     A. With my wife and two sons.
20     Q. And what is your wife's name?
21     A. Brook Stanford.
22     Q. And how old are your kids?
23     A. Three and six months.
24     Q. And your home phone number?

## Page 5

1      A. 431-5082.
2      Q. What's your date of birth?
3      A. 2-1-79.
4      Q. And your Social Security number?
5      A. 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.
6      Q. Where did you go to high school?
7      A. Danville High.
8      Q. What year did you graduate?
9      A. '97.
10     Q. Have you had any other educational training
11 beyond high school?
12     A. Yeah, I've had several years of unfinished
13 junior college, so I've -- I'd say three years.
14     Q. And were you studying anything in
15 particular?
16     A. No, just trying to get my Associate in
17 Science, just science and math.
18     Q. Okay. Was that at Danville Area Community
19 College?
20     A. Yes, sir.
21     Q. Are you currently employed?
22     A. Yes, actually I am.
23     Q. And where are you working?
24     A. Kevin Thomas Construction.

Page 6

1  Q. Where is that located?
2  A. On Perrysville Road.
3  Q. How long have you been working there?
4  A. About a month actually.
5  Q. And what do you do for that company?
6  A. Just general construction.
7  Q. And is Mr. Thomas the owner of the company?
8  A. Yes, he is.
9  Q. And how many other employees?
10 A. Just me and him.
11 Q. And did you have a job before you became
12 employed with Kevin Thomas?
13 A. No.
14 Q. How about after you graduated from high
15 school in 1997, did you become employed after that?
16 A. Actually I went to school for two years
17 straight and then I became employed at Med Center
18 Labs where I was a phlebotomist for I think a year
19 and then I resigned voluntarily to go to school again
20 and I kind of dropped out and got into some trouble.
21 Q. Okay.
22 A. To be honest.
23 Q. Well, we appreciate that since you are
24 under oath, we want you to be honest. When you say

Page 7

1  you got into some trouble, what do you mean by that?
2  A. Well, I started selling drugs and I
3  actually got involved with a 17 year old girl -- 16
4  year old girl when I was 21 or 22 and her mother kind
5  of got mad about that and I got in trouble for that,
6  so currently I have a felony for possession of a
7  controlled substance and aggravated criminal sexual
8  abuse. That's why it's hard for me to find a job.
9  Q. Okay.
10 A. And this was all in 2001, 2002.
11 Q. That was going to be my next question.
12 Which police agency arrested you for the drug charge?
13 A. Vermilion county.
14 Q. Was it the sheriff's department or the city
15 of Danville? Do you know?
16 A. Sheriff's department.
17 Q. Okay. And were you arrested in 2001?
18 A. 2000 for the -- I was convicted in 2001.
19 Q. Okay. And as a result of that felony
20 conviction what sort of sentence did you receive?
21 A. I received four years -- two years
22 probation, expungable because it was my first
23 conviction ever.
24 Q. Okay. And what kind of drugs were you

Page 8

1  selling?
2  A. Cocaine.
3  Q. And after that conviction for selling
4  cocaine were you arrested after that again for
5  selling drugs?
6  A. No, never again for selling drugs. I
7  got -- well, the thing happened with the girl and I
8  was going to court for that and I got pulled over and
9  I had a gram of cocaine in my possession. So in
10 order for -- as a plea bargain I accepted the sex
11 case in order for them to drop the other case and I
12 received four years probation on that.
13 Q. Okay. And on the occasion when you were
14 arrested when you had the gram of cocaine in your
15 car, was that also by the sheriff's department?
16 A. I think that was county. City I mean. I'm
17 sorry.
18 Q. What year was that?
19 A. 2002. Well, 2001 and I was convicted in
20 2002.
21 Q. Were you convicted on that possession
22 charge?
23 A. No.
24 Q. Okay.

Page 9

1  A. It was dropped.
2  Q. It was dropped in exchange for you pleading
3  on the sex charge?
4  A. Yes, sir.
5  Q. Okay. Which police agency arrested you for
6  the aggravated criminal sexual assault or abuse,
7  excuse me.
8  A. Actually I turned myself in.
9  Q. Okay. Who did you turn yourself in to?
10 A. To the PSB.
11 Q. Okay. And what year was that?
12 A. Between 2001 and 2002. I know I was
13 convicted at the end of -- maybe at the beginning of
14 2002.
15 Q. Okay. And how old was the girl who you
16 were accused of --
17 A. She was 16, one and a half weeks away from
18 turning 17. Probably the reason for my lighter
19 sentence.
20 Q. Okay. And as a result of that conviction
21 do you have to register as a sex offender?
22 A. Yes.
23 Q. And then have you been arrested for any
24 other reason since the sex abuse charge?

## Page 10

1  A. No.
2  Q. And did you ever have to serve any time in
3  a state penitentiary?
4  A. No.
5  Q. Do you know an individual by the name of
6  Kevin Lucas?
7  A. Yes, I do.
8  Q. Do you know about when it was that you
9  first met Kevin Lucas?
10  A. Maybe years ago when I was seven or eight
11  years old on the paper route. I delivered papers to
12  his mother. Lucille I believe her name is.
13  Q. Lucille?
14  A. Uh-huh.
15  Q. Okay. And do you know what the age
16  difference is between you and Kevin?
17  A. I believe he's two or three years older
18  than me.
19  Q. Were you ever in the same school at the
20  same time together that you remember?
21  A. I don't recall going to school with him,
22  you know. I never -- we never really were that
23  close. I just knew of him and who he was because of
24  the neighborhood I lived in.

## Page 11

1  Q. Okay. Did you ever hang out with Kevin?
2  A. No.
3  Q. Did you know any of Kevin's brothers?
4  A. His little brother, yes.
5  Q. Okay. Do you remember his name?
6  A. Darius, I believe.
7  Q. Did you ever hang out with him?
8  A. No.
9  Q. Did you ever hang out with some people who
10  you knew were good friends of his?
11  A. Uh-huh. On occasion.
12  Q. Okay. Who were those folks?
13  A. Donnie Finch.
14  Q. Okay.
15  A. Zyrone Petty who is deceased.
16  Q. Okay.
17  A. Marcus McKinney, who is in prison right
18  now.
19  Q. Okay.
20  A. And that's about it.
21  Q. Okay.
22  A. As I got older those are the people I seen
23  him again with, you know.
24  Q. And what is your relationship with Donnie

## Page 12

1  Finch? Are you guys good friends?
2  A. You could say decent -- I mean, you know,
3  good acquaintances.
4  Q. Okay. Do you still hang out with Donnie
5  Finch?
6  A. No, sir, I don't.
7  Q. At any point did you ever do any drugs with
8  Kevin Lucas?
9  A. No.
10  Q. Did you ever sell him any drugs?
11  A. No.
12  Q. Do you know a girl named Camebra Reed?
13  A. Yes, I do. I went to school with her.
14  Q. Do you socialize with her at all?
15  A. No. Actually at one point I have a friend
16  who has a baby with her and this was years before she
17  started dating Kevin and I knew her then.
18  Q. Okay.
19  A. So that's the reason I knew her.
20  Q. What's the friend's name?
21  A. Ruben Villaril.
22  Q. Do you know a girl named Tia Smith?
23  A. Yes, I know of her.
24  Q. Okay. And what do you know of her in terms

## Page 13

1  of --
2  A. Just she used to hang around those guys
3  that I named.
4  Q. Okay. From what you knew of Kevin Lucas,
5  what was his reputation?
6  A. I mean I know he was in and out of prison,
7  I believe, and pretty much I didn't know anything
8  about him. I didn't know what he was in prison for
9  or, you know, that type of thing.
10  Q. Okay. Elisha, do you know anyone that
11  works for the Vermilion County Sheriff's Department,
12  any deputies or correctional officers?
13  A. I'm familiar with a lot of them. A lot of
14  them.
15  Q. Okay. Who are you familiar with?
16  A. It's hard to say. I pretty much know a lot
17  of people down there. I mean if you can give me a
18  name I can tell you if I knew them or not.
19  Q. Do you know a correctional officer named
20  Dick Long?
21  A. I've seen him down there a lot.
22  Q. Okay.
23  A. I'm familiar with him.
24  Q. Just know who he is?

Page 14

1  A. Uh-huh.
2  Q. You have to answer out loud.
3  A. Yes. Yes. I'm sorry.
4  Q. It's easy to forget.
5     Have you ever had any interactions with
6  Dick Long?
7  A. No.
8  Q. How about Mark Reynolds, do you know him?
9  A. Reynolds, is he the bigger guy?
10 Q. I can't answer questions.
11 A. I'm sorry.
12 Q. And I don't want you to guess. If you
13 know --
14 A. No.
15 Q. How about Mike Shull, do you know a Mike
16 Shull?
17 A. Like I said, all these names are familiar,
18 I just can't put a face with them.
19 Q. Are there any sheriff's deputies or
20 correctional officers that you socialize with?
21 A. Like on a regular basis you mean?
22 Q. Yeah.
23 A. No.
24 Q. Okay. Are there any that you're friends

Page 15

1  with?
2  A. Not friends with, no.
3  Q. Okay. Are you aware that Kevin Lucas
4  passed away around May 10th of 2003?
5  A. Yes.
6  Q. How did you first become aware of that?
7  A. I was coming from my mother's house on a --
8  I don't remember was it a Monday or -- Sunday or
9  Monday, and Zyrone Petty resided around the corner
10 from my mom and so when I was leaving to go back to
11 my house on Woodlawn he kind of flagged me down and
12 made me aware that he passed away.
13 Q. Okay. And that was your friend Mr. Petty?
14 A. Uh-huh.
15 Q. That's a yes?
16 A. Yes.
17 Q. Okay. What's his first name?
18 A. Zyrone.
19 Q. Can you spell that for me?
20 A. Z Y R O N E.
21 Q. And what is it that Zyrone told you?
22 A. He said that the -- he said that he got
23 arrested and he actually said that the police killed
24 him is what he told me.

Page 16

1  Q. And did he give you -- did he tell you
2  anything else about that?
3  A. No.
4  Q. And did he tell you who told him that?
5  A. No, he didn't. I didn't even ask.
6  Q. And do you know where Mr. Petty currently
7  lives?
8  A. He's deceased.
9  Q. Oh, I'm sorry. Okay. How did he die?
10 A. Just recently he was -- he got into a fight
11 and some kids jumped him and he went over to Carle to
12 have a surgery performed for a sleep apnea, I
13 believe, and he passed away.
14 Q. Okay. This date that Zyrone told you this,
15 do you know if it was the day that he actually died
16 or was this a couple of days later, if you know?
17 A. I'm pretty sure it was the day after.
18 Q. Okay.
19 A. Or maybe it was two days after because he
20 was kind of like, well, where you been, you know?
21 Nobody has gotten ahold of you, kind of like that
22 type of deal.
23 Q. Okay. And did you see Kevin Lucas the day
24 before or two days before Zyrone Petty told you this?

Page 17

1  A. Yes, I was actually with him.
2  Q. Okay. And do you recall, were you with him
3  on the evening of May 9th of 2003?
4  A. I don't remember the date, but I was with
5  him the night before he went -- was incarcerated.
6  Q. Okay. Let's talk about that night and just
7  for purposes of the record I'm going to refer to it
8  as the evening of May 9th of 2003.
9  A. Understood.
10 Q. When did you first see Kevin Lucas on that
11 night?
12 A. I seen Kevin Lucas and Donnie Finch and
13 there was another guy, I believe his name was Juan
14 Perez at -- it was a club named GT's at the time in
15 Belgium and it was -- I showed up a little bit late
16 and I think they close around 2:00 or 3:00 and I
17 showed up around closing time and I was supposed to
18 meet my cousin out there, whoever, and I ended up
19 seeing Donnie and they were in need of a ride because
20 I guess their ride had left them and it was Donnie,
21 Kevin and this Juan guy.
22 Q. Okay. And when you went to the GT's
23 nightclub, how did you get there?
24 A. I drove my truck.

Page 18

1  Q. Okay. What kind of truck was it?
2  A. A Suburban.
3  Q. And when you went to GT's were you by
4  yourself?
5  A. Yes.
6  Q. And where were you coming from?
7  A. I don't remember. I was -- I really don't
8  remember.
9  Q. Okay.
10 A. Probably from The Factory.
11 Q. And The Factory, is that a bar here in
12 Danville?
13 A. Yes.
14 Q. Had you been drinking that evening?
15 A. Yes, a little.
16 Q. And when you say a little, do you have any
17 idea how much you had had when you showed up at GT's?
18 A. I don't know, a couple beers.
19 Q. Okay. And were you doing any drugs that
20 evening?
21 A. No.
22 Q. And how long were you actually inside the
23 nightclub?
24 A. Maybe three minutes and a fight broke out

Page 19

1  and that's why I was saying I bumped in -- when we
2  were in the lot I was about to get in my truck
3  because I parked right up in front of the entrance
4  because I was just going to go in and out and they
5  were in need of a ride. So I knew all of them, knew
6  who all of them were and I knew Donnie the best so I
7  said, okay, you guys can have a ride.
8  Q. Okay. And do you know who the fight was
9  between?
10 A. No, I don't.
11 Q. Did you see anyone else at the nightclub
12 that you knew other than those three?
13 A. No. Like I said, I was just in there
14 for -- in and out.
15 Q. Okay. So did Donnie, Juan and Kevin all
16 get into your truck?
17 A. Yes, they did.
18 Q. And did they tell you where they wanted to
19 go?
20 A. Yes, they wanted to go to a house, it was
21 out -- out by -- by Vine Street and so when I took
22 them there there was a -- I think we all got out.
23 I'm not really clear on all the details, but I'm
24 pretty sure we all got out and they didn't want to

Page 20

1  stay there. So we went to a trailer on Perrysville
2  Road and I believe Samantha Laker lived there.
3  Q. Okay. And whose idea was it to go to the
4  trailer?
5  A. Donnie's.
6  Q. And did you know Samantha Laker?
7  A. Yes.
8  Q. How did you know her?
9  A. She was friends with my brother-in-law's
10 girlfriend.
11 Q. What's your brother-in-law's name?
12 A. Caleb Brown.
13 Q. And his girlfriend?
14 A. Ginger Brown.
15 Q. And so then you drove from Vine Street over
16 to the trailer?
17 A. Yes, I did.
18 Q. Do you remember anything that Kevin Lucas
19 said in the truck when you were driving either to
20 Vine Street or then over to the trailer on
21 Perrysville Road?
22 A. I think he may have said he wanted to go
23 home.
24 Q. Okay.

Page 21

1  A. But we were almost there so Donnie was kind
2  of like, well, just go here for a second then we'll
3  take you home.
4  Q. Okay. And do you know about what time this
5  was?
6  A. This had to be -- we arrived there around
7  4:00, 4:30, 5:00 in the morning.
8  Q. What time did you leave the nightclub?
9  A. Like I said, I don't remember what time
10 they closed. I think it was 3:30.
11 Q. Okay.
12 A. So we had to be there by 4:00, at the
13 trailer by 4:00.
14 Q. Okay.
15 A. Like I said, I'm so -- the details are --
16 it's been so long ago.
17 Q. Okay. Did you -- as you were driving the
18 three of them to these two locations did you observe
19 Kevin's demeanor?
20 A. He was just in -- just like a regular --
21 you know, like I said, I never hung around him
22 before, but like the way I observed him he -- you
23 know, he was just, you know, in a normal mood, you
24 know, laughing, making jokes, you know. Didn't seem

Page 22

1  too drunk, didn't see too, you know...
2      Q. Did he appear to be intoxicated?
3      A. Not really.
4      Q. Okay. Do you remember anything else Kevin
5  said when you were driving in the truck other than
6  that he wanted to go home?
7      A. No.
8      Q. Do you remember anything that Donnie said
9  when you were driving in the truck?
10     A. Other than the fact that he wanted to go to
11 this girl's house and hang out for a while.
12     Q. Okay. Did Donnie say why he wanted to go
13 to Samantha Laker's place?
14     A. I'm not sure, but, you know, I can -- there
15 was drugs there, you know, and there was partying
16 going on there and I'm sure that, you know, he wanted
17 to go hang out.
18     Q. Okay.
19     A. He wanted us all to go with him, you know.
20     Q. So then when you got to Samantha Laker's
21 trailer, did you go inside?
22     A. Yes, we all went inside.
23     Q. Okay. And who was inside when you got
24 there besides the four of you?

Page 23

1      A. Samantha, I think that was it. I think the
2  rest of the people had left and came and went and we
3  kind of showed up.
4      Q. Do you remember a girl named Lori being
5  there?
6      A. Lori? I don't remember a Lori.
7      Q. Okay. And what did you do once you got
8  inside Samantha's trailer?
9      A. Actually we kind of sat down and there was
10 some beer she had in the refrigerator and I remember
11 drinking a beer and then I don't remember who had the
12 drugs, but there was cocaine present and like I said,
13 I didn't see Mr. Lucas partake in any of it. I feel
14 like I can say this now because I have changed my
15 life and I'm a devout Christian, but at the time I
16 think I did use a little.
17     Q. Okay.
18     A. And Donnie, I think Donnie Finch did also.
19     Q. Okay.
20     A. And at this point Kevin Lucas expressed a
21 desire that he wanted to go home.
22     Q. Okay. Did you see Samantha do any?
23     A. I think she did do some.
24     Q. Okay. But you didn't see Kevin do any?

Page 24

1      A. No, I didn't.
2      Q. And was this -- was this just regular
3  cocaine or was it crack cocaine or --
4      A. Powder cocaine.
5      Q. Okay. Did you see Kevin have a beer in the
6  trailer?
7      A. No, I didn't.
8      Q. Okay.
9      A. He had water.
10     Q. He had water?
11     A. Yes.
12     Q. When Kevin was in the trailer did he appear
13 nervous or fidgety to you?
14     A. Actually, yeah. I don't know if he was
15 uncomfortable about the surroundings and the
16 situation that he was placed in, but he just, like,
17 expressed -- he expressed a desire to go home. So at
18 that point, you know, Donnie was like just sit down,
19 man, we'll be leaving in a minute. I said you know
20 what, I'll take him home.
21     Q. Okay. And so then did the two of you just
22 leave?
23     A. Yes.
24     Q. And how long had you been in the trailer

Page 25

1  when you then left?
2      A. Maybe an hour.
3      Q. Okay.
4      A. At this point it was daylight, very early
5  in the morning.
6      Q. All right. Do you remember anything else
7  that Kevin did or said during this hour other than he
8  said he wanted to go home?
9      A. No, just the fact that he looked
10 uncomfortable and didn't want to be there and just
11 kept saying, "Man, I want to go home", you know what
12 I'm saying? "I need to go home."
13     Q. And did you then leave Donnie and Juan
14 there?
15     A. Yes, I did.
16     Q. Was there anybody else there other than the
17 two of them?
18     A. Samantha.
19     Q. Okay. So then you got in your truck and
20 did you -- did you know where Kevin lived?
21     A. I knew where his mother lived, yes, around
22 the corner on Cleveland.
23     Q. Okay. How far was Samantha's trailer to
24 Lucille Butler's home?

Page 26

1    A. It wasn't very far at all because that's
2  why I volunteered to take him home instead of making
3  him pay for a cab. It was kind of like you go back
4  down Perrysville Road and go up Griffin and make a
5  left on Cleveland and he's home.
6    Q. Okay. So if you just drove the normal rate
7  of speed are we talking about five minutes?
8    A. Five minutes.
9    Q. Okay. So did Kevin get in the front seat
10 with you?
11   A. Yes.
12   Q. And tell me the route that you then took.
13   A. The route I just explained, it was back up
14 Perrysville Road to Griffin Street and we got maybe a
15 quarter of a way down Griffin Street when he wanted
16 to get out and walk home.
17   Q. Okay.
18   A. And I don't know if it was because he
19 didn't want to go home drunk or, you know, I didn't
20 know what the reason was he wanted to get out and
21 walk home. So I kind of beg and plead with him,
22 we're just up the street. He's like, no, just let me
23 out. So I let him out and that's the last time I
24 seen him.

Page 27

1    Q. Okay. Do you remember anything else that
2  Kevin said to you before you let him out other than,
3  you know, I just want to get out and walk home?
4    A. He was kind of -- he was angry at Donnie
5  for something that he done. I don't know what he
6  done, but he was just, you know, he was telling me,
7  you know, don't mess around with Donnie, don't do
8  all -- just kind of -- and I was like, well, you
9  know, I don't really hang out with Donnie that much.
10 Then he was just like I need to get out, man, I'm
11 going to walk home.
12   Q. Okay. Was he slurring his words at all?
13   A. No.
14   Q. Did he seem out of it or incoherent?
15   A. He seemed very -- very, very nervous, like
16 something was about to happen and he told me don't go
17 back over there where Donnie was. Like Donnie had
18 did something to somebody earlier that night and they
19 knew where he was, you know what I mean, it was like
20 that kind of feeling. I don't know what it was and
21 he was like don't go back over there. He's like let
22 me out here, I'm going to walk home and he was saying
23 you need to go home too.
24   Q. But he didn't give you any details?

Page 28

1    A. No, he didn't.
2    Q. Then when you let him out about how far
3  away was he from his mom's house? A half a mile or a
4  mile?
5    A. Not very far. Halfway in between the five
6  minute trip I described.
7    Q. Okay. And then did you drive away?
8    A. Yes, I went back to Samantha's where I
9  asked Donnie, I said, well, I said what did you do?
10 You know, I asked him what was he talking about.
11 He's like I didn't do nothing, man, he just does that
12 sometimes. That was his remarks.
13   Q. Did Kevin at any time that night tell you
14 he had done any drugs?
15   A. No.
16   Q. Did he tell you he had any drugs on him?
17   A. No.
18   Q. The next morning when Kevin was found in
19 the Vermilion County Jail there was a baggy of
20 cocaine that was found right next to his body. Do
21 you have any idea how Kevin may have gotten cocaine
22 that night?
23   A. No idea.
24   Q. When the autopsy was done of Kevin's body

Page 29

1  there was cocaine in his system. Do you have any
2  idea when Kevin may have done any drugs that evening?
3    A. Like I said, he didn't do any when I was
4  present, in his presence.
5    Q. Okay.
6    A. So he could have done them before or, you
7  know, even when I dropped him off, so...
8    Q. When you were driving Kevin home before he
9  got out, did he say anything to you that he thought
10 someone was going to try to kidnap him?
11   A. No, it wasn't along that lines. It was
12 more along the lines of something -- he was just
13 expressing his -- his -- how can I say it? He was
14 wanting me not to go back over there with Donnie
15 because Donnie had did something. I was like what
16 did he do? He's like I can't tell you that, just
17 don't go back. You know what I mean? It was one of
18 them deals where he couldn't say but he wanted to,
19 you know?
20      I mean I don't want to make Donnie seem
21 like a bad guy and he did something because I went
22 and asked Donnie about it and he said, well, he's
23 kind of crazy like that. And I hope I don't get
24 anybody in trouble for this as far as my testimony

### Page 30

1 because that's not my intentions.
2   Q. Off the record.
3   (Whereupon a discussion was held off the
4 record.)
5       CONTINUED BY MR. CONDON:
6   Q. And at any time that morning do you ever
7 remember a girl named Lori being at Samantha Laker's
8 trailer?
9   A. You know what, I don't remember, but she
10 could have been there, like right when we first
11 arrived and then left. Actually is she an older
12 lady? I think there was a girl named Lori there.
13  Q. Okay. What do you remember about an older
14 lady, Lori? I'm afraid to ask you how old.
15  A. I forgot all about her. She was just in
16 the back room most of the time.
17  Q. Uh-huh. Do you remember anything she was
18 doing?
19  A. Not really. Like I said, that's why I
20 didn't remember her because, you know -- but I do
21 remember seeing an older lady, if she was older. I
22 don't know. Maybe it's someone different.
23  Q. Okay. At any time when you were with Kevin
24 that morning did he ever tell you he wasn't feeling

### Page 31

1 well?
2   A. No, not really, no. Just kind of wanted to
3 walk home.
4   Q. Okay. When you let Kevin out of the truck
5 did you see where he went?
6   A. He headed towards his mom's house.
7   Q. Okay.
8   A. And at that point I turned around and went
9 back to the trailer.
10  Q. In the area where you let him out on
11 Griffin Street were there some trailer homes there?
12  A. Yes, there was.
13  Q. Did you later hear that Kevin had been
14 knocking on some trailer home doors there?
15  A. I later heard that and I was wondering, you
16 know, maybe, you know, what happened, like as far as
17 like did the police -- were they trying to arrest him
18 for walking -- I didn't know what happened with that,
19 but I did hear that.
20  Q. Did you hear that Kevin was knocking on a
21 trailer home door and yelling that someone was trying
22 to kidnap him?
23  A. No, I didn't hear that.
24  Q. Okay. Do you know a guy named Joe Newman?

### Page 32

1   A. Joe Newman? I don't think I do, not by
2 name.
3   Q. Okay. How about a guy named Dequimple?
4   A. No, not by name.
5   Q. Okay. The place that Donnie initially
6 wanted to go to on Vine Street, do you know whose
7 house that was?
8   A. No, I don't. There was a girl named April.
9 I don't know, I'm not sure of her last name. I know
10 her name was April.
11  Q. Did you ever go into April's place?
12  A. Uh-huh, just that time.
13  Q. Okay. How long were you in April's?
14  A. Probably a half hour.
15  Q. What did you do in April's place?
16  A. You know, the reason for us being there, I
17 don't know what the reason was, we just kind of were
18 hanging out in the living room and all of a sudden we
19 were gone. I don't know if they had beer or if there
20 was supposed to be a party over there or, you know.
21  Q. Was there anybody else there other than the
22 four of you and April?
23  A. Zyrone Petty was there and --
24  Q. Anyone else?

### Page 33

1   A. I don't remember. There was a bunch of
2 people there, a bunch of guys.
3   Q. Was anyone doing cocaine in her place?
4   A. I'm pretty sure.
5   Q. Did you see Kevin do any cocaine in April's
6 house?
7   A. No, I didn't.
8   Q. Okay. Have you talked to Samantha Laker
9 since Kevin's death?
10  A. Yes, I have.
11  Q. Okay. And what did she say to you?
12  A. Actually nothing about -- nothing about
13 that incident, just kind of, you know, when I seen
14 her after it first happened she's like isn't that
15 messed up about Kevin? I'm like, yeah, you know, I
16 wonder what happened. Nobody knew what happened to
17 him, you know. And so, you know, then I see her
18 sometimes over at my brother-in-law's house and
19 nothing is said of it.
20  Q. Okay. Has anyone told you that they have
21 any knowledge as to what happened to Kevin that
22 morning?
23  A. No. I just -- I heard from people in jail
24 that were in jail that he was beat up by the police

## Page 34

1 or pepper sprayed or something and he had asthma and
2 that is why he -- you know, I hear a lot of things.
3    Q. And do you remember the names of any people
4 in jail who told you that Kevin had been beaten up by
5 the police?
6    A. No.
7    Q. Okay. Have you ever talked to anyone who
8 told you that they were in the jail on the same day
9 as Kevin when Kevin died?
10    A. No, I haven't.
11    Q. Okay. So you just heard some rumors that
12 Kevin had been beaten up or had been pepper sprayed?
13    A. Yes.
14    Q. After Kevin's death did you talk to Donnie
15 Finch about Kevin's death?
16    A. Yeah, I asked him, you know, and just kind
17 of like the same thing, like, man, that's messed up.
18 Actually I seen him at the funeral and just kind of
19 shaken up about it, you know, because I mean we were
20 just with the guy, now he's dead, you know.
21    Q. And did Donnie tell you that he had been
22 doing any drugs with Kevin that night?
23    A. Huh-uh.
24    Q. No?

## Page 35

1    A. No, sir. I'm sorry.
2    Q. That's okay. Did you talk to Kevin's
3 mother, Lucille Butler, at the funeral?
4    A. I talked to her before the funeral and she
5 just wanted to know exactly what I told you and I
6 told her the exact same story.
7    Q. Okay.
8    A. That's probably why I still remember it so
9 well because it's -- it was hard for me to tell her.
10    Q. Okay. And right before you let Kevin out
11 of the car, did you actually come to a full stop and
12 he got out or did he like jump out?
13    A. No, I came to a full stop and I kind of
14 begged and pleaded with him to come back in because
15 we were just right around the corner from his house.
16 Just let me take you home. And he insisted to walk
17 home.
18    Q. On the way either to April's place or on
19 the way to Samantha Laker's trailer did you hear
20 Donnie or Juan tease Kevin at all about anything?
21    A. Maybe. I don't know. You know, it was
22 kind of -- it was kind of like a joking atmosphere in
23 the car, you know.
24    Q. Uh-huh. Do you remember anything specific?

## Page 36

1    A. Nothing specific. Nothing specific.
2    Q. Okay.
3    A. Like I said, these guys, it seemed like
4 they had been together all night and here I come, you
5 know, and like, you know, I'm kind of left out in the
6 dark on whatever they are talking about.
7    Q. And when Kevin got out of your truck, how
8 would you describe his physical demeanor?
9    A. Just kind of like, you know, I don't know
10 how to describe it, like nervous. Nervous.
11    Q. Did Kevin tell you why he was nervous about
12 anything or if he was nervous about something?
13    A. Like I said, he was just, you know, telling
14 me don't go back there, over there, and, you know, I
15 don't know if he thought that lady was a MEG agent or
16 something, you know, and -- I don't know what. You
17 know, I really don't know what was going on.
18    Q. He just appeared to be nervous about
19 something?
20    A. Yeah, a little.
21    Q. Did Donnie later tell you, you know,
22 anything that made you think, oh, now I know why
23 Kevin appeared to be nervous?
24    A. No, just Donnie just said I wouldn't pay

## Page 37

1 him any attention, you know. He does that. I'm just
2 like, you know, I kind of was suspicious about that,
3 like why would he -- you know, and he -- when he told
4 me, he was like, you know, I know you from when you
5 were little, you're a good guy, don't go back over
6 there. I'm telling Donnie this and he's like don't
7 pay any attention to him. I'm like, all right, I
8 think I will and that's when I went home.
9    Q. How much longer were you at Samantha
10 Laker's place after you had returned there before you
11 went home?
12    A. Maybe a half hour to 45 minutes, maybe an
13 hour. I'll say an hour.
14    Q. And during the hour that you were there
15 after you had returned to Laker's trailer did the
16 group continue to do drugs?
17    A. I think at this point, you know, with all
18 that was going on around, you know, the atmosphere,
19 I'm pretty sure that no one was doing drugs.
20    Q. Okay.
21    A. But like I said, the details aren't very
22 clear to me.
23    Q. Okay. Do you remember anything else that
24 happened that morning that you haven't already told

Page 38

1  me about?
2  A. That would be tough to think about. I
3  don't think so.
4  Q. Okay. Did you later hear anything from
5  anybody about Kevin and what happened that morning or
6  who he may have been with, any information that you
7  haven't told me about?
8  A. Like as far as somebody coming and telling
9  me something that happened?
10  Q. Yeah.
11  A. No. I don't think so. Other than the fact
12  that I heard he was dead and the police, you know,
13  pepper sprayed him and beat him up.
14  Q. Did anyone tell you what Kevin had been
15  doing before he was picked up by police?
16  A. Huh-uh. No, sir.
17  Q. Okay.
18  A. I mean I was curious to find out what he
19  was doing, you know, because I want to know. I was
20  the last person to see him alive and it's still a
21  mystery to me what happened to him, you know. Or the
22  reason they picked him up or, you know.
23  Q. Okay. Have you talked to anybody else who
24  told you they have any information or knowledge about

Page 39

1  Kevin and the circumstances regarding his death?
2  A. No.
3  Q. When you were at Samantha Laker's trailer
4  did you see any baggies of cocaine on the table?
5  A. I don't think so. Like I said, I don't
6  remember who had them, but I mean I can just kind of
7  see, you know, Donnie and Juan and Samantha on the
8  couch and Kevin standing -- I'm sitting at the table
9  and Kevin is kind of standing up like ready to go,
10  you know, he didn't want to be there any longer, so
11  it was just kind of the image I have burned in my
12  head right now. I don't see any baggies.
13  MR. CONDON: Elisha, those are all the
14  questions I have for you. Jason here may have some,
15  I don't know.
16  MR. KLEINMAN: I just have a couple and I
17  think you might have already answered them but I want
18  to be clear.
19  EXAMINATION CONDUCTED:
20      BY: JASON KLEINMAN:
21  Q. As far as hearing that Kevin might have
22  been beat up in the jail or pepper sprayed, do you
23  recall who told you that?
24  A. At the time there were so many people

Page 40

1  saying things, it was just, you know, I don't
2  remember who told me, but it was somebody who either
3  had something -- who was either incarcerated or, you
4  know, or was at jail that time. I don't remember
5  specifically who.
6  Q. So it might have just been kind of the
7  general word on the street or word around town?
8  A. Actually I think it was when I was
9  registering for my sex offender, I was down there and
10  I don't remember if I came in contact with an inmate
11  or, you know, one of the correctional officers who I
12  knew from being locked up and, you know, I don't --
13  it was one of the two, but I don't remember who.
14  MR. KLEINMAN: That's all I have.
15  MR. CONDON: Elisha, this deposition is
16  going to get transcribed and made into a document and
17  as the witness you have two options. One, we can
18  send the transcript to your residence so you can
19  review it to make sure that the court reporter took
20  everything down accurately and she'll give you a
21  correction sheet. And when you review it, if there's
22  any mistakes or anything then you put them on the
23  correction sheet and you send them back to the court
24  reporter. That's called reserving your signature.

Page 41

1  On the other hand, if you don't want to go
2  through that process, then you can also waive your
3  signature, which means we won't send it to you and it
4  will just be made an official transcript. It's your
5  choice.
6  A. I would like to review it, make sure
7  nothing got misconstrued.
8  MR. CONDON: Very good. We'll send it
9  to --
10  A. 503 Woodlawn, 61832.
11  AND FURTHER THE DEPONENT SAITH NOT
12      (Signature Reserved)

Page 42

```
 1  STATE OF ILLINOIS    )
                         )
 2  COUNTY OF VERMILION  )
 3
         I, Amy L. Prillaman, a Certified Shorthand
 4  Reporter, in and for the County of Vermilion, State
    of Illinois, do hereby certify that ELISHA STANFORD,
 5  the deponent herein, was by me first duly sworn to
    tell the truth, the whole truth and nothing but the
 6  truth, in the aforementioned cause of action.
         That the foregoing deposition was taken on
 7  behalf of the Defendant, at the Vermilion County
    Courthouse, 7 North Vermilion, Danville, Illinois, on
 8  the 24th of October, 2005;
         That said deposition is a true record of the
 9  testimony given by the deponent and was taken down in
    stenograph notes and afterwards reduced to
10  typewriting under my instruction; and that it was
    agreed by and between the witness and attorneys that
11  said signature on said deposition would not be
    waived.
12       I do hereby certify that I am a disinterested
    person in this cause of action; that I am not a
13  relative of any party or any attorney of record in
    this cause, or an attorney for any party herein, or
14  otherwise interested in the event of this action, and
    am not in the employ of the attorneys for either
15  party.
         IN WITNESS WHEREOF, I have hereunto set my hand
16  this 14th day of November, 2005.
17                  [signature]
18          AMY L. PRILLAMAN, CSR
```

Page 43

```
            IN THE UNITED STATES DISTRICT COURT
 1          FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                STATE OF ILLINOIS
 3
    LUCILLE BUTLER, individually, and )
 4  as Special Administrator of the   )
    Estate of KEVIN LUCAS, deceased,  )
 5                                    )
         Plaintiff,                   )
 6                                    )
    -vs-                              ) No. 04 CV 2048
 7                                    )
    VERMILION COUNTY SHERIFF W. PATRICK)
 8  HARTSHORN, et al.,                )
                                      )
 9       Defendants.                  )
10       This is to certify that I have read the
    transcript of my deposition taken in the
11  above-entitled cause, and that the foregoing
    transcript taken on October 24, 2005, accurately
12  states the questions asked and the answers given by
    me, with the exception of the corrections noted, if
13  any, on the attached errata sheet(s).
14
15  _____
16       ELISHA STANFORD
17
18  Subscribed and Sworn before me
19  this _____ day of
          _____, 2005.
20  Notary Public
21
22
    RETURN TO:
23
    AREA WIDE REPORTING
24  301 WEST WHITE ST.
```