E-FILED
Wednesday, 15 March, 2006  03:30:54 PM
Clerk, U.S. District Court, ILCD

# VERMILION COUNTY PUBLIC SAFETY BUILDING
## CELL CHECK - BOOK-IN - SHIFT 1st

DATE 05-10-03

Schull/Walker OFF AT 7:00A  C/O  R. Long/K. Young ON AT 7:00A.

TOTAL NUMBER OF INMATES  14

| TIME | INITIALS | PC | L13 | L14 | L44 | L45 | L46 | L11 | L24 | L29 |
|---|---|---|---|---|---|---|---|---|---|---|
| 11:30 | Long | 0 | 1 | 1 | 0 | 0 | 0 | 5 | 0 | 7 |
| 12:00p | Long | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12:28p | Long | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 1:02p | Long | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 1:32p | Long | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2:8p | Long | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2:45p | Long | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

EXHIBIT 10