ILLINOIS STATE POLICE
Division of Forensic Services
Springfield Forensic Science Laboratory
2040 Hill Meadows Drive
Springfield, Illinois 62702-4696
(217) 782-4975 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

May 21, 2003

Larry G. Trent
*Director*

SERGEANT ROD KAAG
VERMILION COUNTY SHERIFF'S OFFICE
2 EAST SOUTH STREET
DANVILLE IL 61832

Laboratory Case #S03-003759
Agency Case #V03-5095

OFFENSE: Death Investigation
VICTIM: Kevin D. Lucas

The following evidence was submitted to the Springfield Forensic Science Laboratory by Certified Mail on May 15, 2003:

| LAB/AGENCY | ITEM SUBMITTED | FINDINGS |
|---|---|---|
| 1/3 | 2.8 grams of chunky powder substance | Cocaine base |

**EVIDENCE DISPOSITION:**
The above evidence will be retained in our evidence vault and should be picked up within thirty days. The above evidence will be retained in our evidence vault and should be picked up within thirty days.

730 ILCS 5/5-9-1.4(b) states that a criminal laboratory analysis fee of $100 shall be imposed for persons adjudged guilty of an offense in violation of the Cannabis Control Act or the Illinois Controlled Substances Act.

Respectfully submitted,

Nancy C. Antonacci
Forensic Scientist

EXHIBIT 11