E-FILED
Wednesday, 15 March, 2006 03:37:23 PM
Clerk, U.S. District Court, ILCD

# VERMILION COUNTY SHERIFF'S DEPARTMENT
## INVESTIGATIVE REPORT

| Original Offense DEATH INVESTIGATION | Location Public Safety Bldg, book-in area | | R.B. Number V03-05095 | Page |
|---|---|---|---|---|
| Complainant LUCAS, Kevin D. | Address 1014 Cleveland, Danville | Phone | Date/Time 05/10/03  12:30 p | |

**Narrative**

05/10/03 approx. 12:30 PM I arrived at the Public Safety Building, 2 E. South St., Danville, Vermilion Co,IL. I proceeded to lower level book-in. There, in the padded cell area, I photographed the cell as well as the deceased subject, KEVIN LUCAS. At this time Inv. Damilano and I collected the following evidence:

From outside of the hallway, from the padded cell:
(1) blue pr. Fubu shorts
Contained in those shorts was tissue paper, appearing to be toilet paper, rolled up in the right back pocket. Also in the right back pocket was (1) one-dollar bill.
The shorts will be referred to as Exhibit 1. The one-dollar bill will be Exhibit 1A. This was later placed with Exhibit 5, the personal property of Kevin Lucas.

We then located in front of the padded cell, in the toilet area, to the right of the door:
(1) light blue-colored Fubu shirt.

Inside the padded cell area, at Lucas' feet, in a clear white baggie, tied in a knot at the end, was:
approx. 3.3 gr of what appeared to be an off-white powdery substance. The weight, 3.3. gr, was with packaging. Also by this off-white powdery substance was:
(1) piece of either a finger- or toe nail, which will be referred to as Exhibit 4.

I later received from Capt. Miller, Exhibit 5:
(1) envelope containing personal property, with the jail record sheet, showing
$2.00, 25 cents, a black wallet, a lighter, sunglasses, pen, notebook, a black belt and black & blue tennis shoes.
I also placed with these items, Exhibit 1A.

These items were then transported to the second floor, Public Safety Bldg, where they were processed and placed into evidence, with Exhibit 3, the off-white powdery substance, to be sent to the Ill. State Police Lab for weight and analysis.

After the photographing and collection of evidence, Inv. Damilano and I proceeded to 701 S. Griffin, Lot 1, in an attempt to speak with complainant DAVID DECKER ref. V03-5020, Disorderly/Resisting Arrest report filed by Dep. O'Brien. In this, David Decker was the original complainant. Decker was not at his residence.

Inv. Damilano and I then proceeded to Lot 2.

| Deputy: R. Kaag | | Carded | Scanned |
|---|---|---|---|

EXHIBIT
12