# Medix Emergency Medical Services Inc.
812 North Frankken
Danville, IL 61832

| Field | Value |
|---|---|
| ACCT NO | 5648 |
| INV NO | A313008 |
| BILLING DATE | |
| DATE | 5-10 |
| RUN NO | 8 |
| DAY | Saturday |

**NAME:** Lucas (LAST) Kevin (FIRST) _____ (MIDDLE)
**ADDRESS:** 1014 Cleveland (City)
**PHONE:** ( ) N/A
**SEX:** M (F)    **AGE:** 25
**DOB:** 9-6-77    **RESP:** Y N

**SSN:** 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
**DLN:** _____
**DOCTOR:** N/A (P)
**EMPLOYED BY:** Unkn
**ADDRESS:** _____
**CITY/STATE:** _____
**INSURANCE:** _____
**IPA #:** Unkn    **MED #:** Unkn
**CONF:** Y N    **REGULAR:** Y N
**IPA:** Y N  **INP:** Y N    **RAILROAD:** Y N

**NEXT OF KIN: RELATIONSHIP** Unkn
NAME / ADDRESS / CITY/STATE / PHONE

**RESPONSIBLE PARTY: RELATIONSHIP** _____
NAME = Signal 12
ADDRESS deceased
CITY/STATE / PHONE

| Time | |
|---|---|
| 1118 | TIME REC |
| 1119 | TIME DISP |
| 1122 | ARRIVE SCENE |
| — | DEPART SCENE |
| — | ARRIVE DEST |
| 1204 | RET SERVICE |
| 1212 | POST |
| | HOSP CONT |
| | IV STARTED |
| | 1ST DRUG |

**CODE TO** (1) 2 3
**FROM** 1 2 3
**ROAD COND:** DRY 1, WET (2), ICE 3, SNOW 4, FOG 5
**EMERGENCY PHYS**

**UNIT #:** 1  **AUTHORITY:** PSB
**NATURE OF CALL:** Poss Code Blue
**DISPATCHED TO:** 2E South PSB
**TRANSPORTED TO:** Signal 12/No Transport
**DRIVER:** C. Elder    **DISPATCHED FROM:** Base
**BILLCODE:** 5  **AUTH:** _____ **TYPE TRANSFER:** _____  13-1-2
**ATTENDANTS:** 1  icc  2 117  3 _ 4 _  **DIAGNOSIS:** _____ **BLS** _____

**END MILEAGE** _____
**BEG MILEAGE** _____
**TOTAL:** N/A

☐ EMERGENCY ☐ ADMISSION ☐ OUTPATIENT VISIT ☐ DISCHARGE
**AUTHORITY:** II    **MILES:** _____
**SS** _____  Y N

- ☐ 1. SCHED (24hrs in advance)
- ☐ 2. BLS Day (7am to 7pm)
- ☐ 3. BLS Night (7pm to 7am)
- ☐ 4. ALS Day (7am to 7pm)
- ☐ 5. ALS Night (7pm to 7am)
- ☐ 6. INTER-HOSP Transfer
- ☑ 7. DISPATCH-No Transport
- ☐ 41. INTERCEPT (Paramedic)
- ☐ 39. SPECIAL EVENT (hour)
- ☐ 38. STANDBY MINUTE
- ☐ 08. MILEAGE
- ☐ 09. OXYGEN
- ☐ 10. PULSE OXIMETRY
- ☐ 28. SUCTION
- ☐ 21. SPINAL IMMOB
- ☐ 22. FRACTURE IMMOB
- ☑ 11. EKG HEART MONITOR
- ☐ 13. IV ADMINISTRATION
- ☐ 14. IV MEDICATIONS
- ☐ 15. BLOOD SUGAR TEST

- ☐ 16. ET INUBATION
- ☐ 18. DEFIBRILLATION
- ☐ 20. CPR
- ☐ 17. EGTA INSERTION
- ☐ 23. WOUND DRESSING
- ☐ 24. MAJOR BLEEDING
- ☐ 19. SYNCH. CARDIOVERT
- ☐ 25. TRACTION SPLINT
- ☐ 26. MAST TROUSERS
- ☐ 27. CARDIAC ARREST
- ☐ 29. CSM
- ☐ 30. MAGILLS
- ☐ 31. RESTRAINT/VIOLENT
- ☐ 32. EYE CARE
- ☐ 33. GYN EMERGENCY
- ☐ 34. POISON CARE
- ☐ 35. ENVIRON. CARE
- ☐ 36. BURN CARE
- ☐ 37. CHILDBIRTH
- ☐ 42. EXTRA AMBULANCE
- ☐ 50. BLS (SNF)
- ☐ 51. ALS (SNF)
- ☐ 52. OXYGEN (SNF)
- ☐ 53. MILEAGE (SNF)

**PARAMEDIC STATS**
PRIOR APPR   ORIGIN   DEST   MILES   #   #

1. I confirm that I was transported by Medix Ambulance on this date.
2. I authorize Medix to have access to my hospital file for billing information.
3. I further give Medix authorization to release information pertaining to my medical care to an insurance company upon their request.

**SIGNATURE:** Signal 12
**WITNESS:** [signature]
**RELATIONSHIP:** _____
**DATE:** 5-10-03

**EXHIBIT 13**

Allison Ex 1

**TOTAL CHARGES** _____

| Field | Value |
|---|---|
| SERVICE # | 6534-01 |
| TODAY'S DATE | 05/10/03 |
| SERVICE NAME | MEDIX |
| INCIDENT LOCATION | PSB Bookin |
| HOSPITAL DESTINATION | Confirmation |
| PATIENT LAST NAME | Lucas |
| FIRST | Kevin |
| HOME PHONE # | N/A |
| AGE | 25 |
| DATE OF BIRTH | 09/06/77 |
| STREET ADDRESS | 1014 Cleveland |
| CITY | Danville |
| STATE | IL |
| ZIP CODE | 61832 |
| LEGAL GUARDIAN | — |

**ALLERGIES (MEDS):** ○ NONE KNOWN

**CURRENT MEDICATIONS:** ○ NONE KNOWN  ○ BROUGHT W/ PT

Hx Asthma

**CHIEF COMPLAINT**

**NARRATIVE:** ③ Pt unable to voice complaint ⓢ Upon arrival found Pt face down rolled onto (R) side in holding cell @ 783. Note Pt to be unresponsive, pulseless, pt et apenic. Pupils fixed et dialated. Note extremities to have rigor/mortis. Note some type of fluid to be coming from Pt's mouth. Note no obvious trauma. Note no lavidity. Note 2 small packets of white substance rolled in plastic wrap at Pt's feet. 8th VCCO stated Pt was "brought in around 0630 hrs et he was combative et doped up on something." VCCO stated Pt was placed in isolated cell due to being "combative." VCCO stated Pt was "placed in his cell around 0730 0645 hrs" et that Pt was last "spoken to" around 0700 hrs. VCCO denied Pt c/o anything. VCCO stated "he has asthma real bad et if he has problems he usually tells us right away." Noted Pt's (R) upper extremity to be underneath body, (L) upper extremity extended slightly away from body et (L) lower extremity to be crossed over (R) lower extremity. No other trauma or distress noted ⓟ.  NARRATIVE 1 OF 1

| TIME | P | R | B/P | TEMP | BS | RHYTHM | TREATMENT | DOSE | ROUTE | O2 SAT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| scene | — | — | | | | Asystole in Leads I, II, et III | Monitor Confirmation c time of death @ 1133hrs | | | | |

**LUNG SOUNDS** — LEFT / RIGHT: CLEAR, RHONCHI, RALES, WHEEZES, DIMINISHED, ABSENT ☒☒ / ☒☒

**SKIN TEMP** — Initial: COLD ☒ ; Last: COLD ☒

**SKIN MOISTURE** — Initial: NORMAL ☒ ; Last: NORMAL ☒

**SKIN COLOR** — Initial: PALE ☒ ; Last: PALE ☒

**ABDOMEN** — Initial: NORMAL ☒ ; Last: NORMAL ☒

**SIGNATURE OF PERSON RECEIVING PATIENT:** x Confirmation

6679750

**CREW SIGNATURES:**
- CREW MEMBER 1: [signature] EMT-P
- CREW MEMBER 2: E. Elder EMT-P

DRIVER / COMPLETED REPORT

Service/Provider Copy

# EMS SYSTEM RUN RECORD

Confirmation

| | | | |
|---|---|---|---|
| 5 MO. | 10 DAY | 03 YEAR | |
| | 1 1 3 7 | | DISPATCHED / ARR. SCENE / TIME OF CALL |
| | 1 1 3 3 | | DEPART. SCENE / RADIO CLEARED / ARR. HOSP. |

AMBULANCE # _____
RUN # 03-0974
TELEPHONE/CHANNEL# 8

☒ Male  ☐ Female  Age 26  Weight ____  NAME: Lucas, Kevin  ADDRESS: ____

STATUS: ☐ Stable  ☐ Mild  ☐ Moderate  ☐ Acute Distress  ☐ Cardiac Arrest

HISTORY: ☐ Cardiac  ☐ Hypertension  ☐ Diabetic  ☐ Emphysema
☐ Other: asthma

CHIEF COMPLAINT:
- P: PSB - found face down. Last talked to ~0700
- Q (B): Mucus coming from mouth
- R (R): Rigor Mortis to extremities
- S (I): await Coroner arrival
- T (M): Ø other trauma noted

MEDS: ☐ None  ☐ Unknown
Inhaler

ALLERGIES: ☐ None  ☒ Unknown

Family M.D.  on call

## PHYSICAL FINDINGS:

**MENTAL STATE**
- ☐ Conscious & Alert
- ☐ Conscious & Confused
- ☐ Unconscious/
- ☐ RESPONDS TO: Verbal/Pain
- ☐ Combative

**SKIN COLOR**
- ☐ Normal
- ☒ Pale/Ashen
- ☐ Cyanotic
- ☐ Flushed

**SKIN MOISTURE**
- ☐ Normal
- ☐ Dry
- ☐ Moist
- ☐ Clammy

**SKIN TEMPERATURE**
- ☐ Normal
- ☐ Hot
- ☒ Cold
- ☐ Warm
- ☐ Cool

**R. L. PUPILS**
- ☐ ☐ P.E.R.L.
- ☐ ☐ Pinpoint
- ☐ ☐ Sluggish
- ☐ ☐ Unequal
- ☒ ☒ Dilated, Fixed
- ☐ ☐ Respond

**R. L. LUNG SOUNDS**
- ☐ ☐ Clear
- ☒ ☒ Absent
- ☐ ☐ Course/Fine, Rale
- ☐ ☐ Wheeze   Inspir  Expir

### Vital Signs

| TIME | BP | P | R |
|---|---|---|---|
| | Ø | Ø | Ø |

### Monitor

| TIME | RHYTHM, DEFIB. |
|---|---|
| | Asystole |
| | 3 leads |

### Drugs

| TIME ORDERED/DONE | DRUG | DOSE | ROUTE |
|---|---|---|---|
| | | | |

## SECONDARY SURVEY/ADDITIONAL COMMENTS

Time of death 1133

## TREATMENT
- ☐ Airway
- ☐ Ambu / Assist
- ☐ Glucose
- ☐ CPR x ____
- ☐ Defib x ____
- ☐ EGTA/E.T.T.
- ☐ Extrication
- ☐ Mast
- ☐ O₂ N.C., Mask  L/M
- ☐ OB Delivery
- ☐ Salem Sump
- ☐ Splint
- ☐ Suction
- ☐ Other ____

### CREW SIGNATURES  CERTIFICATION NUMBER
1. S Allison EMT-P
2. C Elder EMT-P/S
3.
4. ____ (MICN)
5. ____ (M.D.)

EXPOSURE TO COMMUNICABLE DISEASE/BODY FLUIDS ☐
LOCATION:  ☐ RURAL  ☐ CITY

11/92   Form #199

11:27 10MAY03 LEAD I X1.0 HR=---

Pr. _____ Qrs. _____ P to P: _____ R to R _____ P-Qrs Ratio: _____

Rate: _____ Interpretation _____

_____ Signature _____

11:27 10MAY03 LEAD II X1.0 HR=---

Pr. _____ Qrs. _____ P to P: _____ R to R _____ P-Qrs Ratio: _____

Rate: _____ Interpretation _____

_____ Signature _____

11:27 10MAY03 LEAD III X1.0 HR=---

Pr. _____ Qrs. _____ P to P: _____ R to R _____ P-Qrs Ratio: _____

Rate: _____ Interpretation _____

_____ Signature _____

**Patient Addressograph**

Lucas, Kevin
ALS #03-0974
5-10-03

1 of 2

**Monitoring Strip Mounting Sheet**

PROVENA
UNITED SAMARITANS MEDICAL CENTER
DANVILLE, ILLINOIS

5/94    Form #2