IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION


LUCILLE BUTLER, Individually,    )
and as Special Administrator of)
the Estate of KEVIN LUCAS,       )
deceased,                        )
                                 )
                    Plaintiff,   )
                                 )
          vs.                    ) No. 04-2048
                                 )
VERMILION COUNTY SHERIFF         )
KENNETH O'BRIEN, et al.,         )
                                 )
                    Defendants.)


          Deposition of JOHN SCOTT DENTON, MD,

called as a witness herein, pursuant to the

applicable provisions of the Federal Rules of

Civil Procedure, before Belinda A. Harr, CSR

No. 84-003215, taken on October 28, 2005, at

12:30 p.m. at 333 Pierce Road, Itasca,

Illinois.

EXHIBIT
16

1    the specifics, but your report indicates that

2    Kevin Lucas died on May 10, 2003, and you

3    performed your autopsy the following day May

4    11, 2003. But you did not prepare your report

5    immediately thereafter; correct?

6         A.    Correct.

7         Q.    Okay. So you're waiting -- after

8    you perform the autopsy on May 11 you're

9    waiting for certain records and reports;

10   correct?

11        A.    Right. Specifically, I was

12   waiting for the toxicology report.

13        Q.    Very good. Okay.

14        A.    And the next four pages are a

15   copy of the autopsy report I printed off and

16   faxed to the coroner in regard to her request

17   that I didn't sign. I just faxed that to them

18   so it wouldn't get confused with the one I sent

19   to them in the mail as the official one.

20                    The next page is a fax sheet

21   of, it looks like, June 18, 2003, and it says

22   can you give us a call as soon as possible

23   regarding Kevin Lucas' autopsy.

1           Q.      And some of that information is

2      reported -- is placed in your autopsy report?

3      For example, the fact that he's asthmatic, you

4      learned that through Exhibit 3; correct?

5           A.      Yes.   Under the circumstances of

6      death,  --

7           Q.      Yes.

8           A.      -- that's basically just a short

9      form of what they told me.

10          Q.      Okay.   It might help just if you

11     -- would you mind reading the narrative from

12     Exhibit 3 into the record?

13          A.      Okay.   Under -- it says --

14     there's a heading --

15          Q.      Scenario.

16          A.      -- "Scenario".   "Arrested

17     disorderly and transported to count jail in

18     Danville.   The deceased was combative and

19     resisting arrest.   He was placed in padded cell

20     at approximately 1636 hours.   The arrestee did

21     eventually quiet down and laid down on the

22     floor of the cell. At approximately 1100 hours

23     staff went to wake the deceased for lunch" --

1          Q.    Tray.

2          A.    -- "tray, I guess, "but wanted to

3    complete booking procedure first.  The deceased

4    was unresponsive at which time a medical

5    emergency was initiated.  Medix arrived at

6    approximately 1122 hours.  At 1133 hours Lucas

7    was pronounced via Provena Emergency by doctor

8    monitor, it looks like.  Note, the deceased was

9    a known asthmatic.  Note also a small clear bag

10   with a white powder inside was found on the

11   floor of the cell the deceased was in.  No open

12   white powder bag was found in the cell.  The

13   bag found will be sent for testing by the

14   Vermilion County Sheriff's Department."

15         Q.    Okay.  Now, so you read that and

16   does -- what's in the scenario does that affect

17   the way you conduct your autopsy?

18         A.    Sure.

19         Q.    Can you explain?

20         A.    Well, first of all, you know, the

21   circumstances of a death in custody -- in

22   police custody it always raises the anxiety

23   level a little bit more to untoward effects or,

1        you know, trauma might have occurred.  So you

2        look for evidence of, you know, violence or

3        trauma, but then with a scenario like this, you

4        know, you start thinking that that's not really

5        the issue.  The issue was whether the drugs

6        contributed to the death so you're looking for

7        evidence of drug ingestion.

8              Q.     Okay.

9              A.     Usually the families have

10       questions and the families invariably say there

11       was police brutality so you're trying to

12       document that or rule it out.  That's the main

13       focus initially.  You know, is there police

14       misconduct?

15             Q.     You know that when someone dies

16       in a jail cell it's very common for litigation

17       to follow?

18             A.     Absolutely.

19             Q.     Okay.  So it's important that you

20       get to the bottom of it in terms of why this

21       person has come to pass?

22             A.     Sure.

23             Q.     Okay.  As you sit here today do

1          you have any independent recollection of the

2          autopsy of Kevin Lucas or are you relying

3          primarily or exclusively on your report?

4                    A.      I don't remember the autopsy so

5          I'm relying on the report.

6                    Q.      Okay.  And you've recently -- you

7          read your autopsy report prior to today's

8          deposition to refresh your recollection;

9          correct?

10                   A.      Yes.

11                   Q.      And did it, in fact, refresh your

12         recollection somewhat as to what you did during

13         the examination?

14                   A.      Sure.

15                   Q.      Could you read out loud the first

16         paragraph of your autopsy report which the

17         heading is "Circumstances of Death?

18                   A.      "The deceased was reportedly

19         arrested for disorderly conduct and was

20         transported to the county jail in Danville,

21         Illinois, where he was combative and placed in

22         a padded cell.  Later at approximately 11 a.m.

23         the deceased was checked on and found

1    unresponsive.  A small bag with a white powder

2    was found on the floor of the cell.  He has a

3    history of bronchial asthma.

4         Q.    And all of that information was

5    -- basically you got all that information from

6    Exhibit 3; correct?

7         A.    Yes.

8         Q.    Okay.  So as you conduct -- given

9    what you've been told in writing about this

10   case, you're basically looking for two things.

11   You go in looking for evidence of drug use and

12   then you're also looking for evidence of

13   possible abuse at the hands of the police;

14   correct?

15        A.    Yes.

16        Q.    Okay.

17        A.    And I'm also looking to see if

18   there's evidence of other diseases that could

19   have caused his death like natural diseases.

20        Q.    So when you examined Kevin Lucas,

21   you did look for any external or internal signs

22   that Kevin Lucas had been beaten; correct?

23        A.    Yes.

47

1          Q.      And if Kevin Lucas had been

2     beaten by the police or anyone else for that

3     matter, what sort of signs would you have

4     expected to see?

5          A.      I would have expected to see

6     scrapes or bruises on his body or hemorrhage in

7     the eyes, petechia, things like that.

8          Q.      And have you encountered cases

9     where you concluded that an individual had been

10    beaten and that caused his death?

11         A.      Yes.

12         Q.      Okay.  And are there certain

13    parts of the body that when someone has been

14    beaten they're more apt to bruise or scrape or

15    show object signs of injury?

16         A.      Yes.  Usually, their head, their

17    face, their knuckles.  It can be their forearms

18    if they're being beaten as defensive type

19    injuries.  Their chest, shoulder, back,

20    sometimes the back of the legs.

21         Q.      And in this case did you observe

22    any signs that indicated to you that Kevin

23    Lucas had been beaten in the hours just before

48

1    his death?

2         A.    No, I saw no evidence of that.

3         Q.    And your report does document

4    some superficial abrasions at the right

5    shoulder and the right wrist and then a light

6    contusion on the back of the left hand;

7    correct?

8         A.    Yes.

9         Q.    Okay. And but despite those

10   observations you still believe that Kevin Lucas

11   was not beaten by the police prior to his

12   death; correct?

13        A.    Yes.

14        Q.    And why do you say that?

15        A.    Well, those injuries -- the only

16   injuries I noted on the external evidence of

17   injury and internal evidence of injury on page

18   2 are consistent with basically at one time

19   having handcuffs on possibly or banging the

20   back of his left hand on an object. And then

21   on the right shoulder is a small little scrape.

22   It's less than an inch. To me those are

23   trivial injuries, and they're not consistent

49

1     with a beating, which are usually severe

2     injuries.

3          Q.     And, for example, frequently if

4     someone was beaten, he might have fractures;

5     correct?

6          A.     Sure, if they're severe enough.

7          Q.     In this case there were no

8     fractures; correct?

9          A.     Correct.

10         Q.     You might see some external

11    bleeding on his body.  He might be bleeding

12    somewhere.  Correct?

13         A.     Yes.

14         Q.     You did not see that in this

15    case; correct?

16         A.     No.  He did not have any cuts or

17    anything like that.

18         Q.     And he, also, was not -- did not

19    show any signs of internal bleeding; is that

20    correct?

21         A.     Correct.

22         Q.     And you say that the evidence

23    that you saw was observed was consistent with

50

1    him being handcuffed, possibly consistent with

2    him handcuffed; correct?

3          A.    Sure.

4          Q.    What injuries specifically are

5    you referring to?

6          A.    When I see in the internal

7    evidence of injury section subcutaneous tissue

8    on the back of the left hand and lateral right

9    wrist -- when I see two areas of bleeding in

10   those areas, usually that's something that's

11   associated with something hard around the wrist

12   at one point which is a handcuff.

13         Q.    Okay.

14         A.    There's not much else that that's

15   consistent with.

16         Q.    Am I also correct that it's your

17   opinion that any handcuff-related injuries that

18   Mr. Lucas may have suffered were not causally

19   connected to his subsequent death on May 11,

20   2003?

21         A.    That's correct.   They did not

22   contribute or cause his death.

23         Q.    And do you have any opinion as to

1    what may or could have caused this superficial

2    abrasion on Kevin Lucas' right shoulder?

3        A.    It's not a serious injury so he

4    could have just scraped his shoulder on

5    something or scraped his shoulder on a wall, a

6    hard object, or fallen down even.

7        Q.    And am I correct that this

8    superficial injury could have occurred the day

9    before or maybe a week before he died?  I mean,

10   we don't know when that injury occurred?

11       A.    I would say it's more likely

12   it's, you know, like the day or two before, but

13   a week before I would probably say, no, I would

14   see some evidence of healing.  So maybe 24

15   hours or maybe a little bit longer, but not

16   much more.

17       Q.    Okay.  Just for the record,

18   Doctor, you did a thorough examination of his

19   body, and am I correct that you did not observe

20   any evidence of injury at the chest, abdomen,

21   neck, back, buttocks, genitals, feet, legs, or

22   ankles?

23       A.    Correct.

1          Q.      Kevin Lucas wasn't bleeding

2     anywhere; correct?

3          A.      Correct.

4          Q.      During the autopsy you examined

5     both the external surface of the body as well

6     as the person's insides; correct?

7          A.      Yes.

8          Q.      Is more of the autopsy related to

9     a review of the external or the internal --

10         A.      They're probably both equally

11    important because they give you clues -- you

12    know, the external tells you clues of what you

13    might find inside.  But forensic pathology

14    spends a lot more time on the external and

15    hospital pathology is more internal.  So they

16    both tell us important things.

17         Q.      Is there anything about your

18    external -- your review of the external surface

19    that tells us the Kevin Lucas had been drinking

20    alcohol or taking drugs?

21         A.      No.

22         Q.      Okay.  Your internal review

23    includes an examination of the body cavities,

1         the neck organ, the respiratory system, the

2         cardiovascular system, the liver, spleen,

3         intestines, kidney, endocrine system, the

4         muscular system, and the central nervous

5         system; correct?

6                 A.     Yes.

7                 Q.     And in a case like Kevin Lucas

8         are some of these systems more important than

9         others?

10                A.     Yes.

11                Q.     What in particular -- in Kevin

12        Lucas' case what systems are particularly

13        important in analyzing the cause of death?

14                A.     I guess ranking them in order I

15        was concerned about the respiratory system

16        because there was a history of asthma so I

17        wanted to evaluate the status of his asthma.

18        Probably after that I would worry about the

19        neck organs, whether there was evidence of

20        hemorrhage in the neck muscles such as like a

21        choke hold or trauma to the neck.  Probably

22        after that would be the cardiovascular system

23        looking at the heart to see if he had evidence

1    made through the heart or something.  That's

2    the cause of death.

3         Q.    And within your report do you

4    make any conclusions regarding the cause of

5    death?

6         A.    Yes.

7         Q.    And that is the last paragraph of

8    your report?

9         A.    Yes.

10         Q.    Could you read that out loud?

11         A.    Sure.  It's under the heading of

12    "Opinion."  It says, "After consideration of

13    the circumstances surrounding his incarceration

14    and death, review of available medical history,

15    and after the postmortem examination with

16    ancillary studies, the death of this

17    25-year-old black male, Kevin Lucas, is due to

18    cocaine and alcohol intoxication."

19         Q.    So Kevin Lucas died because of

20    cocaine and alcohol?

21         A.    Yes, that's my opinion.

22         Q.    Yes.  Now, to get to that opinion

23    can you tell me what findings -- what internal

1        findings were particularly significant in terms

2        of determining the cause of death?

3             A.     From the internal examination

4        probably the most significant finding is the

5        lack of other findings, that there was no cause

6        of death at the external examination or the

7        internal examination. I didn't find a heart

8        attack. I didn't find fatal asthma findings.

9        So there really was no cause of death at the

10       end of the autopsy.

11            Q.     Okay.

12            A.     And at that time it was pending

13       further studies or pending the toxicology

14       studies.

15            Q.     Okay. So in a sense part of your

16       job is eliminating other causes or other

17       potential causes; correct?

18            A.     Yes, correct.

19            Q.     And, for example, you at some

20       point eliminated a beating at the hands of the

21       police as being the cause because you did not

22       see signs of external or internal injuries that

23       would be consistent with a beating by the

1       police?

2                A.     Yes.

3                Q.     And, specifically, you've already

4       indicated that whatever external injuries you

5       saw were superficial or trivial in nature and

6       then meanwhile you also did not find internal

7       signs of a beating.  For example, at the neck

8       you mentioned that if a person was choked, that

9       would typically be revealed in the internal

10      examination of the neck?

11               A.     Yes.

12               Q.     You didn't see any of that here;

13      correct?

14               A.     Correct.

15               Q.     Would it be correct to say that

16      out of all the systems -- and we just went

17      through the various systems -- there was no

18      sign of a beating with any of the internal

19      systems?

20               A.     That's correct.

21               Q.     Okay.  And then so another

22      possible cause of death that you would look at

23      would be a heart attack?

1          A.    Yes.

2          Q.    And if a person has a heart

3     attack, what would you see in the autopsy?

4          A.    I would expect to see blockage of

5     the coronary arteries.

6          Q.    But you did not see that here?

7          A.    I did not.

8          Q.    Now, you knew that he was

9     asthmatic and so one of the things you're

10     looking at is whether he had a fatal asthma

11     attack; correct?

12          A.    Yes.

13          Q.    If Kevin Lucas had a fatal asthma

14     attack, how would have that -- what would you

15     have seen during the autopsy?

16          A.    The things I look for in a fatal

17     asthma attack or that I seen commonly are

18     hyper-expanded pale lungs with a doughy

19     consistency. I look for mucus plugging in the

20     airway, which is the main finding that tells me

21     that this is a fatal process as mucus blocks

22     the airways.

23          Q.    What is mucus plugging?

1          A.     It's basically the mucus glands

2     in the airway secrete too much mucus due to

3     irritation that triggers the asthma and then

4     those become ball valve plugs so air gets in

5     the lungs but can't get out so lungs become

6     hyper-inflated.

7          Q.     And, I'm sorry, obviously, I

8     don't have your background and your training.

9     The mucus glands are where?  Is that in the

10    lungs?

11         A.     They're in the whole airway area.

12    From the minute the airways go into the lungs

13    -- the lungs, you know, are a bunch of air sacs

14    with tubes that go through them.  It's almost

15    like the tubes get smaller and smaller like the

16    roots of a tree so they go down to one cell

17    thick, and all those areas in the middle of the

18    lung will have these little mucus glands around

19    them and they will secrete mucus.

20         Q.     So when someone has a serious

21    asthma attack, they have -- their lungs

22    hyper-expand and you have mucus plugging;

23    correct?

1           A.      That's the main stuff, yes.

2           Q.      And if Kevin Lucas died of an

3      asthma attack, you would expect for him -- you

4      would expect to see those two things in the

5      autopsy?

6           A.      Yes.

7           Q.      Anything else?

8           A.      I can also see some -- the mucus

9      area or the trachea can be red and roughened

10     from irritation or an infection.

11          Q.      Did you see any of these findings

12     with respect to Kevin Lucas?

13          A.      I think the only thing I saw was

14     that he did have -- let's see, the bronchi or

15     airways they showed mild --

16          Q.      If you could indicate what

17     system--

18          A.      Sure.

19          Q.      -- you're referring to?

20          A.      Sure.  It's under respiratory on

21     page 3.

22          Q.      Okay.  And it looks like it's the

23     fourth line down.  It says bronchi show mild

1    reddening and roughening of the mucosa without

2    mucous plugging or mucosal thickening."  That

3    tells me he does have some irritation going on

4    but that could just be bronchitis.  It doesn't

5    necessarily have to be asthma.  And those two

6    things I noted that weren't there are findings

7    I would expect to see in asthma.

8         Q.    If you had not been told in this

9    report, and I'm referring to Exhibit 3, that

10   Kevin Lucas was asthmatic, would you have been

11   able to tell from your autopsy that Kevin Lucas

12   was asthmatic?

13        A.    No.

14        Q.    Okay.  So, Doctor, just so I'm

15   clear it's your opinion is that Kevin Lucas did

16   not die as a result of an asthma attack?

17        A.    Correct.

18        Q.    During the autopsy did you take

19   tissue samples, Doctor?

20        A.    Yes.

21        Q.    Describe the process where you

22   took tissue samples from?

23        A.    During the autopsy as I'm

1    doesn't drink at all, who doesn't have the

2    enzymes ready to Go.

3            Q.      Let's -- I'm jumping around a

4    little bit now.

5            A.      Sure.

6            Q.      I'm going back to your autopsy

7    report and your summary diagnoses.

8            A.      Okay.

9            Q.      Do you prepare that after you get

10   the toxic -- the lab reports?

11           A.      Probably the only one I added

12   after the toxicology report was number one.  I

13   would have dictated two through five at the

14   autopsy.

15           Q.      You have five things listed here,

16   but you've already indicated that some of these

17   are really unrelated to Kevin Lucas' death;

18   correct?

19           A.      Yes.

20           Q.      For example, No. 5 you list

21   superficial abrasions and contusions of the

22   right shoulder, wrist, and back of the left

23   hand, but you already said that that's not why

74

        1      he died; correct?

        2              A.      Right.  The summary diagnoses are

        3      just things I saw so if someone wants to--

        4              Q.      Notable findings?

        5              A.      Yes.

        6              Q.      Okay.  No. 2 you wrote bronchial

        7      asthma, mild.

        8              A.      Yes.

        9              Q.      But I think you previously

       10      testified that you didn't see anything to your

       11      examination that would tell you or show you

       12      that he was asthmatic?

       13              A.      Yes.

       14              Q.      But did you just include that

       15      because you knew that?

       16              A.      Yes.

       17              Q.      Okay.

       18              A.      So if someone asks, you know,

       19      he's got a history of asthma, did you see

       20      asthma, they can look at the diagnoses and say,

       21      okay, there's a history of asthma but if it's

       22      there it's very mild.  What I'm telling someone

       23      is it did not cause his death and it's mild if

1    arrhythmia caused by the ingestion of cocaine."

2        Q.    What is a cardiac arrhythmia?

3        A.    It's an irregular heart beat

4    usually ventricular tachycardia and then

5    generating into something called fibrillation

6    where the heart beats very fast and then it

7    beats ineffectually where it starts to twitch,

8    and that's fibrillation, and the heart stops.

9        Q.    Is that different than a heart

10   attack?

11       A.    It's actually the same process of

12   a heart attack.  It's just a different way to

13   get to that mechanism.

14       Q.    What's the process of a heart

15   attack?

16       A.    A heart attack like if you're

17   talking about the traditional heart attack or

18   blockage of arteries, that's a lack of oxygen

19   to the heart cells through the coronary

20   arteries and those areas that aren't getting

21   oxygen will start firing irregularly and you'll

22   go into that tachycardia and that fibrillation

23   due to lack of oxygen.  Cocaine it's a little

86

1       bit different mechanism to get there.

2               Q.      So with Kevin Lucas there was no

3       blockage but essentially it's your testimony

4       that in this case the cocaine caused Kevin

5       Lucas' heart to freak out for lack of a very

6       lay way of putting it?

7               A.      That's a good way of putting it,

8       yes.

9               Q.      And it causes the heart to speed

10      up?

11              A.      Yes, it's a stimulant.

12              Q.      Okay.  And then at some point it

13      just stops -- the heart stops pounding or

14      pulsing in a normal or regular manner?

15              A.      Yes, and it becomes irregular.

16              Q.      Okay.  And is that opinion

17      reflected in your autopsy report about the

18      death being from a cardiac arrhythmia?

19              A.      No.

20              Q.      Is there a reason that you would

21      not put that in this report?

22              A.      Because it's like what letter A

23      says, it's a mechanism.  It's a process of

1    correct?

2         A.    No.  No one told me that fact.

3         Q.    Right.  And is there any

4    information that you have -- do you have any opinion

5    as to Kevin Lucas' time of death?

6         A.    No, I can't form -- because I

7    looked at his body the next day and changes of

8    death have already occurred.

9         Q.    Is there anything that -- any

10   information that you could be given that would

11   allow you to determine more precisely when he

12   died?

13        A.    Sure, but it would depend on the

14   people who just saw him and if they are able to

15   evaluate the stiffness of the muscles, the body

16   temperature, if he was cold or warm, things

17   like that.

18        Q.    Let's talk about that.  The

19   evidence in this case is that the paramedics

20   arrived on the scene sometime between 11:00 and

21   11:30 and that one of the paramedics that saw

22   him did note a significant amount of rigor

23   mortis?

1          A.     Okay.

2          MR. DECARO:   Let me just object to the

3    form of the question.

4    BY MR. ROSE:

5          Q.     Okay.   Would that allow us to

6    draw any conclusions as to the time of death in

7    this case?

8          A.     I would say not concretely, but

9    it would give you an estimate that he will be

10   dead at least -- you know, in my opinion I

11   don't see rigor before an hour and then rigor

12   starts to form, you know, at different times in

13   different muscles.   So if the arms are stiff,

14   you're talking an hour to two hours.

15         Q.     In this case the body -- Kevin

16   Lucas' body was found in a prone position or

17   laying on the ground, and then when one of the

18   paramedics went to turn him over, he took his

19   arm and the body went with the arm.   So that

20   was the way the paramedic described it,

21   described the rigor mortis.

22         A.     Okay.

23         Q.     So based on that would it be your

1          A.    Yes.

2          Q.    Okay.  If you went on an

3     emergency call or went on a medical call and

4     someone had significant rigor mortis, can you

5     think of any reason why you would then use a

6     heart monitor to see if there was a heartbeat?

7          A.    I think the paramedics just do

8     that to be thorough or to make sure the person

9     is really dead because there have been a couple

10    of instances where people have thought their

11    person was dead and they didn't put the heart

12    monitor on and there have been some lawsuits

13    after that so now they just do it to make sure

14    to cover themselves.

15         Q.    Can you have slight rigor mortis

16    and still be alive?

17         A.    Not that I've ever seen.  I mean,

18    you hear anecdotal tales of someone dying in a

19    hospital like the process of dying.  There's no

20    blood flow to the hand so the hand will go into

21    very early rigor right before death, but that's

22    the only thing I have heard.

23         Q.    You know, when you have like your

1           THE WITNESS:  Yes, that Sunday morning.

2           MR. ROSE:  Yes, thank you.

3    BY MR. DECARO:

4           Q.    I think you told Jason that there

5    was no evidence that Kevin's asthma contributed

6    to his death.

7           A.    Correct.

8           Q.    Would that opinion change if you

9    had learned that he had severe asthma that

10   caused him to be hospitalized on several

11   occasions or is that separate from what you

12   found in the autopsy?

13          A.    That's separate.  I mean, what

14   you told me just tells me that at some point

15   his asthma was bad and now at the autopsy it's

16   not bad or it's well-treated.

17          Q.    Sure.  Now, we talked a lot about

18   cocaine and I think you've said a number of

19   times that various levels of cocaine can be

20   lethal to various different people.

21          A.    Yes.

22          Q.    Okay.  Is that something that's

23   commonly known in the medical profession?

1        the purpose of this question that the

2        paramedics arrived at Kevin Lucas' cell at

3        around 11:22 a.m.

4                A.      Okay.

5                Q.      Also, assume that the paramedics

6        noted rigor mortis on Kevin Lucas' body.

7                A.      Okay.

8                Q.      I believe you previously

9        testified that based on those facts it's your

10       opinion that Kevin Lucas most likely died on or

11       before 10:22 a.m.; is that correct?

12               A.      Based on that rigor mortis I

13       would say that's a good guess, yes.

14               Q.      Now, in terms of CPR is CPR

15       designed to bring a person back from the dead

16       or does it bring a person to consciousness who

17       was otherwise unconscious?

18               A.      It's basically to try to revive a

19       person in the process of dying.

20               Q.      Okay.  Let me ask you this.  I,

21       also, now want you to assume that a

22       correctional officer didn't go into Kevin

23       Lucas' cell until after 11 o'clock.

150

1          A.    Okay.

2          Q.    So based on that in your opinion

3    would there have been any reason -- is there

4    any possibility that Kevin Lucas could have

5    been resuscitated after 11 o'clock?

6          MR. DECARO:  Let me object to the form

7    of that question, incomplete hypothetical.

8          THE WITNESS:  What was the initial time

9    again when the correctional officer went into

10   the cell?  You said 11:00?

11         MR. ROSE:  After 11 o'clock.

12   BY THE WITNESS:

13         A.    After 11:00.  I would say

14   probably the process of dying in that period of

15   time would be a little bit too far, but, you

16   know, I don't know.  I don't know -- you have

17   to know the time.

18   BY MR. ROSE:

19         Q.    Let's talk about what is the

20   process of dying.  How long does that process

21   take?

22         A.    Are we talking specifically or

23   just generally?  Like, if you go with Mr.

1        Lucas, what's going on with him I believe, you
2        know, he has an arrhythmia, an irregular
3        heartbeat fibrillation.  His blood flow is not
4        effective so blood is backing up into his
5        organs because his heart isn't pumping
6        effectively.  His brain is swelling from lack
7        of oxygen, and then he'll go into this
8        fibrillation, and that will last -- you know,
9        usually that will last a couple of minutes, and
10       during this time period you've got to get that
11       fibrillation back because there's no oxygen
12       going to his organs.  You've got maybe three
13       minutes, three to five minutes.  So once that
14       starts it's not a long time.  Irreversible
15       brain death occurs in about five minutes.

16                Q.    So based on the fact that rigor
17       mortis had set in at 11:22 and based on your
18       opinion that he was most likely dead before
19       10:22, can we take it based on those facts that
20       you don't believe that CPR would have had any
21       impact if someone attempted to institute CPR at
22       11 o'clock or after 11 o'clock?

23                A.    Based on all that I would say

1    probably not.  Probably not.  CPR would

2    probably not be effective.

3           MR. DECARO:  Let me object as to

4    incomplete hypothetical and form of the

5    question.

6           MR. ROSE:  That's fine.  I don't have

7    anything.

8                    EXAMINATION

9                    BY MR. DECARO:

10           Q.    Doctor, the opinion you just gave

11    that is based upon that a significant amount of

12    rigor mortis had set in because I thought we

13    talked -- I mean, is that true?

14           A.    Yes.

15           Q.    Okay.  So if it was -- do you

16    have an opinion as to the very initial stages

17    of rigor mortis, how soon that starts after

18    death?

19           A.    It starts right away after death.

20           Q.    Immediately?

21           A.    Pretty much, yes.

22           Q.    So to form any of those opinions

23    you just gave as to time you would have to have

1        a pretty exact definition of the rigor mortis

2        that the paramedics encountered at 11:22?

3              A.     That would be best, yes.

4              Q.     And how would -- I mean, I can't

5        imagine how someone would define the rigor

6        mortis to you to such a point where you can put

7        a precise time of death or even a range.  Would

8        that be accurate?

9              A.     I mean, yeah, it's best if I'm

10       there and I'm evaluating it.  That's the best

11       -- that's what I would like optimal.  You know,

12       barring that then you have to rely on others

13       and then there's subjective views.

14             Q.     Because what you might consider

15       stiff I might not consider stiff, and what you

16       might consider, you know, not so stiff I might

17       consider stiff; right?

18             A.     Yes.

19             Q.     There's people -- it's too

20       subjective of an area for the person who is not

21       determining the cause of death to rely on

22       someone else's subjective opinion as to what

23       the rigor mortis was like?

154

1           A.    Yes.

2           Q.    Would the best measurement for

3     the cause of death be the person's temperature

4     upon the paramedics arrival?

5           A.    Probably the best estimate,

6     although that's not perfect either.

7           Q.    So rigor mortis starts

8     immediately.  When would rigor mortis be

9     complete where the person's entire body would

10    be stiff, if that, in fact, occurs?

11          A.    That's very variable too.  It

12    depends on the environmental temperature, what

13    the person's, you know, body temperature is, if

14    it's elevated -- which cocaine can cause

15    elevated temperature.

16                      You know, complete rigor

17    mortis the textbooks say, you know, 8 to 12

18    hours rigor mortis is complete and it's usually

19    gone by 36 hours, but that's a 72-degree

20    temperature constant environment with a 98.7

21    degree person with a normal body build and a

22    normal weight.  It's so variable and so

23    individual, you know.  There's always fudge

1     factors.

2            MR. ROSE:   I'm sorry, complete rigor

3     mortis sets in after -- what were the hours?

4            THE WITNESS:   If you read the textbooks

5     they say 8 to 12 hours and then it's usually

6     gone by 36 hours, but I've had people in, you

7     know, jacuzzis of 115 die and they're in rigor

8     mortis within minutes because the temperature

9     is elevated and that accelerates rigor mortis

10    and makes it go faster too.  So there's so many

11    different variables.

12    BY MR. DECARO:

13           Q.    And the fact that Kevin -- strike

14    that.  Your opinion that Kevin died of cocaine

15    -- I think you said cocaine elevates your

16    temperature?

17           A.    Cocaine causes an elevated body

18    temperature, sweating and increased

19    temperature.

20           Q.    So in his case you would expect

21    rigor mortis to set in quicker?

22           A.    Generally speaking, yes, but

23    specifically I don't know.

1          Q.      Are there any appendages where

2      rigor mortis typically starts setting in first

3      or how does rigor mortis work?

4          A.      It usually starts in the smaller

5      muscles first like the muscles of the lips and

6      the nose.  The jaw will start first, the eyes,

7      and then it spreads to larger muscles, and then

8      as it fades it leaves those muscles in the eyes

9      and mouth first and then it leaves the legs and

10     arms last.

11         Q.      Can you see rigor mortis in your

12     face or eyes?

13         A.      No.  You have to feel it.

14         Q.      What does that feel like?  If you

15     feel -- if somebody feels a carotid artery,

16     what would it feel like?  Would it feel hard

17     like a piece of wood?

18         A.      No.  Probably -- that's not --

19     that probably wouldn't do anything.  You would

20     feel the jaw and try to open the mouth and if

21     the jaw is locked then that's rigor mortis.

22     That's one of the first areas it would come

23     into.

1              Q.     Anything with the nose?  Would

2      the nose -- or that's not something that it

3      would affect?

4              A.     Not really.

5              Q.     So when you're looking at

6      someone, you can't tell whether rigor mortis

7      has set in in their face?

8              A.     No.

9              Q.     You would have to actually start

10     trying to move their face and mouth and

11     eyelids, things like that?

12             A.     Sure, yes.

13             MR. DECARO:  I have nothing else.

14                       EXAMINATION

15                     BY MR. ROSE:

16             Q.     Last thing.  Last question about

17     rigor mortis.  The first thing that you said

18     when I asked you about rigor mortis is that in

19     your experience -- and I think you made

20     reference to an hour.  Okay.  Tell me again

21     what you said and what your basis for that

22     one-hour statement is whether it's textbook,

23     whether it's your experience, whether it's a

1    seminar.

2         A.    Usually, it's my experience, you

3    know, if I see someone who's been dead an hour,

4    you know, I'll see evidence of rigor mortis.

5    I'll see stiffening of the muscles.  It doesn't

6    mean, you know, they are totally complete

7    locked rigor mortis, but I will see stiffening

8    of the muscles in the arms.  Because we are

9    talking about the arm -- the paramedic rolling

10   over and the arm coming with the body.  That

11   could be stiffening of the arm.

12        Q.    Conversely, in your experience

13   when you see dead individuals, individuals who

14   have been dead for less than an hour, you don't

15   usually see rigor mortis generally?

16        A.    Generally speaking, that's

17   correct.

18        MR. ROSE:  Okay.  That's all I have.

19        MR. DECARO:  That's all I have.

20        MR. ROSE:  Signature?  The deposition is

21   finally complete.  You have the right to review

22   your transcript or you can waive your

23   signature.