# REPORT OF POSTMORTEM EXAMINATION

| | |
|---|---|
| COUNTY: VERMILION | AUTHORITY: PEGGY JOHNSON, Coroner |
| NAME: **KEVIN LUCAS** | AUTOPSY #: N-03-148 |
| SEX: Male    RACE: B | AGE:   25 Years |
| ADDRESS OF DECEDENT: 1014 Cleveland | |
| CITY AND STATE: Danville, Illinois | EXAMINED BY: J. Scott Denton, M.D. |
| DATE OF DEATH: **May 10, 2003** | TIME OF DEATH:   11:33 a.m. |
| DATE OF AUTOPSY: May 11, 2003 | TIME OF AUTOPSY:   10:30 a.m. |

## CIRCUMSTANCES OF DEATH:

The deceased was reportedly arrested for disorderly conduct and was transported to the County Jail in Danville, Illinois, where he was combative and placed in a padded cell. Later, at approximately 11:00 a.m., the deceased was checked on and found unresponsive. A small bag with a white powder was found on the floor of the cell. He has a history of bronchial asthma.

## EXTERNAL EXAMINATION:

The body is received in a white body bag clothed in a pair of brown plaid boxer shorts and a pair of white socks. There are no other accompanying articles.

The body is that of an adult well-developed and well-nourished young-appearing black male, weighing 193 lbs., measuring 5 ft. 10 in., and appearing approximately the stated age of 25 years. The skin is cold after refrigeration. Rigor mortis is well-developed. Livor mortis is red and slightly blanchable posteriorly.

The scalp is covered by thick black coarse curly hair with braids on the right temple. The scalp is without evidence of injury. The eyes are closed. The irides are brown. The sclerae and conjunctivae show congestion without petechiae. The irides are brown. Pupils are equal and regular size. The skeleton of the nose is intact. The nares are patent. A small amount of serosanguineous fluid exudes from the nares. A black mustache and beard encircle the mouth. Black sideburns and facial hair stubble are also present. The teeth are natural. The lips and oral mucosa are unremarkable. The tongue shows a small amount of drying artifact. The ears are unremarkable. There is no petechiae of the face, neck, or chest. The neck is without cutaneous evidence of injury with the trachea in midline. There is no hypermobility.

1



NAME: KEVIN LUCAS							AUTOPSY #: N-03-148

The musculature of the chest is well-developed. The chest, abdomen, posterior neck, back, buttocks, anus, and upper and lower extremities are symmetrical and normally developed without evidence of injury. Genitalia are normal male and appear uncircumcised. Both testes are palpated in the scrotum without anomaly. The fingernails are short and clean. The toenails are short to medium length and clean. The soles of the feet are unremarkable. Specifically, there are no marks of the ankles.

### IDENTIFYING SCARS, MARKS, TATTOOS:

1. On the left lateral arm is an ornate decorative writing tattoo with a six pointed star.

2. On the mid-abdomen is a decorative writing tattoo with and six pointed star.

3. On the right upper lateral arm is a black, fading, decorative tattoo of a face in flames and "KEG", six pointed star, and "G".

4. Across the upper back is a black fading design tattoo, "SPACE AGE", and decorative writing and designs with a six-pointed star.

5. On the right inner forearm are two tattoos of headstones with writing.

### EVIDENCE OF MEDICAL THERAPY:

1. A circular ECG patch is on the left lateral chest.

### EXTERNAL EVIDENCE OF INJURY:

1. On the top of the right shoulder is a superficial red abrasion, 0.75 x 0.2 in.

2. On the back of the right wrist are two superficial red abrasions, 0.3 x 0.1 in. and 0.1 x 0.1 in.

3. On the back of the left hand is a light purple contusion, 1.2 x 0.7 in.

### INTERNAL EVIDENCE OF INJURY:

1. In the subcutaneous tissue of the back of the left hand and lateral right wrist are two small superficial hemorrhages.

### INTERNAL EXAMINATION:

Body Cavities:    The body is entered by a Y-shaped incision. The head is entered through an intramastoid incision. All organs are present in their usual anatomic positions and present their usual anatomic relationships. No abnormal fluid accumulation is seen in any body cavity. There are no pleural or visceral petechiae.

NAME: KEVIN LUCAS                                      AUTOPSY #: N-03-148

<u>Neck Organs</u>:   The anterior muscles of the neck are free of hemorrhage. The cartilages of the larynx and epiglottis are intact. The hyoid bone is intact. The mucosal surfaces are tan and free of obstruction. The tongue is unremarkable externally and upon cut sectioning.

<u>Respiratory System</u>: The right lung weighs 510 g. The left lung weighs 450 g. The surfaces are well-aerated, red, and soft. Cut sections show well-aerated parenchyma with mild hyperinflation without fibrosis or infiltrate. There is minimal interstitial anthracotic pigment deposition. There is no fibrosis or infiltrate. Bronchi show mild reddening and roughening of the mucosa without mucous plugging or mucosal thickening. The pulmonary vasculature is intact and free of thromboemboli.

<u>Cardiovascular System</u>:   The heart weighs 390 g and is normally formed. The pericardium is intact. There is no effusion. Epicardial coronary arteries are right dominant without atherosclerosis. The valves of the heart and great vessels are unremarkable. There is no atrial or ventricular dilatation, hypertrophy, or endocardial fibroelastosis. Sections of the myocardium are red-brown without fibrosis or discoloration. The aorta is intact without anomaly.

<u>Hepatobiliary System</u>:   The liver weighs 1,710 g. The surface is red-brown and smooth with sharp margins. Cut sections show congestion without fibrosis or cirrhosis. The biliary tracts are unremarkable. 10 cc of green bile is seen in the gallbladder without stones.

<u>Hemolymphatic System</u>: The spleen weighs 210 g. The surface is red-purple, firm, and smooth. Cut sections show congestion of the red pulp and indistinct follicles. There is no systemic lymphadenopathy.

<u>Gastrointestinal System</u>: The esophagus is unremarkable. The stomach contains approximately 25 cc of green fluid material. The mucosa is tan without ulceration or hemorrhage. The duodenum, small and large intestines are unremarkable. The appendix is present and unremarkable.

<u>Genitourinary System:</u> The right kidney weighs 190 g. The left kidney weighs 200 g. The surfaces are red-brown and smooth. Cut sections show congestion of the cortices and unremarkable medullae. The renal pelves, ureters, and urinary bladder are unremarkable. 30 cc of amber urine is seen. The mucosa is white. Sections of the prostate are unremarkable.

<u>Endocrine System:</u>  Examination of the pituitary, pancreas, thyroid, and adrenal glands is unremarkable externally and upon cut sectioning.

<u>Musculoskeletal System:</u>    The general musculature is brown without hematoma. No skeletal abnormalities are identified internally or palpated externally. Incisions into the wrists over bony prominences and on the back of the hands show the above described hemorrhages. The remaining incisions are without subcutaneous hemorrhage.

NAME: KEVIN LUCAS                                      AUTOPSY #: N-03-148

<u>Central Nervous System:</u>  The brain weighs 1,510 g.  The scalp is without laceration or hematoma.  There is no subgaleal hemorrhage.  The skull is intact.  The leptomeninges and spinal fluid are clear.  There is no epidural, subdural, or subarachnoid hemorrhage.  The surfaces of the brain show moderate expansion and flattening of the cerebral gyri with loss of the sulci grooves and mild notching of the cerebellar tonsils.  There is no herniation.  There is mild congestion of the vasculature of the subarachnoid space.  Serial sections of the cerebrum, cerebellum, and brain stem are without focal areas of pathologic change.  The vessels at the base of the brain, cervical spinal cord viewed in the foramen magnum, and internal palpation of the neck are unremarkable, specifically without hemorrhage, dislocation or fracture.

### SPECIAL STUDIES:

1. Vitreous humor, blood, bile, and urine are submitted for toxicologic analysis (See Report).

2. Tissue sections are saved in a formalin stock bottle.

3. Photographs are taken.

4. DNA blood standard cards are retained by the Coroner.

### SUMMARY DIAGNOSES:

1. Cocaine and Alcohol Intoxication.

2. Bronchial asthma, mild.

3. Cerebral edema, moderate.

4. Passive congestion of the lungs, liver, kidneys, and spleen.

5. Superficial abrasions and contusions of the right shoulder, wrist and back of the left hand.

### OPINION:

After consideration of the circumstances surrounding his incarceration and death, review of available medical history, and after post-mortem examination with ancillary studies, the death of this 25-year-old, black male, **Kevin Lucas**, is due to Cocaine and Alcohol Intoxication.

_____          _____
J. Scott Denton, M.D.                                          June 19, 2003
Coroner's Forensic Pathologist                          Date Signed

4