## ILLINOIS STATE POLICE
### Division of Forensic Services
### Springfield Forensic Science Laboratory
2040 Hill Meadows Drive
Springfield, Illinois 62702-4696
(217) 782-4975 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

May 30, 2003

Larry G. Trent
*Director*

PEGGY JOHNSON
VERMILION COUNTY CORONER'S OFFICE
VERMILION CO COURTHOUSE
6 NORTH VERMILION STREET
DANVILLE IL  61832

Laboratory Case #S03-003701
Agency Case #N03-148

OFFENSE:  Death Investigation
VICTIM:   Kevin Lucas

The following evidence was submitted to the Springfield Forensic Science Laboratory by UPS on May 13, 2003:

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 1 | Three tubes of blood | Ethanol 0.097 g/dL.<br>Cocaine 285 ug/L.<br>Benzoylecgonine (cocaine metabolite) 890 ug/L.<br>Carbon Monoxide 4% saturation. |
| 2 | One container of urine | Not analyzed. |
| 3 | One tube of vitreous humor | Ethanol 0.131 g/dL.<br>Not analyzed for drugs. |
| 4 | One tube of bile | Not analyzed. |

Volatile analysis includes, but is not limited to, the following: Ethanol, Methanol, Acetone, Isopropanol, and Toluene.

Drug analysis includes, but is not limited to, the following drugs and/or certain of their metabolites: Amphetamines, Barbiturates, Benzodiazepines, Cocaine, Opiates and Phencyclidine.

Respectfully submitted,

*[signature]*

Larry Shelton
Forensic Scientist

EXHIBIT 18