E-FILED
Wednesday, 15 March, 2006  03:40:09 PM
Clerk, U.S. District Court, ILCD

**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Office of Jail and Detention Standards 1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 /
Telephone: (217) 522-2666 / TDD: (800) 526-0844

October 10, 2003

Sheriff Pat Hartsorn
Vermilion County Sheriff's Office
2 East South Street
Danville, Illinois 61832

Dear Sheriff Hartsorn:

On May 20, 2003 I conducted a follow-up on the Unusual Occurrence Report from your jail regarding the death of Mr. Kevin Lucas on May 10, 2003. As you are aware this Office is concerned with the conditions of incarnation in reference to the requirements set forth in the *Illinois County Jail Standards*. I reported that I found no violations of Standards related to the reported occurrence.

Regards,

Michael Talkington
Specialist

EXHIBIT
19



# Illinois
## Department of
# Corrections

**Rod R. Blagojevich**
Governor

**Donald N. Snyder, Jr.**
Acting Director

**Office of Jail and Detention Standards / 2125 South First Street / Champaign 61820 / 217.278.5354**

Date:        5/20/03

To:          Office of Jail & Detention Standards

From:        CJS Talkington

Subject:     Vermilion County U/O: Death

On May 10, 2003, at 11:10 a.m., detainee Kevin D. Lucas, K72695, was found dead in the padded cell in the booking area of the Vermilion County Jail. He was arrested for Disorderly Conduct and Resisting Arrest and was taken to booking at approximately 6:40 a.m. He was combative and appeared high on something, so he was placed in the padded cell to await booking when he calmed down. Cell checks were conducted every half-hour as required. At approximately 7:03 a.m., Mr. Lucas was observed by Office Long slouched in a sitting position mumbling to himself. In subsequent checks, Officer Long observed that he changed to a prone position. Cell checks continued, until attempts to arouse Mr. Lucas at approximately 11:10 a. m., when it was discovered that he was dead. He was taken to a local hospital where he was pronounced dead.

Mr. Lucas did not give any indications of suicidal ideations nor did he report any physical discomfort when he was placed in the padded cell. The initial autopsy report did not find any apparent physical cause of death nor was his death related to his asthma. The toxicology report is unavailable at this reporting, but it is suspected that his death may be related to drugs.

While some additional attention may have been paid to observation of Mr. Lucas to insure he was breathing or made body movements, routine supervision was conducted.

No violations of *Illinois County Jail Standards* were found.