IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased.<br><br>       Plaintiffs,<br>vs.<br><br>VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILLION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LEWELLYN,<br><br>       Defendants. | No. 04-2048<br><br><br>Jury Demand |

**AGREED MOTION TO EXTEND THE TIME FOR THE PLAINTIFF TO RESPOND TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff with an Agreed Motion to Extend the Time for the Plaintiff's Response to the Defendants' Motion for Summary Judgment, and in support states the following:

1. On March 15, 2006, the Defendants' filed a Motion for Summary Judgment seeking an order in favor of the Defendants and against Plaintiff's entire Complaint. This case involves the death of Plaintiff Kevin Lucas allegedly caused by the act or omissions of the six (6) individual defendants and the Vermillion County Sheriff's Office. Plaintiff's Response is due on April 6, 2006.

2. Plaintiff's counsel, without objection and in agreement with defense counsel, seeks to extend the time for filing Plaintiff's response to Defendants' motion until May 1, 2006. Plaintiff seeks this extension for several reasons. First, Plaintiff's counsel is currently devoting

all of his time preparing for a medical malpractice trial entitled <u>Sheppard v. Magee</u>, 03 L 950 before the Honorable Stephen Walters in Lake County Illinois, that will commence on April 3, 2006, and the parties will need to travel prior to that date to Florida for an evidence deposition. The trial is expected to last approximately seven (7) days.  Second, this matter is set for a settlement conference, at the defendants' request, on April 27, 2006, with Magistrate David G. Bernthal at which time the matter may be settled vitiating the need for the plaintiff to brief the motion, and the need for the Court to review the documents.  Third, the response to the motion is critical to this case proceeding to trial.  The defendants motion is voluminous and attacks each count of Plaintiff's Complaint.  Plaintiff's response must be thorough and complete, and such a response will require and deserves time and attention.   Through no fault of the Plaintiff, her counsel is preparing for and will be engaged in a trial during the majority of the time allotted for her Response.

This extension is in no way meant to prejudice the defendants in this case.

3. Lead counsels in this case have met to discuss this extension, and defense counsel does not object to the motion.  Further, he understands that the extension will not delay the trial is the matter proceeds to trial.

Wherefore, the Plaintiff moves to extend the time for the Plaintiff to respond to Defendants' Motion for Summary Judgment until May 1, 2006.

s/ Dennis J. DeCaro
DeCaro Bar Number: 6230675
Attorney for the Plaintiffs
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444
Fax: 312-726-7347
E-mail: djd0089@aol.com

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | | |
|---|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | ) ) ) ) ) | No. 04-2048 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILLION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LEWELLYN, | ) ) ) ) ) ) ) ) | Jury Demand |
| Defendants. | ) | |

Certificate of Service

_____ I hereby certify that on March 20, 2006, I electronically filed the foregoing **Plaintiffs' Agreed Motion for an Extension of Time for the Plaintiff to File a Response to Defendants' Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system that will send notification of such filing(s) to the following, and served the Defendant with the Response and with the all attachments:

Jason Rose          Email:     jrose@hcbattorneys.com

Michael W. Condon   Email:     mcondon@hcbattorneys.com

                s/ Dennis J. DeCaro
                DeCaro Illinois Bar Number: 6230675
                Kupets & DeCaro, P.C.
                30 N. LaSalle Street, Suite 4020
                Chicago, Illinois 60602
                Telephone: 312-372-4444
                Fax: 312-726-7347
                e-mail: djd0089@aol.com