# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| LUCILLE BUTLER, individually and as Special Administrator of the Estate of Kevin Lucas, deceased,<br>                 Plaintiff,<br>v.<br><br>KENNETH O'BRIEN, Vermilion County Sheriff; FRANK SPORICH, Sergeant; MARK REYNOLDS, Vermilion County Correctional Officer; MICHAEL SCHULL, Vermilion County Correctional Officer; RICHARD LONG, Vermilion County Correctional Officer; and RAY LLEWWLLYN, Vermilion County Correctional Officer Lt.,<br>                 Defendants. | Case No. 04-2048 |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The oral motion by the parties that the Court issue a 35-day Order is **GRANTED**.

2. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal signed by both parties. Stipulation of dismissal is due by May 26, 2006.

3. All time tables and scheduled hearings are VACATED until further order.

      4. Any pending motions in this case are rendered MOOT. If settlement does not occur, the parties can request that the motions be reinstated.

      ENTER this 21st day of April, 2006

                                            s/ DAVID G. BERNTHAL  
                                            U.S. MAGISTRATE JUDGE