**IN THE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CENTRAL DIVISION**

| | |
|---|---|
| **LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased.**      ) ) ) ) | **No. 04 -2048** |

         **Plaintiffs,**      )

**vs.**      )
     )
**VERMILLION COUNTY SHERIFF KENNETH**      )
**O'BRIEN, SERGEANT FRANK SPORICH,**      )
**VERMILLION COUNTY CORRECTIONAL**      )
**OFFICERS SERGEANT MARK REYNOLDS,**      )
**OFFICER MICHAEL SCHULL, OFFICER**      )
**RICHARD LONG, AND LT. RAY LLEWWLLYN,**      )
     )
         **Defendants.**      )

## PLAINTIFF'S MOTION TO APPROVE WRONGFUL DEATH SETTLEMENT AND TO DISTRIBUTE THE SETTLEMENT PROCEEDS

Plaintiff, Lucille Butler, individually, and as independent administrator of the Estate of

Kevin Lucas, deceased, by her attorneys, Kupets & DeCaro, P.C., hereby moves this Court for an

Order approving the wrongful death settlement pursuant to the Wrongful Death Act, and

approving the distribution of the settlement funds and dismissing this action with prejudice and

all parties bearing their own costs. In support, Plaintiff states as follows:

     1.      On May 10, 2003, Kevin Lucas was Lucille Butler's son. Kevin died on May 10,

2003, while in custody in the Vermilion County jail.

     2.      On June 23, 2004, Lucille Butler was granted letters of office for the Estate of

Kevin Lucas, deceased. The Estate was opened for the sole purpose of prosecuting actions

against the responsible parties. (Letters of Offices are attached as Exhibit A)

3.    Plaintiff filed this case, alleging claims under the Illinois Wrongful Death Act and Survival Act for violations of 42 USC, Section 1983, and various state claims.

4.    The Defendants have offered a total of $275,000.00 to settle this case.

5.    Plaintiff seeks, pursuant to the Wrongful Death Act, an Order granting her the right to settle this matter for the wrongful death of Kevin Lucas against all defendants and for an Order authorizing the distribution of the settlement funds as set forth below.

6.    Kevin Lucas died intestate and  was never married, however, he did have three (3) children. The sole surviving next-of-kin under the Illinois Wrongful Death Act are as follows:

> Indiya Reed - daughter - age 3;
>
> Grayson Reed - son - age 5;
>
> Kentayvious Lucas - son - age 10.

7.    Pursuant to the Rule of descent and distribution, 755 ILCS 5/2-1, the wrongful death proceeds pass to his heirs per stirpes.

8.    Decedent's funeral and burial expenses were paid by his mother Lucille Butler in the amount totaling $6,313.00, plus 9% interest, pursuant to 755 ILCS 5/18-10 for a total of $7,402.00

9.    The plaintiffs and their attorneys, Kupets & DeCaro, P.C., have an agreement that the attorneys' fees shall be a one-third (1/3) fee of any settlement reached.  The fees total $91,657.50.

10.    In addition to the attorneys' fees, the agreement provides that the plaintiff's attorneys shall be reimbursed for their costs/expenses incurred of $60,955.08 (Expense Summary attached as Exhibit B).

11.    Plaintiff requests that this Court approve distribution of the $275,000 settlement

as follows:

| | | |
|---|---|---|
| A. | Attorneys fees to Kupets & DeCaro, P.C. | $ 91,657.50 |
| B. | Kupets & DeCaro, P.C. costs/expenses | $ 60,955.08 |
| C. | Lucille Butler | $   7,402.01 |
| D. | Indiya Reed | $ 38,328.47 |
| E. | Grayson Reed | $ 38,328.47 |
| F. | Kentayvious Lucas | $ 38,328.47 |

12.    Decedent's children's money each will be placed into a structured settlement guaranteed by A-Plus rated financial institution and will receive the proceeds consistent with the attached structured settlements. (Attached as Exhibit C are the heirs' respective Structured Settlements)

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order providing as follows:

A.    Approving the $275,000 wrongful death aggregate settlements of this action against all defendants;

B.    Authorizing Lucille Butler, as the Special Administrator of the Estate of Kevin Butler, deceased, to sign releases relating to this action and distribute the settlement proceeds as provided for in this motion;

C.    Approving the distribution of the settlement funds as provided in paragraph 11 of this motion; and

D.    Dismissing this matter against all defendants with prejudice with all parties bearing their own costs, and with the Court retaining jurisdiction for 30 days pending the payment of the settlements by defendants.

E.    That the minor's structured settlement is approved provided that the minor's structured settlements are administered and paid pursuant to further order of the probate division or circuit court where the minors

resides.

**s/ Dennis J. DeCaro**
DeCaro Illinois Bar Number: 6230675
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444
Fax: 312-726-7347
E-mail: djd0089@aol.com



**FILED**

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
VERMILLION COUNTY, ILLINOIS** JUN 23 2004

Clerk of the Circuit Court
Vermilion County, Illinois

LUCILLE BUTLER, individually, and as Special )
Administrator of the Estate of KEVIN LUCAS, )
deceased. )
) No. OYP/43(2)
)

## ORDER

    This cause coming to be heard on the Petition to Appoint Lucille Butler as Special Administrator under the Wrongful Death Act on behalf of Kevin Lucas, the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

    The Petition to appoint Lucille Butler as the Special Administrator under the Wrongful Death Act to pursue a civil action on behalf of Kevin Lucas and his estate is granted appointing Lucille Butler as Special Administrator of the Estate of Kevin Lucas, deceased, in the above captioned matter.

Entered on this 21 day of
June, 2004

_____
JUDGE

Dennis J. DeCaro
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
312-372-4444

PLAINTIFF'S
EXHIBIT
A

5/2/2006
5:05 PM

**Kupets & Decaro, P.C.**
Slip Listing

Page    1

---

Selection Criteria

---

Slip.Classification    Open
Client (hand select)    Include: Butler-Lucas

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 2888<br>5/23/2003<br>WIP<br>Walgreens - photos<br>Ck #3276 | EXP | Kupets<br>$expense<br>Butler-Lucas | 1 | 4.73 | 4.73 |
| 2889<br>5/28/2003<br>WIP<br>Ck #3296 | EXP | Kupets<br>$EXP FEDERA<br>Butler-Lucas | 1 | 22.37 | 22.37 |
| 3055<br>6/26/2003<br>WIP<br>Reimbursement to Dennis DeCaro - gas<br>Ck #3365 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 56.14 | 56.14 |
| 3058<br>6/26/2003<br>WIP<br>Peggy Johnson - Vermilion County Coroner -<br>Inquest records<br>Ck #3368 and Ck #3369 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 167.00 | 167.00 |
| 3076<br>7/7/2003<br>WIP<br>Ck #3384 | EXP | Kupets<br>$EXP FEDERA<br>Butler-Lucas | 1 | 103.64 | 103.64 |
| 3092<br>7/9/2003<br>WIP<br>Enterprise Rent-a-Car<br>Ck #3392 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 87.69 | 87.69 |
| 3367<br>9/26/2003<br>WIP<br>Dr. Newman - Ad. of Justice Services<br>Ck #3595 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 600.00 | 600.00 |



PLAINTIFF'S
EXHIBIT

B

5/2/2006                                                Kupets & DeCaro, P.C.
5:05 PM                                                    Slip Listing                                        Page    2

| Slip ID Dates and Time Posting Status Description | | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 3386<br>10/2/2003<br>WIP<br>STI Consulting Services - Investigation<br>Ck #3614 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 2959.90 | 2959.90 |
| 3432<br>10/27/2003<br>WIP<br>Reimbursement to DD<br>Ck #3659 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 141.25 | 141.25 |
| 3467<br>10/27/2003<br>WIP<br>Ck#3655 | EXP | Kupets<br>$EXP FEDERA<br>Butler-Lucas | 1 | 28.28 | 28.28 |
| 3669<br>12/10/2003<br>WIP<br>Ck#3735 | EXP | Kupets<br>$EXP FEDERA<br>Butler-Lucas | 1 | 21.00 | 21.00 |
| 4079<br>3/9/2004<br>WIP<br>U.S. District Court - filing fee for complaint<br>Ck #3957 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 150.00 | 150.00 |
| 4027<br>4/5/2004<br>WIP<br>Ck#4014 | EXP | DeCaro<br>$EXP FEDERA<br>Butler-Lucas | 1 | 12.62 | 12.62 |
| 4141<br>4/20/2004<br>WIP<br>Travel to file complaint<br>Ck #4068 | EXP | Shear<br>$expense<br>Butler-Lucas | 1 | 52.50 | 52.50 |
| 4615<br>6/10/2004<br>WIP<br>Arrow Messenger  - docs to Dr. Uzgiris<br>Ck #4306 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 29.92 | 29.92 |
| 4478<br>7/1/2004<br>WIP<br>William Townsley - Petition fee<br>Ck #4228 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 86.00 | 86.00 |

5/2/2006
5:05 PM

Kupets & Decaro, P.C.
Slip Listing

Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 4553<br>7/12/2004<br>WIP<br>FedEx - ck#4258 | EXP | DeCaro<br>$EXP FEDERA<br>Butler-Lucas | 1 | 13.02 | 13.02 |
| 4637<br>8/6/2004<br>WIP<br>W. Ken Katsaris - expert<br>Ck #4320 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 6000.00 | 6000.00 |
| 4702<br>8/23/2004<br>WIP<br>Court appearance<br>Ck#4340 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 114.80 | 114.80 |
| 4720<br>8/25/2004<br>WIP<br>FedEx<br>Ck#4346 | EXP | Kupets<br>$EXP FEDERA<br>Butler-Lucas | 1 | 13.14 | 13.14 |
| 4788<br>9/28/2004<br>WIP<br>Discovery to defendants | EXP | DeCaro<br>$ MAILING<br>Butler-Lucas | 1 | 3.85 | 3.85 |
| 4835<br>10/11/2004<br>WIP<br>FedEx - #4419 | EXP | DeCaro<br>$EXP FEDERA<br>Butler-Lucas | 1 | 58.37 | 58.37 |
| 5151<br>11/30/2004<br>WIP<br>Subpoenas to Coroners and P.D.<br>Ck#4579 | EXP | DeCaro<br>$ MAILING<br>Butler-Lucas | 1 | 13.26 | 13.26 |
| 5192<br>12/13/2004<br>WIP<br>Global - copies<br>Ck#4606 | EXP | Kupets<br>$expense<br>Butler-Lucas | 1 | 281.82 | 281.82 |
| 5329<br>1/18/2005<br>WIP<br>Record Copy Service - Records of Provena<br>United Samaritan<br>Ck#4678 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 498.55 | 498.55 |

5/2/2006                                  Kupets & Decaro, P.C.
5:05 PM                                        Slip Listing                                    Page      4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 5563<br>3/30/2005<br>WIP<br>Record Copy Service - records of Ill. Dept. of<br>Corrections<br>Ck#4831 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 235.80 | 235.80 |
| 5710<br>5/13/2005<br>WIP<br>Advantage Court Reporters - transcript of<br>plaintiff<br>Ck#4907 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 534.10 | 534.10 |
| 5791<br>6/14/2005<br>WIP<br>Fact Inc. - Dr. Brown expert retainer<br>Ck#4965 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 500.00 | 500.00 |
| 5825<br>6/16/2005<br>WIP<br>Record Copy Service - records of Carle<br>Clinic and color copies<br>Ck#4990 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 41.50 | 41.50 |
| 6288<br>6/24/2005<br>WIP<br>Encore Lex Solutions | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 50.00 | 50.00 |
| 5854<br>6/28/2005<br>WIP<br>Reimbursement DD - hotel; car; mileage;<br>gas - depositions<br>Ck#5008 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 428.56 | 428.56 |
| 5863<br>7/1/2005<br>WIP<br>Travel  to deps of Darius, Camebra, Gre and<br>Rommel<br>Ck#5015 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 206.05 | 206.05 |
| 5905<br>7/7/2005<br>WIP<br>Medix - ambulance record<br>Ck#5024 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 10.00 | 10.00 |

5/2/2006
5:05 PM

Kupets & Decaro, P.C.
Slip Listing

Page      5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 5904               EXP<br>7/7/2005<br>WIP<br>Dr. Alan Leff - review<br>Ck#5023 | Kupets<br>$expense<br>Butler-Lucas | 1 | 2500.00 | 2500.00 |
| 5946               EXP<br>7/19/2005<br>WIP<br>Citibank<br>ck#5053 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 97.26 | 97.26 |
| 5950               EXP<br>7/20/2005<br>WIP<br>INSPE - ER<br>ck#5059 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 1080.00 | 1080.00 |
| 6264               EXP<br>8/5/2005<br>WIP<br>Area Wide Reporting<br>Transcripts of Raymond Lewellyn & Marc<br>Reynolds | DeCaro<br>$expense<br>Butler-Lucas | 1 | 605.70 | 605.70 |
| 5992               EXP<br>8/9/2005<br>WIP<br>Fed Ex<br>Ck#5090 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 33.23 | 33.23 |
| 6265               EXP<br>8/9/2005<br>WIP<br>Area Wide Reporting<br>Transcripts of Michael Schull & Richard Long | DeCaro<br>$expense<br>Butler-Lucas | 1 | 910.65 | 910.65 |
| 6015               EXP<br>8/11/2005<br>WIP<br>Area Wide Rpting Service<br>Ck#5103 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 1174.80 | 1174.80 |
| 6022               EXP<br>8/16/2005<br>WIP<br>Mileage to Butler Deps on 8/5/05<br>Ck#5107 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 148.00 | 148.00 |
| 6824               EXP<br>8/16/2005<br>WIP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 947.63 | 947.63 |

| | | | | |
|---|---|---|---|---|
| 5/2/2006 | | Kupets & Decaro, P.C. | | |
| 5:05 PM | | Slip Listing | | Page    6 |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |

Area Wide Reporting Service
Depositions & Transcripts of Michael Schull
& Richard Long
ck#

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 6826 | EXP | DeCaro | 1 | 630.30 | 630.30 |
| 8/16/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |

Area Wide Reporting Services - Deps of
Raymond Lewellyn & Marc Reynolds
ck#

| 6268 | EXP | DeCaro | 1 | 288.60 | 288.60 |
|---|---|---|---|---|---|
| 8/26/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |

Area Wide Reporting
Dep Transcripts of Ryan Allison, Cole Elder,
David Decker

| 6052 | EXP | DeCaro | 1 | 30.00 | 30.00 |
|---|---|---|---|---|---|
| 8/31/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |

Fee for David Decker's Deposition
Ck#5135

| 6051 | EXP | DeCaro | 1 | 30.00 | 30.00 |
|---|---|---|---|---|---|
| 8/31/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |

Fee for Cole Elder's Deposition
Ck#5134

| 6050 | EXP | DeCaro | 1 | 30.00 | 30.00 |
|---|---|---|---|---|---|
| 8/31/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |

Fee for Ryan Allison's deposition
CK# 5133

| 6267 | EXP | DeCaro | 1 | 284.90 | 284.90 |
|---|---|---|---|---|---|
| 9/2/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |

Area Wide Reporting Service
Transcript copies of Tia Smith, Deja Tims &
Donnie Finch

| 6062 | EXP | DeCaro | 1 | 234.93 | 234.93 |
|---|---|---|---|---|---|
| 9/6/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |

American Express

| 6266 | EXP | DeCaro | 1 | 184.80 | 184.80 |
|---|---|---|---|---|---|
| 9/9/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Area Wide Reporting<br>Transcript copies of Terrie Boyd, Jamal<br>Darnell & Donald Batiste | | | | |
| 6102<br>9/15/2005<br>WIP<br>Fed Ex<br>Ck#5164 | EXP<br>DeCaro<br>$expense<br>Butler-Lucas | 1 | 150.24 | 150.24 |
| 6828<br>9/19/2005<br>WIP<br>Area Wide Reporting - Deps of Terrie Boyd,<br>Jamal Darnell & Donald Batiste<br>ck# | EXP<br>DeCaro<br>$expense<br>Butler-Lucas | 1 | 190.41 | 190.41 |
| 6827<br>9/20/2005<br>WIP<br>Area Wide Reporting - Deps of Tia Smith,<br>Deja Tims & Donnie Finch<br>ck# | EXP<br>DeCaro<br>$expense<br>Butler-Lucas | 1 | 293.54 | 293.54 |
| 6825<br>9/20/2005<br>WIP<br>Area Wide Reporting - Deps of Ryan Allison,<br>Cole Elder & David Decker<br>ck# | EXP<br>DeCaro<br>$expense<br>Butler-Lucas | 1 | 297.34 | 297.34 |
| 6083<br>9/22/2005<br>WIP<br>INSPE Association - Dr. Leikin<br>CK#5188 | EXP<br>DeCaro<br>$expense<br>Butler-Lucas | 1 | 360.00 | 360.00 |
| 6116<br>9/27/2005<br>WIP<br>Max Koenigsberg, M.D. - Review/Consult<br>Ck# 5192 | EXP<br>DeCaro<br>$expense<br>Butler-Lucas | 1 | 2800.00 | 2800.00 |
| 6126<br>9/28/2005<br>WIP<br>INSPE Assoc. Dr. Keikin - phone consult<br>Ck#5204 | EXP<br>DeCaro<br>$expense<br>Butler-Lucas | 1 | 180.00 | 180.00 |
| 6115<br>9/28/2005<br>WIP | EXP<br>DeCaro<br>$expense<br>Butler-Lucas | 1 | 180.00 | 180.00 |

5/2/2006                          Kupets & Decaro, P.C.
5:05 PM                              Slip Listing                        Page      8

| Slip ID Dates and Time Posting Status Description | | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| INSPE Assoc. - Consult - Dr. Keikin Ck #5204 | | | | | |
| 6158 10/6/2005 WIP Amex Expenses ck#5224 | EXP | DeCaro $expense Butler-Lucas | 1 | 83.01 | 83.01 |
| 6202 10/19/2005 WIP Record Copy Ck#5246 | EXP | DeCaro $expense Butler-Lucas | 1 | 251.50 | 251.50 |
| 6211 10/20/2005 WIP Dr. Max Koeningsberg ck#5247 | EXP | DeCaro $expense Butler-Lucas | 1 | 3500.00 | 3500.00 |
| 6188 10/25/2005 WIP Deps in Danville - Car rental, gas and tolls ck#5253 | EXP | DeCaro $expense Butler-Lucas | 1 | 112.96 | 112.96 |
| 6304 10/27/2005 WIP Encore Lex Solutions recs Ck#5274 | EXP | DeCaro $expense Butler-Lucas | 1 | 50.00 | 50.00 |
| 6309 10/27/2005 WIP Jury Verdict Research Ck#5275 | EXP | DeCaro $expense Butler-Lucas | 1 | 30.00 | 30.00 |
| 6244 10/27/2005 WIP Frank Bolton - Subpoena for Deposition ck#5265 | EXP | DeCaro $expense Butler-Lucas | 1 | 25.00 | 25.00 |
| 6311 10/28/2005 WIP Dr. Max CK#5277 | EXP | DeCaro $expense Butler-Lucas | 1 | 2800.00 | 2800.00 |

5/2/2006               Kupets & Decaro, P.C.
5:05 PM                 Slip Listing                          Page     9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 6345       EXP<br>11/10/2005<br>WIP<br>Advantage Reporting Services<br>Deposition of Dr. Denton<br>Ck#5309 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 484.00 | 484.00 |
| 6829       EXP<br>11/15/2005<br>WIP<br>Area Wide Reporting - Deps of Elisha<br>Stanford & Samantha Laker<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 106.05 | 106.05 |
| 6344       EXP<br>11/15/2005<br>WIP<br>DD Reimbursement<br>Ck#5318 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 158.40 | 158.40 |
| 6353       EXP<br>11/18/2005<br>WIP<br>Federal Express<br>ck#5326 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 27.86 | 27.86 |
| 6419       EXP<br>12/8/2005<br>WIP<br>Amex - gas<br>ck#5377 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 40.15 | 40.15 |
| 6424       EXP<br>12/8/2005<br>WIP<br>Amex - Fuel<br>ck#5378 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 63.89 | 63.89 |
| 6442       EXP<br>12/15/2005<br>WIP<br>Expert - Ken Kataris<br>ck#5385 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 2000.00 | 2000.00 |
| 6475       EXP<br>1/11/2006<br>WIP<br>Advantage Court Reporting<br>ck#5415 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 520.75 | 520.75 |

5/2/2006                                        Kupets & Decaro, P.C.
5:05 PM                                             Slip Listing                                    Page      10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 6823          EXP<br>1/17/2006<br>WIP<br>Advantage Reporting Service - Deposition of<br>Dr. Max Koenigsberg, M.D.<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 356.25 | 356.25 |
| 6480          EXP<br>1/17/2006<br>WIP<br>Dr. Max Koenigsburg fee<br>Ck#5420 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 5000.00 | 5000.00 |
| 6487          EXP<br>1/20/2006<br>WIP<br>Accurate Court Reporters - Dep of Expert<br>Witness, Ken Katsaris<br>ck#5427 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 515.70 | 515.70 |
| 6540          EXP<br>1/23/2006<br>WIP<br>Travel Expenses to Florida for Expert<br>Deposition<br>ck#5440 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 927.31 | 927.31 |
| 6531          EXP<br>1/24/2006<br>WIP<br>Federal Express<br>ck#5436 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 52.46 | 52.46 |
| 6538          EXP<br>1/24/2006<br>WIP<br>reimbursement<br>ck#5439 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 5.00 | 5.00 |
| 6599          EXP<br>2/21/2006<br>WIP<br>Shell Gas - Travel<br>Ck#5481 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 42.00 | 42.00 |
| 6651          EXP<br>3/14/2006<br>WIP<br>Dr. Max Kroeningsberg - expert expenses<br>ck#5526 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 5000.00 | 5000.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 6831                      EXP<br>3/16/2006<br>WIP<br>Kruse & Associates - Transcript Dep of<br>Donald P. Van Blaricom<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 663.10 | 663.10 |
| 6830                      EXP<br>3/28/2006<br>WIP<br>INSPE Associates - Consultant, Dr. Jerrold<br>Leikn<br>Phone Consultations<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 180.00 | 180.00 |
| 6721                      EXP<br>3/31/2006<br>WIP<br>INSPE Associates<br>Dr. Jerrold Lukin Chart review<br>ck#5572 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 360.00 | 360.00 |
| 6760                      EXP<br>4/12/2006<br>WIP<br>Travel Expenses<br>ck#5586 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 41.60 | 41.60 |
| 6833                      EXP<br>4/26/2006<br>WIP<br>Vermillion County Filing Probate for India<br>Reed<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 116.00 | 116.00 |
| 6834                      EXP<br>4/26/2006<br>WIP<br>Marion, Indianapolis Probate Filing<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 150.00 | 150.00 |
| 6835                      EXP<br>4/26/2006<br>WIP<br>Probate Attorney in Marion County<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 435.00 | 435.00 |
| 6836                      EXP<br>4/26/2006<br>WIP<br>Travel to Danville<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 150.00 | 150.00 |

5/2/2006                                          Kupets & Decaro, P.C.
5:05 PM                                              Slip Listing                              Page    12

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 6838 | EXP | DeCaro | 1 | 116.00 | 116.00 |
| 4/26/2006 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Vermillion County Filing Probate for Garysin | | | | | |
| Reed | | | | | |
| ck# | | | | | |
| 6839 | EXP | DeCaro | 1 | 8800.00 | 8800.00 |
| 4/26/2006 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Outstanding Balance to Dr. Max Koenigsberg | | | | | |
| ck# | | | | | |
| 6837 | EXP | DeCaro | 1 | 602.90 | 602.90 |
| 4/27/2006 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Copies for entire case | | | | | |
| ck# | | | | | |

| Grand Total | | | | | |
|---|---|---|---|---|---|
| | | Billable | 0.00 | | 60955.08 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.00 | | 60955.08 |

May 15, 2006

**Settlement Proposal**
**Indiya Reed**

All future payments are exempt from federal and state income tax.

|  | Guaranteed Benefits | Cost |
|---|---|---|
| **Indiya Reed**<br>**Female, age 5; date of birth 05/11/01** | | |
| **Guaranteed Education Fund**<br>$17,000.00 annually beginning at age 18 (05/11/2019)<br>for 4 years guaranteed | 68,000.00 | 32,100.79 |
| **Guaranteed Lump Sums**<br>$18,369.11 at age 25 (05/11/2026) guaranteed | 18,369.11 | 6,227.68 |
| TOTAL | $86,369.11 | $38,328.47 |

*This proposal is for illustrative purposes only and should not be construed as a contract. All figures are subject to approval by the life insurance carrier prior to policy issuance.*

**After seven (7) days it is necessary to reconfirm and/or revise quotes.**

**Leslie Smith**
**Ringler Associates – Chicago, IL**
**312-332-0427**



May 15, 2006

**Settlement Proposal**
**Grayson Reed**

All future payments are exempt from federal and state income tax.

|  | Guaranteed Benefits | Cost |
|---|---|---|
| **Grayson Reed**<br>**Male, age 7; date of birth 10/28/99** |  |  |
| <u>Guaranteed Education Fund</u><br>$16,500.00 annually beginning at age 18 (10/28/2017)<br>for 4 years guaranteed | 66,000.00 | 34,125.52 |
| <u>Guaranteed Lump Sums</u><br>$11,358.71 at age 25 (10/28/2024) guaranteed | 11,358.71 | 4,202.95 |
| **TOTAL** | **$77,358.71** | **$38,328.47** |

This proposal is for illustrative purposes only and should not be construed as a contract. All figures are subject to approval by the life insurance carrier prior to policy issuance.

**After seven (7) days it is necessary to reconfirm and/or revise quotes.**

Leslie Smith
Ringler Associates - Chicago, IL
312-332-0427

May 15, 2006

### Settlement Proposal
### Kentayvious Lucas

All future payments are exempt from federal and state income tax.

|  | Guaranteed Benefits | Cost |
|---|---|---|
| **Kentayvious Lucas**<br>**Male, age 12; date of birth 02/09/94** |  |  |
| **Guaranteed Education Fund**<br>$11,500.00 annually beginning at age 18 (02/09/2012)<br>for 4 years guaranteed | 46,000.00 | 33,196.46 |
| **Guaranteed Lump Sums**<br>$9,972.23 at age 25 (02/09/2019) guaranteed | 9,972.23 | 5,132.01 |
| **TOTAL** | **$55,972.23** | **$38,328.47** |

This proposal is for illustrative purposes only and should not be construed as a contract. All figures are subject to approval by the life insurance carrier prior to policy issuance.

### After seven (7) days it is necessary to reconfirm and/or revise quotes.

Leslie Smith
Ringler Associates - Chicago, IL
312-332-0427

# Prudential Financial

| | | | |
|---|---|---|---|
| **Group Affiliation:** | Prudential of America Group | **Domicile:** | NJ |
| **Address:** | 751 Broad Street | **NAIC Number:** | 68241 |
| | Newark NJ 07102-2992 | **Year Established:** | 1873 |
| **Phone:** | 973-802-6000 | **Company Type:** | Stock |

## Ratings

| | | |
|---|---|---|
| A.M. Best Company (Best's Rating, 15 ratings) | A+ | (2) |
| Standard & Poor's (Financial Strength, 20 ratings) | AA- | (4) |
| Moody's (Financial Strength, 21 ratings) | Aa3 | (4) |
| Fitch Ratings(Financial Strength, 24 ratings) | AA- | (4) |
| Weiss Ratings (Safety Rating, 16 ratings) | B | (5) |
| Comdex (Percentile in Rated Companies) | 88 | |

## Assets & Liabilities

| | |
|---|---|
| Total Admitted Assets | 207,012,442 |
| Total Liabilities | 198,591,944 |
| Separate Accounts | 69,941,730 |
| Total Surplus & AVR | 10,573,569 |
| As % of General Account Assets | 7.7% |

## Invested Assets

Total Invested Assets     132,862,487



- Bonds - 70.7%
- Mortgages - 11.0%
- Policy Loans - 4.8%
- Other - 2.0%
- Stocks - 6.5%
- Real Estate - 0.3%
- Cash & Short-Term - 4.9%

## Investment Yields



- 2000 Yields - 6.41%
- 2002 Yields - 5.93%
- 2004 Yields - 5.55%
- 2001 Yields - 6.01%
- 2003 Yields - 5.86%

5 Year Average                              5.95%

## Non-Performing Assets

| | |
|---|---|
| Bonds In or Near Default | 2.7% |
| Problem Mortgages | 0.1% |
| Real Estate Acquired by Foreclosure | 0.1% |
| Total Non-Performing Assets/Surplus & AVR | 2.8% |
| As a Percent of Invested Assets | 0.2% |

## Income & Earnings

| | |
|---|---|
| Total Income | 22,358,805 |
| Net Premiums Written | 15,453,565 |
| Earnings Before Dividends and Taxes | 3,455,689 |
| Net Operating Earnings | 1,495,761 |

## Bond Quality



- Class 1 Highest - 57.0%
- Class 3 Medium - 6.0%
- Class 5 Lower - 0.7%
- Class 2 Higher - 33.6%
- Class 4 Low - 2.4%
- Class 6 In or Near Default - 0.3%

Data for Year-End 2004 from the life insurance companies' statutory annual statements. All dollar amounts are in thousands. All ratings shown are current as of January 01, 2006.

# Rock-Solid® Strength and Security From One of America's Best-Known Companies

## Rock-Solid Capitalization

- As of September 30, 2004, The Prudential Insurance Company of America had $204.3 billion in statutory admitted assets and its statutory capital, including statutory surplus and Asset Valuation Reserve (AVR) amounted to $9.6 billion.

- Prudential Financial companies, with approximately $470 billion in total assets under management as of September 30, 2004, serve individual and institutional customers worldwide and include The Prudential Insurance Company of America, one of the largest life insurance companies in the U.S.

## Rock-Solid Market Presence

- The Prudential name and distinctive "Rock" logo are among the most widely recognized in the United States.

## Rock-Solid Ratings

### Financial Strength Ratings for The Prudential Insurance Company of America[1]

| Rating Agency | Rating | Explanation |
|---|---|---|
| AM Best | A+ | Superior. Best considers both "A+" and "A++" rated companies to have superior ability to meet their ongoing obligations to policyholders. Highest available rating is: "A++." |
| Fitch | AA- | Very strong. Insurers are viewed as possessing very strong capacity to meet policyholder and contract obligations. Risk factors are modest, and the impact of any adverse business and economic factors is expected to be very small. Plus or minus signs indicate the relative position of a credit within the rating category. Highest rating available: "AAA" (Exceptionally strong). |
| Standard & Poor's | AA- | Very strong. An insurer rated "AA" differs from the highest rated insurer only in small degree. The insurer's capacity to meet its financial commitment on the obligation is very strong. Plus or minus signs indicate relative standing within the major rating categories. Highest available rating: "AAA" (Extremely strong). |
| Moody's | Aa3 | Excellent. Moody's indicates that an "Aa3" rated insurance company offers excellent financial security. Together with the Aaa group, they constitute what are generally known as high-grade companies. A "1", "2", or "3" indicates relative standing within the major rating categories with "1" being the highest. Highest available rating: "Aaa" (Exceptional). |

[1] Rating information current as of 11/30/04. For the most current insurance claims rating information, please visit the Investor Relations website at www.investor.prudential.com

The Prudential Insurance Company of America is a Prudential Financial company. Prudential Financial is a registered service mark of The Prudential Insurance Company of America, Newark, NJ, and its affiliates.

INST-A014922
ED. 20041201

 **Prudential Financial**

The Prudential Insurance Company of America<br>200 Wood Avenue, South<br>Iselin, NJ 088330

## <u>GUARANTEE</u>

**WHEREAS**, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") is a New Jersey insurance company; and

**WHEREAS**, PRUDENTIAL ASSIGNED SETTLEMENT SERVICES CORPORATION ("PASSCorp"), a Prudential company, exists to service the needs of the structured settlement annuity market by assuming third party payment obligations to injured parties ("Claimants") pursuant to assignment agreements qualified under Section 130 of the Internal Revenue Code of 1986, as amended (the "Assignments"); and

**WHEREAS**, in entering into said Assignments, PASSCorp purchases annuity contracts from Prudential; and

**WHEREAS**, Prudential desires to facilitate such structured settlement arrangements;

**NOW, THEREFORE**, in consideration of the premises, and for other good and valuable consideration, receipt of which is hereby acknowledged, Prudential hereby agrees as follows:

1. Prudential hereby unconditionally guarantees the payment obligations of PASSCorp to Claimants under any Assignment which PASSCorp enters into on or after the date hereof and in connection with which PASSCorp purchases annuity contracts from Prudential to fund the payment of PASSCorp's obligations under such Assignments.

2. Prudential agrees that if PASSCorp should fail to make any payment under an Assignment, Prudential will make such payment promptly after receipt of a written notice of PASSCorp's default.

3. This Guarantee will not obligate Prudential to guarantee or maintain the capital and/or surplus of PASSCorp at any level.

4. No policyholder or creditor of PASSCorp nor any other person, other than a Claimant or his or her properly designated beneficiary or estate to which PASSCorp is required to make payment(s) under the Assignments, will be entitled to any benefit or other right by virtue of this Guarantee.

5. Neither the bankruptcy, insolvency, nor reorganization of PASSCorp will affect this Guarantee. All outstanding Assignments of PASSCorp may be transferred (by agreement, consolidation, merger or otherwise) to another entity controlled by Prudential and this Guarantee will be simultaneously amended to substitute such transferee entity for PASSCorp hereunder.

6. Prudential reserves the right to revoke this guarantee upon 7 days written notice to PASSCorp; provided, however, that any such revocation will not affect Prudential's guarantee obligations under Assignments entered into by PASSCorp prior to the effective date of such revocation.

7. This Guarantee is binding upon the successors and assigns of Prudential and will be governed by and construed in accordance with the laws of the State of New Jersey.

**IN WITNESS WHEREOF**, The Prudential Insurance Company of America has caused this Guarantee to be signed in its corporate name by a corporate officer as of May 22, 1996, and amended as of October 31, 2001.

THE PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA

By:

Name:  Scott G. Sleyster
Title:   Senior Vice President