# IN THE
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# CENTRAL DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILLION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWWLLYN, | ) ) ) ) ) ) ) |
| Defendants. | ) |

No. 04-2048

## AGREED ORDER

This matter comes before the Court on Plaintiff's motions to approve wrongful death settlements pursuant to the Illinois Wrongful Death Act, to approve the distribution of the settlements funds, and to dismiss the case with prejudice. Notice being unnecessary and the Court being fully advised in the premises,

**THE COURT FINDS THE FOLLOWING**:

a.  Settlements have been reached in good faith with all Defendants in the aggregate amount of $275,000.00 pursuant to the Wrongful Death Act.

b.  That the Special Administrator of the Estate of Kevin Lucas, deceased, is Lucille Butler, his mother.

c. That the next-of-kin pursuant to the Illinois Wrongful Death Act are Indiya Reed - daughter, Grayson Reed - son, and Kentayvious Lucas - son.

d. Decedent Kevin Lucas died intestate leaving three children as his next-of-kin who shall receive the following amounts:

| | |
|---|---|
| Indiya Reed | $ 38,328.47 |
| Grayson Reed | $ 38,328.47 |
| Kentavivs Lucas | $ 38,328.47 |

e. Lucille Butler shall receive $7,402.01 to reimburse her for the decedent's funeral and burial expenses.

f. That the attorneys fee of $91,657.50 to be paid to Kupets & DeCaro, P.C. representing one-third of the settlement amount is fair and reasonable.

g. That the costs/expenses of $60,955.08 advanced by Kupets & DeCaro, P.C. which were approved by Lucille Butler are fair and reasonable.

**IT IS HEREBY ORDERED THAT:**

1. The settlement amount of $275,000 is approved.

2. This matter is dismissed with prejudice and with each party bearing their own costs. The Court shall retain jurisdiction until the settlements are paid.

3. Lucille Butler, as the Special Administrator of the Estate of Kevin Lucas, deceased, is authorized and directed to sign all necessary Releases consistent with this Order .

4. Lucille Butler is authorized and directed to make the following distribution of the settlement proceeds pursuant to the Wrongful Death Act:

| | | |
|---|---|---|
| Total Settlement: | | $275,000.00 |
| a. | Attorneys fees to Kupets & DeCaro, P.C. | $ 91,657.50 |
| b. | Kupets & DeCaro, P.C. costs/expenses | $ 60,955.08 |
| c. | Indiya Reed | $ 38,328.47 |
| d. | Grayson Reed | $ 38,328.47 |
| e. | Kentayvious Lucas | $ 38,328.47 |
| f. | Lucille Butler | $  7,402.01 |

5. That the minor's structured settlements are approved provided that the minor's structured settlements are administered and paid pursuant to further order of the probate division or circuit court where the minor's resides.

Dated: _____

Honorable Judge

**s/ Dennis J. DeCaro**
DeCaro Illinois Bar Number: 6230675
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444
Fax: 312-726-7347
E-mail: djd0089@aol.com

**s/Michael W. Condon**
Illinois Bar Number: 06192071
Hervas, Condon & Bersani, P.C.
333 Pierce Rd., #195
Itasca, Il. 60143
Telephone: 630-773-4774
Fax: 630-773-4851
mcondon@hcbattorneys.com