IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | | |
|---|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 04-2048 |
| VERMILION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWELLYN, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

TO:  Michael W. Condon
     Hervas, Sotos, Condon & Bersani, P.C.
     333 Pierce Road, Suite 195
     Itasca, IL 60143-3156

I, the undersigned, hereby certify that on the May 16, 2006, I served a copy of **PLAINTIFF'S MOTION TO APPROVE WRONGFUL DEATH SETTLEMENT, TO DISTRIBUTE THE SETTLEMENT PROCEEDS, AND AN AGREED ORDER** by depositing same in the U.S. Mail, postage prepaid, at 30 N. La Salle St., Chicago, Illinois, on or before 5:00 p.m.

                                                  s/ Dennis J. DeCaro
                                                  DeCaro Illinois Bar Number: 6230675
                                                  Kupets & DeCaro, P.C.
                                                  30 N. LaSalle Street, Suite 4020
                                                  Chicago, Illinois 60602
                                                  Telephone: 312-372-4444
                                                  Fax: 312-726-7347
                                                  E-mail: djd0089@aol.com