**E-FILED**
Thursday, 18 May, 2006  02:33:20 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | | |
|---|---|---|
| **LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased.** | ) ) ) | |
| | ) | **No.  04 -2048** |
| **Plaintiffs,** | ) | |
| **vs.** | ) | |
| | ) | |
| **VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILLION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWWLLYN,** | ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S AMENDED MOTION TO APPROVE WRONGFUL**
**DEATH SETTLEMENT, AND TO DISTRIBUTE THE SETTLEMENT PROCEEDS**

Plaintiff, Lucille Butler, individually, and as independent administrator of the Estate of

Kevin Lucas, deceased, by her attorneys, Kupets & DeCaro, P.C., hereby moves this Court for an

Order approving the wrongful death settlement pursuant to the Wrongful Death Act, and

approving the distribution of the settlement funds and dismissing this action with prejudice and

all parties bearing their own costs.  In support, Plaintiff states as follows:

1.    On May 10, 2003, Kevin Lucas was Lucille Butler's son.  Kevin died on May 10,

2003, while in custody in the Vermilion County jail.

2.    On June 23, 2004, Lucille Butler was granted letters of office for the Estate of

Kevin Lucas, deceased.  The Estate was opened for the sole purpose of prosecuting actions

against the responsible parties. (Petition and Letters of Offices are attached as **Exhibit A**)

3.      Plaintiff filed this case, alleging claims under the Illinois Wrongful Death Act and Survival Act for violations of 42 USC, Section 1983, and various state claims.

4.      The Defendants have offered a total of $275,000.00 to settle this case.

5.      Plaintiff seeks, pursuant to the Wrongful Death Act, an Order granting her the right to settle this matter for the wrongful death of Kevin Lucas against all defendants and for an Order authorizing the distribution of the settlement funds as set forth below.

6.      Kevin Lucas died intestate and  was never married, however, he did have three (3) children. The sole surviving next-of-kin under the Illinois Wrongful Death Act are as follows:

> Indiya Reed - daughter - age 3;
>
> Grayson Reed - son - age 5;
>
> Kentayvious Lucas - son - age 10.

7.      By agreement of the two (2) mothers of the next-of-kin and Lucille Bulter, Special Administrator; the next-of-kin propose their relative degree of dependency pursuant to Section 2 of the Illinois Wrongful Death Act is as follows:

> Indiya Reed - daughter - 33.33%;
>
> Grayson Reed - son - 33.33%;
>
> Kentayvious Lucas - son - 33.33%.

8.      Decedent's funeral and burial expenses were paid by his mother Lucille Butler in the amount totaling $6,313.00, plus 9% interest, pursuant to 755 ILCS 5/18-10 for a total of $7,402.00

9.      The plaintiffs and their attorneys, Kupets & DeCaro, P.C., have an agreement that the attorneys' fees shall be a one-third (1/3) fee of any settlement reached.  The fees total $91,657.50.

10.    In addition to the attorneys' fees, the agreement provides that the plaintiff's attorneys shall be reimbursed for their costs/expenses incurred of $60,955.08 (Expense Summary attached as **Exhibit B**).

11.    Plaintiff requests that this Court approve distribution of the $275,000 settlement as follows:

| | | |
|---|---|---|
| A. | Attorneys fees to Kupets & DeCaro, P.C. | $ 91,657.50 |
| B. | Kupets & DeCaro, P.C. costs/expenses | $ 60,955.08 |
| C. | Lucille Butler | $  7,402.01 |
| D. | Indiya Reed | $ 38,328.47 |
| E. | Grayson Reed | $ 38,328.47 |
| F. | Kentayvious Lucas | $ 38,328.47 |

12.    Decedent's children's money each will be placed into a structured settlement guaranteed by A-Plus rated financial institution and will receive the proceeds consistent with the attached structured settlements.  (Attached as **Exhibit C** are the heirs' respective Structured Settlements)

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Agreed Order (attached as **Exhibit D**) providing as follows:

A.    Approving the $275,000 wrongful death aggregate settlements of this action against all defendants;

B.    Authorizing Lucille Butler, as the Special Administrator of the Estate of Kevin Butler, deceased, to sign releases relating to this action and distribute the settlement proceeds as provided for in this motion;

C.    Approving the distribution of the settlement funds as provided in paragraph 11 of this motion; and

D.    Dismissing this matter against all defendants with prejudice
with all parties bearing their own costs, and with the Court
retaining jurisdiction for 30 days pending the payment of
the settlement by the defendants.

E.    That the minor's structured settlement is approved provided that the
minor's structured settlements are administered and paid pursuant to
further order of the probate division or circuit court where the minors
resides.

**s/ Dennis J. DeCaro**
DeCaro Illinois Bar Number: 6230675
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444
Fax: 312-726-7347
E-mail: djd0089@aol.com

FILED

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
VERMILLION COUNTY, ILLINOIS    JUN 23 2004

Clerk of the Circuit Court
Vermilion County, Illinois

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | )<br>)<br>)<br>) |

No. 04 P 143(2)

## ORDER

This cause coming to be heard on the Petition to Appoint Lucille Butler as Special Administrator under the Wrongful Death Act on behalf of Kevin Lucas, the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

The Petition to appoint Lucille Butler as the Special Administrator under the Wrongful Death Act to pursue a civil action on behalf of Kevin Lucas and his estate is granted appointing Lucille Butler as Special Administrator of the Estate of Kevin Lucas, deceased, in the above captioned matter.

Entered on this 21 day of
June, 2004

JUDGE

Dennis J. DeCaro
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
312-372-4444

PLAINTIFF'S
EXHIBIT
A

**FILED**

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
VERMILLION COUNTY, ILLINOIS    ,JUN 18 2004

Clerk of the Circuit Court
Vermilion County, Illinois

LUCILLE BUTLER, individually, and as Special          )
Administrator of the Estate of KEVIN LUCAS,           )
deceased.                                             )    No. 04 P 143
                                                      )

## PETITION FOR APPOINTMENT OF SPECIAL ADMINISTRATOR
## UNDER WRONGFUL DEATH ACT

Lucille Butler, by and through her attorneys Kupets & DeCaro Law Offices, pursuant to

the Illinois Wrongful Death Act, 740 ILCS 180/1 *et seq.*, hereby Petitions this Court for an order

appointing her Special Administrator of the Estate of her deceased son Kevin Lucas and in

support states the following:

1.      On May 10, 2003, Kevin Lucas, age 25, died in Danville, Illinois.  (Vermilion

County Inquest Finding attached).

2.      Prior to and up to the time of his death,  Petitioner was the mother of Kevin

Lucas. (Petitioner's affidavit attached).

3.      At the time of his death, Kevin Lucas, was survived by the following:

a.      Lucille Butler - Mother - resides in Danville, Illinois
b.      Kevin Lucas - Father - resides in Indianapolis, Indiana
c.      Grayson Reed - son - age 4 - resides in Danville, Illinois
d.      Indiya Reed - daughter - age 2 - resides in Danville, Illinois
e.      Kentavivs Lucas - son - age 9 - resides in Indianapolis, Indiana

4.       Kevin Lucas was not married.

5.      The only asset of Kevin Lucas is the federal cause of action filed on March 10,

2004, in Butler v. Vermillion County Sheriff, et al, 04-2048.

6.      The decedent died intestate.  Petition for Letters of Office for Kevin Lucas' Estate

have not been filed.

7.     It is the intention of the Petitioner, Lucille Butler to pursue all available causes of

action should she be appointed Special Administrator of the Estate of Kevin Lucas, deceased.

**WHEREFORE**, Petitioner Lucille Butler, pursuant to the Wrongful Death Act,

740 ILCS 180/1 *et seq.*, hereby respectfully requests that she be appointed the Special

Administrator of the Estate of Kevin Lucas, deceased.

Respectfully Submitted.

Lucille Butler

By: _____

Dennis J. DeCaro, one of his attorneys

Dennis J. DeCaro
KUPETS & DECARO, P.C.
30 N LaSalle Street
Suite 4020
Chicago, Illinois 60602

STATE OF ILLINOIS
COUNTY OF VERMILION } SS



An inquisition was taken for the People of the State of Illinois, at Vermilion County Courthouse Annex in the Town of Danville in said County of Vermilion on the 25th day of JUNE, 2003 before me, Peggy Johnson, Coroner, in and for said county, upon view of the body of KEVIN DAMAR LUCAS then and there lying dead, upon the oaths of six good lawful citizens of the said county, who being duly sworn to inquire on the part of the People of the State of Illinois, into all circumstances attending the death of said KEVIN DAMAR LUCAS and by whom the same was produced, and in what matter and when and where the said KEVIN DAMAR LUCAS came to his death.
The following witnesses, to-wit:

being then and there sworn, their testimony reduced to writing and subscribed by the witness giving the same, do say, upon their oaths, as aforesaid, that the said KEVIN DAMAR LUCAS came to his death on the 10th day of MAY, 2003

We find the place of death to be; 2 EAST SOUTH STREET DANVILLE, ILLINOIS
and the cause of death to be; COCAINE AND ALCOHOL INTOXICATION
We deem this death a : *Accidental*

IN TESTIMONY WHEREOF, the said Coroner and the Jury of this inquest have hereunto set their hands the day and year aforesaid.

Coroner of Vermilion County _____ Deputy Coroner_____

STATE OF ILLINOIS
COUNTY OF VERMILION} SS

I, Peggy Johnson, Coroner of Vermilion County, in the State aforesaid Do Hereby Certify that the above and foregoing is a true and correct copy of the Verdict in the matter of the inquest held on the body of KEVIN DAMAR LUCAS deceased, which was rendered on the 25th day of JUNE, 2003 as appears from the Records of my office.
WITNESS my hand and seal, at Danville, Illinois, in said county, this 25th day of JUNE, 2003

_____ Coroner of Vermilion County

I HEREBY CERTIFY THAT THE ABOVE REPRODUCTION IS A TRUE AND ACCURATE COPY OF THE ORIGINAL WHICH IS ON FILE AT THE VERMILION COUNTY CORONER'S OFFICE LOCATED AT 6 N. VERMILION, DANVILLE, ILLINOIS 61832

_____
DATE

_____
PEGGY JOHNSON, CORONER

## AFFIDAVIT OF LUCILLE BUTLER

I, Lucille Butler, do solemnly swear that if called upon to testify under oath, I would verify and state the following:

1.  My name is Lucille Butler and I reside at 1014 Cleveland, Danville, Illinois 61832;

2.  I am the mother of Kevin Lucas, age 25, deceased. Kevin died on May 10, 2003. (Copy of Death Certificate attached.)

3.  Kevin is survived by myself, his father, and his three children.

4.  Kevin was not married.

5.  Kevin died intestate, no estate has been opened.

6.  There are no other assets of Kevin except this lawsuit.

7.  I intend to pursue all causes of action available to me and to the next-of-kin involving the death of Kevin Lucas.

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_Lucille Butler_
Lucille Butler

5/2/2006                          Kupets & Decaro, P.C.
5:05 PM                              Slip Listing                          Page    1

---

### Selection Criteria

Slip.Classification      Open
Client (hand select)     Include: Butler-Lucas

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 2888          EXP<br>5/23/2003<br>WIP<br>Walgreens - photos<br>Ck #3276 | Kupets<br>$expense<br>Butler-Lucas | 1 | 4.73 | 4.73 |
| 2889          EXP<br>5/28/2003<br>WIP<br>Ck #3296 | Kupets<br>$EXP FEDERA<br>Butler-Lucas | 1 | 22.37 | 22.37 |
| 3055          EXP<br>6/26/2003<br>WIP<br>Reimbursement to Dennis DeCaro - gas<br>Ck #3365 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 56.14 | 56.14 |
| 3058          EXP<br>6/26/2003<br>WIP<br>Peggy Johnson - Vermilion County Coroner -<br>Inquest records<br>Ck #3368 and Ck #3369 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 167.00 | 167.00 |
| 3076          EXP<br>7/7/2003<br>WIP<br>Ck #3384 | Kupets<br>$EXP FEDERA<br>Butler-Lucas | 1 | 103.64 | 103.64 |
| 3092          EXP<br>7/9/2003<br>WIP<br>Enterprise Rent-a-Car<br>Ck #3392 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 87.69 | 87.69 |
| 3367          EXP<br>9/26/2003<br>WIP<br>Dr. Newman - Ad. of Justice Services<br>Ck #3595 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 600.00 | 600.00 |


PLAINTIFF'S EXHIBIT
B

| 5/2/2006 | Kupets & Decaro, P.C. | | | |
| 5:05 PM | Slip Listing | | | Page    2 |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 3386            EXP 10/2/2003 WIP STI Consulting Services - Investigation Ck #3614 | DeCaro $expense Butler-Lucas | 1 | 2959.90 | 2959.90 |
| 3432            EXP 10/27/2003 WIP Reimbursement to DD Ck #3659 | DeCaro $expense Butler-Lucas | 1 | 141.25 | 141.25 |
| 3467            EXP 10/27/2003 WIP Ck#3655 | Kupets $EXP FEDERA Butler-Lucas | 1 | 28.28 | 28.28 |
| 3669            EXP 12/10/2003 WIP Ck#3735 | Kupets $EXP FEDERA Butler-Lucas | 1 | 21.00 | 21.00 |
| 4079            EXP 3/9/2004 WIP U.S. District Court - filing fee for complaint Ck #3957 | DeCaro $expense Butler-Lucas | 1 | 150.00 | 150.00 |
| 4027            EXP 4/5/2004 WIP Ck#4014 | DeCaro $EXP FEDERA Butler-Lucas | 1 | 12.62 | 12.62 |
| 4141            EXP 4/20/2004 WIP Travel to file complaint Ck #4068 | Shear $expense Butler-Lucas | 1 | 52.50 | 52.50 |
| 4615            EXP 6/10/2004 WIP Arrow Messenger  - docs to Dr. Uzgiris Ck #4306 | DeCaro $expense Butler-Lucas | 1 | 29.92 | 29.92 |
| 4478            EXP 7/1/2004 WIP William Townsley - Petition fee Ck #4228 | DeCaro $expense Butler-Lucas | 1 | 86.00 | 86.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 4553<br>7/12/2004<br>WIP<br>FedEx - ck#4258 | EXP | DeCaro<br>$EXP FEDERA<br>Butler-Lucas | 1 | 13.02 | 13.02 |
| 4637<br>8/6/2004<br>WIP<br>W. Ken Katsaris - expert<br>Ck #4320 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 6000.00 | 6000.00 |
| 4702<br>8/23/2004<br>WIP<br>Court appearance<br>Ck#4340 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 114.80 | 114.80 |
| 4720<br>8/25/2004<br>WIP<br>FedEx<br>Ck#4346 | EXP | Kupets<br>$EXP FEDERA<br>Butler-Lucas | 1 | 13.14 | 13.14 |
| 4788<br>9/28/2004<br>WIP<br>Discovery to defendants | EXP | DeCaro<br>$ MAILING<br>Butler-Lucas | 1 | 3.85 | 3.85 |
| 4835<br>10/11/2004<br>WIP<br>FedEx - #4419 | EXP | DeCaro<br>$EXP FEDERA<br>Butler-Lucas | 1 | 58.37 | 58.37 |
| 5151<br>11/30/2004<br>WIP<br>Subpoenas to Coroners and P.D.<br>Ck#4579 | EXP | DeCaro<br>$ MAILING<br>Butler-Lucas | 1 | 13.26 | 13.26 |
| 5192<br>12/13/2004<br>WIP<br>Global - copies<br>Ck#4606 | EXP | Kupets<br>$expense<br>Butler-Lucas | 1 | 281.82 | 281.82 |
| 5329<br>1/18/2005<br>WIP<br>Record Copy Service - Records of Provena<br>United Samaritan<br>Ck#4678 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 498.55 | 498.55 |

5/2/2006                           Kupets & Decaro, P.C.
5:05 PM                              Slip Listing                                    Page        4

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 5563 | EXP | DeCaro | 1 | 235.80 | 235.80 |
| 3/30/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Record Copy Service - records of Ill. Dept. of Corrections | | | | | |
| Ck#4831 | | | | | |
| 5710 | EXP | DeCaro | 1 | 534.10 | 534.10 |
| 5/13/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Advantage Court Reporters - transcript of plaintiff | | | | | |
| Ck#4907 | | | | | |
| 5791 | EXP | DeCaro | 1 | 500.00 | 500.00 |
| 6/14/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Fact Inc. - Dr. Brown expert retainer | | | | | |
| Ck#4965 | | | | | |
| 5825 | EXP | DeCaro | 1 | 41.50 | 41.50 |
| 6/16/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Record Copy Service - records of Carle Clinic and color copies | | | | | |
| Ck#4990 | | | | | |
| 6288 | EXP | DeCaro | 1 | 50.00 | 50.00 |
| 6/24/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Encore Lex Solutions | | | | | |
| 5854 | EXP | DeCaro | 1 | 428.56 | 428.56 |
| 6/28/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Reimbursement DD - hotel; car; mileage; gas - depositions | | | | | |
| Ck#5008 | | | | | |
| 5863 | EXP | DeCaro | 1 | 206.05 | 206.05 |
| 7/1/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Travel  to deps of Darius, Camebra, Gre and Rommel | | | | | |
| Ck#5015 | | | | | |
| 5905 | EXP | DeCaro | 1 | 10.00 | 10.00 |
| 7/7/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Medix - ambulance record | | | | | |
| Ck#5024 | | | | | |

Kupets & Decaro, P.C.
Slip Listing

Page       5

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 5904<br>7/7/2005<br>WIP<br>Dr. Alan Leff - review<br>Ck#5023 | EXP | Kupets<br>$expense<br>Butler-Lucas | 1 | 2500.00 | 2500.00 |
| 5946<br>7/19/2005<br>WIP<br>Citibank<br>ck#5053 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 97.26 | 97.26 |
| 5950<br>7/20/2005<br>WIP<br>INSPE - ER<br>ck#5059 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 1080.00 | 1080.00 |
| 6264<br>8/5/2005<br>WIP<br>Area Wide Reporting<br>Transcripts of Raymond Lewellyn & Marc<br>Reynolds | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 605.70 | 605.70 |
| 5992<br>8/9/2005<br>WIP<br>Fed Ex<br>Ck#5090 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 33.23 | 33.23 |
| 6265<br>8/9/2005<br>WIP<br>Area Wide Reporting<br>Transcripts of Michael Schull & Richard Long | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 910.65 | 910.65 |
| 6015<br>8/11/2005<br>WIP<br>Area Wide Rpting Service<br>Ck#5103 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 1174.80 | 1174.80 |
| 6022<br>8/16/2005<br>WIP<br>Mileage to Butler Deps on 8/5/05<br>Ck#5107 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 148.00 | 148.00 |
| 6824<br>8/16/2005<br>WIP | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 947.63 | 947.63 |

5/2/2006                              Kupets & Decaro, P.C.
5:05 PM                                   Slip Listing                                    Page      6

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| Area Wide Reporting Service | | | | | |
| Depositions & Transcripts of Michael Schull | | | | | |
| & Richard Long | | | | | |
| ck# | | | | | |
| | | | | | |
| 6826 | EXP | DeCaro | 1 | 630.30 | 630.30 |
| 8/16/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Area Wide Reporting Services - Deps of | | | | | |
| Raymond Lewellyn & Marc Reynolds | | | | | |
| ck# | | | | | |
| | | | | | |
| 6268 | EXP | DeCaro | 1 | 288.60 | 288.60 |
| 8/26/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Area Wide Reporting | | | | | |
| Dep Transcripts of Ryan Allison, Cole Elder, | | | | | |
| David Decker | | | | | |
| | | | | | |
| 6052 | EXP | DeCaro | 1 | 30.00 | 30.00 |
| 8/31/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Fee for David Decker's Deposition | | | | | |
| Ck#5135 | | | | | |
| | | | | | |
| 6051 | EXP | DeCaro | 1 | 30.00 | 30.00 |
| 8/31/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Fee for Cole Elder's Deposition | | | | | |
| Ck#5134 | | | | | |
| | | | | | |
| 6050 | EXP | DeCaro | 1 | 30.00 | 30.00 |
| 8/31/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Fee for Ryan Allison's deposition | | | | | |
| CK# 5133 | | | | | |
| | | | | | |
| 6267 | EXP | DeCaro | 1 | 284.90 | 284.90 |
| 9/2/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| Area Wide Reporting Service | | | | | |
| Transcript copies of Tia Smith, Deja Tims & | | | | | |
| Donnie Finch | | | | | |
| | | | | | |
| 6062 | EXP | DeCaro | 1 | 234.93 | 234.93 |
| 9/6/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |
| American Express | | | | | |
| | | | | | |
| 6266 | EXP | DeCaro | 1 | 184.80 | 184.80 |
| 9/9/2005 | | $expense | | | |
| WIP | | Butler-Lucas | | | |

5/2/2006                                    Kupets & Decaro, P.C.
5:05 PM                                        Slip Listing                              Page    7

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Area Wide Reporting Transcript copies of Terrie Boyd, Jamal Darnell & Donald Batiste | | | | |
| 6102 9/15/2005 WIP Fed Ex Ck#5164 | EXP DeCaro $expense Butler-Lucas | 1 | 150.24 | 150.24 |
| 6828 9/19/2005 WIP Area Wide Reporting - Deps of Terrie Boyd, Jamal Darnell & Donald Batiste ck# | EXP DeCaro $expense Butler-Lucas | 1 | 190.41 | 190.41 |
| 6827 9/20/2005 WIP Area Wide Reporting - Deps of Tia Smith, Deja Tims & Donnie Finch ck# | EXP DeCaro $expense Butler-Lucas | 1 | 293.54 | 293.54 |
| 6825 9/20/2005 WIP Area Wide Reporting - Deps of Ryan Allison, Cole Elder & David Decker ck# | EXP DeCaro $expense Butler-Lucas | 1 | 297.34 | 297.34 |
| 6083 9/22/2005 WIP INSPE Association - Dr. Leikin CK#5188 | EXP DeCaro $expense Butler-Lucas | 1 | 360.00 | 360.00 |
| 6116 9/27/2005 WIP Max Koenigsberg, M.D. - Review/Consult Ck# 5192 | EXP DeCaro $expense Butler-Lucas | 1 | 2800.00 | 2800.00 |
| 6126 9/28/2005 WIP INSPE Assoc. Dr. Keikin - phone consult Ck#5204 | EXP DeCaro $expense Butler-Lucas | 1 | 180.00 | 180.00 |
| 6115 9/28/2005 WIP | EXP DeCaro $expense Butler-Lucas | 1 | 180.00 | 180.00 |

5/2/2006
5:05 PM

Kupets & Decaro, P.C.
Slip Listing

Page    8

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| INSPE Assoc. - Consult - Dr. Keikin<br>Ck #5204 | | | | | |
| 6158<br>10/6/2005<br>WIP<br>Amex Expenses<br>ck#5224 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 83.01 | 83.01 |
| 6202<br>10/19/2005<br>WIP<br>Record Copy<br>Ck#5246 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 251.50 | 251.50 |
| 6211<br>10/20/2005<br>WIP<br>Dr. Max Koeningsberg<br>ck#5247 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 3500.00 | 3500.00 |
| 6188<br>10/25/2005<br>WIP<br>Deps in Danville - Car rental, gas and tolls<br>ck#5253 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 112.96 | 112.96 |
| 6304<br>10/27/2005<br>WIP<br>Encore Lex Solutions recs<br>Ck#5274 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 50.00 | 50.00 |
| 6309<br>10/27/2005<br>WIP<br>Jury Verdict Research<br>Ck#5275 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 30.00 | 30.00 |
| 6244<br>10/27/2005<br>WIP<br>Frank Bolton - Subpoena for Deposition<br>ck#5265 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 25.00 | 25.00 |
| 6311<br>10/28/2005<br>WIP<br>Dr. Max<br>CK#5277 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 2800.00 | 2800.00 |

5/2/2006                          Kupets & Decaro, P.C.
5:05 PM                              Slip Listing                                Page    9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 6345<br>11/10/2005<br>WIP<br>Advantage Reporting Services<br>Deposition of Dr. Denton<br>Ck#5309 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 484.00 | 484.00 |
| 6829<br>11/15/2005<br>WIP<br>Area Wide Reporting - Deps of Elisha<br>Stanford & Samantha Laker<br>ck# | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 106.05 | 106.05 |
| 6344<br>11/15/2005<br>WIP<br>DD Reimbursement<br>Ck#5318 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 158.40 | 158.40 |
| 6353<br>11/18/2005<br>WIP<br>Federal Express<br>ck#5326 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 27.86 | 27.86 |
| 6419<br>12/8/2005<br>WIP<br>Amex - gas<br>ck#5377 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 40.15 | 40.15 |
| 6424<br>12/8/2005<br>WIP<br>Amex - Fuel<br>ck#5378 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 63.89 | 63.89 |
| 6442<br>12/15/2005<br>WIP<br>Expert - Ken Kataris<br>ck#5385 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 2000.00 | 2000.00 |
| 6475<br>1/11/2006<br>WIP<br>Advantage Court Reporting<br>ck#5415 | EXP | DeCaro<br>$expense<br>Butler-Lucas | 1 | 520.75 | 520.75 |

5/2/2006                                     Kupets & Decaro, P.C.
5:05 PM                                          Slip Listing                                    Page     10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 6823               EXP<br>1/17/2006<br>WIP<br>Advantage Reporting Service - Deposition of<br>Dr. Max Koenigsberg, M.D.<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 356.25 | 356.25 |
| 6480               EXP<br>1/17/2006<br>WIP<br>Dr. Max Koenigsburg fee<br>Ck#5420 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 5000.00 | 5000.00 |
| 6487               EXP<br>1/20/2006<br>WIP<br>Accurate Court Reporters - Dep of Expert<br>Witness, Ken Katsaris<br>ck#5427 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 515.70 | 515.70 |
| 6540               EXP<br>1/23/2006<br>WIP<br>Travel Expenses to Florida for Expert<br>Deposition<br>ck#5440 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 927.31 | 927.31 |
| 6531               EXP<br>1/24/2006<br>WIP<br>Federal Express<br>ck#5436 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 52.46 | 52.46 |
| 6538               EXP<br>1/24/2006<br>WIP<br>reimbursement<br>ck#5439 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 5.00 | 5.00 |
| 6599               EXP<br>2/21/2006<br>WIP<br>Shell Gas - Travel<br>Ck#5481 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 42.00 | 42.00 |
| 6651               EXP<br>3/14/2006<br>WIP<br>Dr. Max Kroeningsberg - expert expenses<br>ck#5526 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 5000.00 | 5000.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 6831          EXP<br>3/16/2006<br>WIP<br>Kruse & Associates - Transcript Dep of<br>Donald P. Van Blaricom<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 663.10 | 663.10 |
| 6830          EXP<br>3/28/2006<br>WIP<br>INSPE Associates - Consultant, Dr. Jerrold<br>Leikn<br>Phone Consultations<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 180.00 | 180.00 |
| 6721          EXP<br>3/31/2006<br>WIP<br>INSPE Associates<br>Dr. Jerrold Lukin Chart review<br>ck#5572 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 360.00 | 360.00 |
| 6760          EXP<br>4/12/2006<br>WIP<br>Travel Expenses<br>ck#5586 | DeCaro<br>$expense<br>Butler-Lucas | 1 | 41.60 | 41.60 |
| 6833          EXP<br>4/26/2006<br>WIP<br>Vermillion County Filing Probate for India<br>Reed<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 116.00 | 116.00 |
| 6834          EXP<br>4/26/2006<br>WIP<br>Marion, Indianapolis Probate Filing<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 150.00 | 150.00 |
| 6835          EXP<br>4/26/2006<br>WIP<br>Probate Attorney in Marion County<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 435.00 | 435.00 |
| 6836          EXP<br>4/26/2006<br>WIP<br>Travel to Danville<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 150.00 | 150.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 6838            EXP<br>4/26/2006<br>WIP<br>Vermillion County Filing Probate for Garysin<br>Reed<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 116.00 | 116.00 |
| 6839            EXP<br>4/26/2006<br>WIP<br>Outstanding Balance to Dr. Max Koenigsberg<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 8800.00 | 8800.00 |
| 6837            EXP<br>4/27/2006<br>WIP<br>Copies for entire case<br>ck# | DeCaro<br>$expense<br>Butler-Lucas | 1 | 602.90 | 602.90 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 0.00 | | 60955.08 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 60955.08 |

May 15, 2006

## Settlement Proposal
## Indiya Reed

All future payments are exempt from federal and state income tax.

|  | Guaranteed Benefits | Cost |
|---|---|---|
| **Indiya Reed** Female, age 5; date of birth 05/11/01 | | |
| <u>Guaranteed Education Fund</u> $17,000.00 annually beginning at age 18 (05/11/2019) for 4 years guaranteed | 68,000.00 | 32,100.79 |
| <u>Guaranteed Lump Sums</u> $18,369.11 at age 25 (05/11/2026) guaranteed | 18,369.11 | 6,227.68 |
| **TOTAL** | **$86,369.11** | **$38,328.47** |

This proposal is for illustrative purposes only and should not be construed as a contract. All figures are subject to approval by the life insurance carrier prior to policy issuance.

**After seven (7) days it is necessary to reconfirm and/or revise quotes.**

**Leslie Smith**
**Ringler Associates - Chicago, IL**
**312-332-0427**



PLAINTIFF'S
EXHIBIT
C

May 15, 2006

### Settlement Proposal
### Grayson Reed

All future payments are exempt from federal and state income tax.

|  | Guaranteed Benefits | Cost |
|---|---|---|
| **Grayson Reed**<br>**Male, age 7; date of birth 10/28/99** |  |  |
| <u>Guaranteed Education Fund</u><br>$16,500.00 annually beginning at age 18 (10/28/2017)<br>for 4 years guaranteed | 66,000.00 | 34,125.52 |
| <u>Guaranteed Lump Sums</u><br>$11,358.71 at age 25 (10/28/2024) guaranteed | 11,358.71 | 4,202.95 |
| **TOTAL** | **$77,358.71** | **$38,328.47** |

This proposal is for illustrative purposes only and should not be construed as a contract. All figures are
subject to approval by the life insurance carrier prior to policy issuance.

### After seven (7) days it is necessary to reconfirm and/or revise quotes.

**Leslie Smith**
**Ringler Associates - Chicago, IL**
**312-332-0427**

May 15, 2006

**Settlement Proposal**
**Kentayvious Lucas**

All future payments are exempt from federal and state income tax.

|  | Guaranteed Benefits | Cost |
|---|---|---|
| **Kentayvious Lucas** **Male, age 12; date of birth 02/09/94** | | |
| <u>Guaranteed Education Fund</u> $11,500.00 annually beginning at age 18 (02/09/2012) for 4 years guaranteed | 46,000.00 | 33,196.46 |
| <u>Guaranteed Lump Sums</u> $9,972.23 at age 25 (02/09/2019) guaranteed | 9,972.23 | 5,132.01 |
| **TOTAL** | **$55,972.23** | **$38,328.47** |

This proposal is for illustrative purposes only and should not be construed as a contract. All figures are subject to approval by the life insurance carrier prior to policy issuance.

**After seven (7) days it is necessary to reconfirm and/or revise quotes.**

Leslie Smith
Ringler Associates - Chicago, IL
312-332-0427

# Prudential Financial

**Group Affiliation:** Prudential of America Group
**Address:** 751 Broad Street
Newark NJ 07102-2992
**Phone:** 973-802-6000

**Domicile:** NJ
**NAIC Number:** 68241
**Year Established:** 1873
**Company Type:** Stock

## Ratings

| | |
|---|---|
| A.M. Best Company (Best's Rating, 15 ratings) | A+ (2) |
| Standard & Poor's (Financial Strength, 20 ratings) | AA- (4) |
| Moody's (Financial Strength, 21 ratings) | Aa3 (4) |
| Fitch Ratings(Financial Strength, 24 ratings) | AA- (4) |
| Weiss Ratings (Safety Rating, 16 ratings) | B (5) |
| Comdex (Percentile in Rated Companies) | 88 |

## Assets & Liabilities

| | |
|---|---|
| Total Admitted Assets | 207,012,442 |
| Total Liabilities | 198,591,944 |
| Separate Accounts | 69,941,730 |
| Total Surplus & AVR | 10,573,569 |
| As % of General Account Assets | 7.7% |

## Invested Assets

Total Invested Assets          132,862,487



- Bonds - 70.7%
- Mortgages - 11.0%
- Policy Loans - 4.8%
- Other - 2.0%
- Stocks - 6.5%
- Real Estate - 0.3%
- Cash & Short-Term - 4.9%

## Investment Yields



- 2000 Yields - 6.41%
- 2001 Yields - 6.01%
- 2002 Yields - 5.93%
- 2003 Yields - 5.86%
- 2004 Yields - 5.55%

5 Year Average          5.95%

## Non-Performing Assets

| | |
|---|---|
| Bonds In or Near Default | 2.7% |
| Problem Mortgages | 0.1% |
| Real Estate Acquired by Foreclosure | 0.1% |
| Total Non-Performing Assets/Surplus & AVR | 2.8% |
| As a Percent of Invested Assets | 0.2% |

## Income & Earnings

| | |
|---|---|
| Total Income | 22,358,805 |
| Net Premiums Written | 15,453,565 |
| Earnings Before Dividends and Taxes | 3,455,689 |
| Net Operating Earnings | 1,495,761 |

## Bond Quality



- Class 1 Highest - 57.0%
- Class 3 Medium - 6.0%
- Class 5 Lower - 0.7%
- Class 2 Higher - 33.6%
- Class 4 Low - 2.4%
- Class 6 In or Near Default - 0.3%

Data for Year-End 2004 from the life insurance companies' statutory annual statements. All dollar amounts are in thousands. All ratings shown are current as of January 01, 2006.

# Rock-Solid® Strength and Security From One of America's Best-Known Companies

## Rock-Solid Capitalization

- As of September 30, 2004, The Prudential Insurance Company of America had $204.3 billion in statutory admitted assets and its statutory capital, including statutory surplus and Asset Valuation Reserve (AVR) amounted to $9.6 billion.

- Prudential Financial companies, with approximately $470 billion in total assets under management as of September 30, 2004, serve individual and institutional customers worldwide and include The Prudential Insurance Company of America, one of the largest life insurance companies in the U.S.

## Rock-Solid Market Presence

- The Prudential name and distinctive "Rock" logo are among the most widely recognized in the United States.

## Rock-Solid Ratings

### Financial Strength Ratings for The Prudential Insurance Company of America[1]

| Rating Agency | Rating | Explanation |
|---|---|---|
| AM Best | A+ | Superior. Best considers both "A+" and "A++" rated companies to have superior ability to meet their ongoing obligations to policyholders. Highest available rating is: "A++." |
| Fitch | AA- | Very strong. Insurers are viewed as possessing very strong capacity to meet policyholder and contract obligations. Risk factors are modest, and the impact of any adverse business and economic factors is expected to be very small. Plus or minus signs indicate the relative position of a credit within the rating category. Highest rating available: "AAA" (Exceptionally strong). |
| Standard & Poor's | AA- | Very strong. An insurer rated "AA" differs from the highest rated insurer only in small degree. The insurer's capacity to meet its financial commitment on the obligation is very strong. Plus or minus signs indicate relative standing within the major rating categories. Highest available rating: "AAA" (Extremely strong). |
| Moody's | Aa3 | Excellent. Moody's indicates that an "Aa3" rated insurance company offers excellent financial security. Together with the Aaa group, they constitute what are generally known as high-grade companies. A "1", "2", or "3" indicates relative standing within the major rating categories with "1" being the highest. Highest available rating: "Aaa" (Exceptional). |

[1] Rating information current as of 11/30/04. For the most current insurance claims rating information, please visit the Investor Relations website at www.investor.prudential.com

The Prudential Insurance Company of America is a Prudential Financial company. Prudential Financial is a registered service mark of The Prudential Insurance Company of America, Newark, NJ, and its affiliates.

INST-A014922
ED. 20041201



**Prudential Financial**

The Prudential Insurance Company of America
200 Wood Avenue, South
Iselin, NJ 088330

## GUARANTEE

**WHEREAS**, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") is a New Jersey insurance company; and

**WHEREAS**, PRUDENTIAL ASSIGNED SETTLEMENT SERVICES CORPORATION ("PASSCorp"), a Prudential company, exists to service the needs of the structured settlement annuity market by assuming third party payment obligations to injured parties ("Claimants") pursuant to assignment agreements qualified under Section 130 of the Internal Revenue Code of 1986, as amended (the "Assignments"); and

**WHEREAS**, in entering into said Assignments, PASSCorp purchases annuity contracts from Prudential; and

**WHEREAS**, Prudential desires to facilitate such structured settlement arrangements;

**NOW, THEREFORE**, in consideration of the premises, and for other good and valuable consideration, receipt of which is hereby acknowledged, Prudential hereby agrees as follows:

1. Prudential hereby unconditionally guarantees the payment obligations of PASSCorp to Claimants under any Assignment which PASSCorp enters into on or after the date hereof and in connection with which PASSCorp purchases annuity contracts from Prudential to fund the payment of PASSCorp's obligations under such Assignments.

2. Prudential agrees that if PASSCorp should fail to make any payment under an Assignment, Prudential will make such payment promptly after receipt of a written notice of PASSCorp's default.

3. This Guarantee will not obligate Prudential to guarantee or maintain the capital and/or surplus of PASSCorp at any level.

4. No policyholder or creditor of PASSCorp nor any other person, other than a Claimant or his or her properly designated beneficiary or estate to which PASSCorp is required to make payment(s) under the Assignments, will be entitled to any benefit or other right by virtue of this Guarantee.

5. Neither the bankruptcy, insolvency, nor reorganization of PASSCorp will affect this Guarantee. All outstanding Assignments of PASSCorp may be transferred (by agreement, consolidation, merger or otherwise) to another entity controlled by Prudential and this Guarantee will be simultaneously amended to substitute such transferee entity for PASSCorp hereunder.

6. Prudential reserves the right to revoke this guarantee upon 7 days written notice to PASSCorp; provided, however, that any such revocation will not affect Prudential's guarantee obligations under Assignments entered into by PASSCorp prior to the effective date of such revocation.

7. This Guarantee is binding upon the successors and assigns of Prudential and will be governed by and construed in accordance with the laws of the State of New Jersey.

**IN WITNESS WHEREOF**, The Prudential Insurance Company of America has caused this Guarantee to be signed in its corporate name by a corporate officer as of May 22, 1996, and amended as of October 31, 2001.

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

By: _____

Name:  Scott G. Sleyster
Title:    Senior Vice President

**IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION**

| | | |
|---|---|---|
| **LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased.** | ) ) ) | |
| | ) | **No.  04 -2048** |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) | |
| | ) | |
| **VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILLION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWWLLYN,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## AGREED STIPULATION TO DISMISS AND SETTLEMENT ORDER

This matter comes before the Court on Plaintiff's motions to approve wrongful death settlements pursuant to the Illinois Wrongful Death Act, to approve the distribution of the settlements funds, and to dismiss the case with prejudice.  Notice being unnecessary and the Court being fully advised in the premises,

**THE COURT FINDS THE FOLLOWING:**

a.    Settlements have been reached in good faith with all Defendants in the aggregate amount of $275,000.00 pursuant to the Wrongful Death Act.

b.    That the Special Administrator of the Estate of Kevin Lucas, deceased, is Lucille Butler, his mother.



**PLAINTIFF'S EXHIBIT**
D

c.  That the next-of-kin pursuant to the Illinois Wrongful Death Act are Indiya Reed - daughter, Grayson Reed - son, and Kentayvious Lucas - son.

d.  Decedent Kevin Lucas died intestate leaving three children as his next-of-kin who shall receive the following amounts based upon their relative degrees of dependency:

| | |
|---|---|
| Indiya Reed | $ 38,328.47 |
| Grayson Reed | $ 38,328.47 |
| Kentavivs Lucas | $ 38,328.47 |

e.  Lucille Butler shall receive $7,402.01 to reimburse her for the decedent's funeral and burial expenses.

f.  That the attorneys fee of $91,657.50 to be paid to Kupets & DeCaro, P.C. representing one-third of the settlement amount is fair and reasonable.

g.  That the costs/expenses of $60,955.08 advanced by Kupets & DeCaro, P.C. which were approved by Lucille Butler are fair and reasonable.


**IT IS HEREBY ORDERED THAT:**

1.  The settlement amount of $275,000 is approved.

2.  This matter is dismissed with prejudice and with each party bearing their own costs.  The Court shall retain jurisdiction until the settlements are paid.

3.  Lucille Butler, as the Special Administrator of the Estate of Kevin Lucas, deceased, is authorized and directed to sign all necessary Releases consistent with this Order .

4.  Lucille Butler is authorized and directed to make the following distribution of the settlement proceeds pursuant to the Wrongful Death Act:

| | | |
|---|---|---|
| Total Settlement: | | $275,000.00 |
| a. | Attorneys fees to Kupets & DeCaro, P.C. | $ 91,657.50 |
| b. | Kupets & DeCaro, P.C. costs/expenses | $ 60,955.08 |
| c. | Indiya Reed | $ 38,328.47 |
| d. | Grayson Reed | $ 38,328.47 |
| e. | Kentayvious Lucas | $ 38,328.47 |
| f. | Lucille Butler | $  7,402.01 |

5.   That the minor's structured settlements are approved provided that the minor's structured settlements are administered and paid pursuant to further order of the probate division or circuit court where the minor's resides.

Dated: _____

_____
Honorable Judge

**s/ Dennis J. DeCaro**
DeCaro Illinois Bar Number: 6230675
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444
Fax: 312-726-7347
E-mail: djd0089@aol.com

**s/Michael W. Condon**
Illinois Bar Number: 06192071
Hervas, Condon & Bersani, P.C.
333 Pierce Rd., #195
Itasca, Il. 60143
Telephone: 630-773-4774
Fax: 630-773-4851
mcondon@hcbattorneys.com

**IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION**

| | | |
|---|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 04-2048 |
| | ) | |
| VERMILION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWELLYN, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael D Bersani <u>mbersani@hcbattorneys.com;</u> Michael W Condon <u>mcondon@hcbattorneys.com;</u> Jason W Rose jrose@hcbattorneys.com

<u>s/ Dennis J. DeCaro</u>
DeCaro Illinois Bar Number: 6230675
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444
Fax: 312-726-7347
E-mail: djd0089@aol.com