## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **LUCILLE BUTLER, individually and as Special Administrator of the Estate of Kevin Lucas, deceased,** | ) ) ) |
| **Plaintiff,** | ) |
| v. | ) ) |
| **KENNETH O'BRIEN, Vermilion County Sheriff; FRANK SPORICH, Sergeant; MARK REYNOLDS, Vermilion County Correctional Officer; MICHAEL SCHULL, Vermilion County Correctional Officer; RICHARD LONG, Vermilion County Correctional Officer; and RAY LLEWWLLYN, Vermilion County Correctional Officer Lt.,** | ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

Case No. 04-2048

# ORDER

Before the Court is Plaintiff's Motion to Approve Wrongful Death Settlement and to Distribute the Settlement Proceeds [46] and Plaintiff's Amended Motion to Approve Wrongful Death Settlement, and to Distribute the Settlement Proceeds [49]. The Court has reviewed the motions and concluded that these are not proper motions for this Court to consider. Plaintiff asks the Court to invade the province of the probate court.

Accordingly, the Court will not consider the merits of the motions. Rather, the Court will **DENY** the motions **[46]** and **[49]** without prejudice to Plaintiff presenting the matter to the court that appointed her Administrator of the Estate of Kevin Lucas, deceased. That is the Court to whom she is accountable for her conduct on behalf of the estate.

After the state court has approved the settlement and proposed distribution, the parties should file their stipulation for dismissal in this case.

ENTER this 26th day of May, 2006.

s/ DAVID G. BERNTHAL  
U.S. MAGISTRATE JUDGE