IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | |
|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | ) ) ) |
| Plaintiffs, | ) No. 04-2048 ) ) |
| vs. | ) ) |
| VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILLION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWWLLYN, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## AGREED STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice, as to all Defendants, with each party bearing their own costs and attorney's fees, and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Attached as Exhibit A is the June 29, 2006, Vermilion County Probate Court Order approving the settlement and distribution in accordance with this Court's May 26, 2006 Order.

s/ Dennis J. DeCaro
DeCaro Illinois Bar Number: 6230675
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444
E-mail: djd0089@aol.com

s/Michael W. Condon
Illinois Bar Number: 06192071
Hervas, Condon & Bersani, P.C.
333 Pierce Rd., #195
Itasca, Il. 60143
Telephone: 630-773-4774
mcondon@hcbattorneys.com

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | |
|---|---|
| **LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased.** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>vs. )<br>)<br>**VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, SERGEANT FRANK SPORICH, VERMILLION COUNTY CORRECTIONAL OFFICERS SERGEANT MARK REYNOLDS, OFFICER MICHAEL SCHULL, OFFICER RICHARD LONG, AND LT. RAY LLEWWLLYN,** )<br>)<br>**Defendants.** ) | No. 04-2048 |

**AGREED ORDER**

This matter before the Court on the parties motion to dismiss this matter, the parties with notice and the court advised of the premises, it is Ordered that:

That this matter is dismissed with prejudice, the Court retaining jurisdiction to enforce the settlement, and each party bearing its own costs and fees.

_____Judge

Dennis J. DeCaro
Law Offices of Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
312-372-4444

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | | |
|---|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | ) ) ) ) | No. 04-2048 |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| VERMILLION COUNTY SHERIFF KENNETH O'BRIEN, etal. | ) ) ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on June 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael D Bersani mbersani@hcbattorneys.com; Michael W Condon mcondon@hcbattorneys.com; Jason W Rose jrose@hcbattorneys.com

                            s/ Dennis J. DeCaro
                            DeCaro Illinois Bar Number: 6230675
                            Kupets & DeCaro, P.C.
                            30 N. LaSalle Street, Suite 4020
                            Chicago, Illinois 60602
                            Telephone: 312-372-4444
                            Fax: 312-726-7347
                            E-mail: djd0089@aol.com