E-FILED
Friday, 30 June, 2006 11:56:08 AM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
VERMILION COUNTY, ILLINOIS

JUN 29 2006

Clerk of the Circuit Court
Vermilion County, Illinois

| | | |
|---|---|---|
| LUCILLE BUTLER, individually, and as Special Administrator of the Estate of KEVIN LUCAS, deceased. | ) ) ) ) | No. 04 P 143 |

## SETTLEMENT AND DISTRIBUTION ORDER

This matter comes before the Court on Plaintiff's motions to approve wrongful death settlements pursuant to the Illinois Wrongful Death Act and Family Expense Act, to approve the distribution of the settlements funds, and to dismiss the case with prejudice. Notice being unnecessary and the Court being fully advised in the premises,

**THE COURT FINDS THE FOLLOWING:**

a. Settlements have been reached in good faith with all Defendants in the aggregate amount of $275,000.00 pursuant to the Wrongful Death Act and Family Expense Act.

b. That the Special Administrator of the Estate of Kevin Lucas, deceased, is Lucille Butler, his mother.

c. That the next-of-kin pursuant to the Illinois Wrongful Death Act are Indiya Reed - daughter, Grayson Reed - son, and Kentayvious Lucas - son.

d. Decedent Kevin Lucas died intestate leaving three children as his next-of-kin who shall receive the following amounts based upon their relative degrees of dependency:

| | |
|---|---|
| Indiya Reed | $ 38,328.47 |
| Grayson Reed | $ 38,328.47 |
| Kentavivious Lucas | $ 38,328.47 |

e. Lucille Butler shall receive $7,402.01 to reimburse her for the decedent's funeral and burial expenses.

f. That the attorneys fee of $91,657.50 to be paid to Kupets & DeCaro, P.C. representing one-third of the settlement amount is fair and reasonable.

g. That the costs/expenses of $60,955.08 advanced by Kupets & DeCaro, P.C. which were approved by Lucille Butler are fair and reasonable.

h. That Provena United Samaritan Medical Center has withdrawn its claim for any monies from the settlement proceeds in this case.

i. Attorney Kenneth E. Stepke has been appointed as Guardian *Ad Litem* in this matter and reported to the court. Attorney Stepke has charged $200 for his service, and that amount will be paid by the law office of Kupets & DeCaro and not from the settlement proceeds.

**IT IS HEREBY ORDERED THAT:**

1. The settlement amount of $275,000 is approved.

2. Lucille Butler, as the Special Administrator of the Estate of Kevin Lucas, deceased, is authorized and directed to sign all necessary Releases consistent with this Order.

3. Lucille Butler is authorized and directed to make the following distribution of the settlement proceeds pursuant to the Wrongful Death Act:

| | | |
|---|---|---|
| Total Settlement: | | $275,000.00 |
| a. | Attorneys fees to Kupets & DeCaro, P.C. | $ 91,657.50 |
| b. | Kupets & DeCaro, P.C. costs/expenses | $ 60,955.08 |
| c. | Indiya Reed | $ 38,328.47 |
| d. | Grayson Reed | $ 38,328.47 |
| e. | Kentayvious Lucas | $ 38,328.47 |
| f. | Lucille Butler | $  7,402.01 |

4. That the minor's structured settlements are approved provided that the minor's structured settlements are administered and paid pursuant to further order of the probate division where the minor's resides.

Dated:  6-19-06

_____
Honorable Judge

Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444