**E-FILED**
Friday, 30 June, 2006  03:46:34 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES  DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **LUCILLE BUTLER, individually,** ) | |
| **and as Special** ) | |
| **Administrator of the Estate of** ) | |
| **KEVIN LUCAS, deceased,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **Case No. 04-2048** |
| ) | |
| **VERMILLION COUNTY SHERIFF** ) | |
| **KENNETH O'BRIEN,** ) | |
| **SERGEANT FRANK SPORICH,** ) | |
| **VERMILLION COUNTY** ) | |
| **CORRECTIONAL OFFICERS** ) | |
| **SERGEANT MARK REYNOLDS,** ) | |
| **OFFICER MICHAEL SCHULL,** ) | |
| **OFFICER RICHARD LONG, and** ) | |
| **LT. RAY LLEWWLLYN,** ) | |
| ) | |
| **Defendants.** ) | |

# AGREED ORDER

This matter before the Court on the parties motion to dismiss this matter, the parties with notice and the court advised of the premises, it is Ordered that:

The Agreed Stipulation to Dismiss (**#51**) is **GRANTED** and this matter is dismissed with prejudice, the Court retaining jurisdiction to enforce the settlement, and each party bearing its own costs and fees.

ENTER this 30th day of June, 2006.

_____ s/ DAVID G. BERNTHAL _____
U.S. MAGISTRATE JUDGE